


# United States Department of the Interior
### Pacific Southwest Region
### FISH AND WILDLIFE SERVICE
Reno Fish and Wildlife Office
1340 Financial Blvd., Suite 234
Reno, Nevada  89502
Ph:  (775) 861-6300 ~ Fax:  (775) 861-6301



June 12, 2017
File No. 2017-F-0083

William A. Dunkelberger
Forest Supervisor
Humboldt-Toiyabe National Forest
1200 Franklin Way
Sparks, Nevada  89431

Scott Tangenberg
Acting Forest Supervisor
Stanislaus National Forest
19777 Greenly Road
Sonora, California  95370

Dear Mr. Dunkelberger and Mr. Tangenberg:

> Subject:    Concurrence and Biological Opinion for Continued Rangeland
> Management on the Carson and Bridgeport Ranger Districts, Alpine and
> Mono Counties, California

This document represents the U.S. Fish and Wildlife Service's (Service) biological opinion (BO) of the Humboldt-Toiyabe National Forests' (HTNF) Rangeland Management on the Carson and Bridgeport Ranger Districts, and its effects on the federally-listed as endangered Sierra Nevada yellow-legged frog (SNYLF; *Rana sierrae*) and the federally-listed as threatened Yosemite toad (YT; *Anaxyrus canorus*), pursuant to section 7 of the Endangered Species Act of 1973 (ESA), as amended (16 USC 1531 *et seq*.). Your request for concurrence and formal consultation and Biological Assessment (BA) were received by the Service on December 2, 2016. The BA states the proposed action is a modification to the existing grazing permits to include conservation strategies to protect SNYLF, YT, and their designated critical habitat. The proposed action for continued livestock grazing on the Carson and Bridgeport Ranger Districts will be consistent with the 1986 Toiyabe National Forest Land and Resource Management Plan (LRMP; USFS 1986), as amended. Relevant LRMP amendments include, but are not limited to, the 2004 Sierra Nevada Forest Plan Amendment (SNFPA; U.S. Forest Service (USFS) 2004) and the 2016 Greater Sage-grouse Bi-State Distinct Population Segment Forest Plan Amendment (USFS 2016a).

William Dunkelberger                                          File No. 2017-F-0083

In completing this BO, the Service has considered the following: (1) the 2016 BA for the Project (USFS 2016b), (2) the 2004 SNFPA (USFS 2004), (3) file information and reference material located at the Service's Reno Fish and Wildlife Office (RFWO), and (4) personal communication records with HTNF and Service staff. A complete record of this consultation is on file at the RFWO.

CONSULTATION HISTORY

Several of the allotments on the Bridgeport and Carson Ranger Districts where the two amphibian species and/or their critical habitat occur, have had formal consultations completed for the federally-listed as threatened Lahontan cutthroat trout (LCT; *Oncorhynchus clarkii henshawi*)[1] and federally-listed as endangered Sierra Nevada bighorn sheep (*Ovis canadensis sierrae*)[2]. A list of grazing consultations for these two species is shown below. The terms and conditions in previous biological opinions for these listed species remain in effect.

- 1994 U.S. Forest Service Grazing Allotments Affecting Federally Listed Fish in California (File No. 1–1–94–F–40)[1]
- 1995 Rickey and South Swauger Grazing Allotments (File No. 1–1–95–F–50)[1]
- 1995 Bull Canyon, Slinkard, Silver King, Mill Canyon, Frying Pan/Murphy Creek, and Noble Grazing Allotments (File No. 1–1–95–F–66)[1]
- 1996 Mill Canyon Sheep and Goat (S&G) and Frying Pan/Murphy Creek Allotments (File No. 1–1–96–F–71)[1]
- 1996 Slinkard Allotment (File No. 1–1–96–I–146)[1]
- 1996 Rickey and South Swauger Grazing Allotments Amendment (File No. 1–1–96–I–271)[1]
- 2000 Jordan Basin Unit of the Dunderberg S&G Allotment (File No. 1–5–00–I–239)[2]
- 2003 Sierra Nevada Forest Plan Amendment (File No. 1–1–03–F–2638)[1, 2]
- 2004 Tamarack, Cameron Canyon, and Summers Meadow Allotments (1–5–04–I–189)[2]
- 2005 Murray Canyon Cattle and Horse (C&H) Allotment (File No. 1–5–05–F–121)[1]
- 2005 Dunderberg Unit of the Dunderberg Allotment, and Tamarack and Cameron Canyon Allotments (File No. 1–5–05–F–125)[2]
- 2006 Dunderberg Unit of the Dunderberg Allotment, and Cameron Canyon and Tamarack Allotments (File No. 1–5–06–F–091)[2]
- 2006 Silver Creek S&G Allotment (File No. 1–5–06–F–155)[1]
- 2007 Cameron Canyon and Tamarack S&G Allotments (File No. 1–5–07–F–117)[2]
- 2008 Portions of the Cameron Canyon and Tamarack S&G Allotments (File No. 2008–F–0299)[2]
- 2009 Silver Creek S&G Allotment 2009–2011 (File No. 2009–F–0209)[1]
- 2009 Labrosse Unit of Rickey S&G Allotment (File No. 2009–I–0348)[2]
- 2010 Labrosse Unit of Rickey S&G Allotment for 2010-2015 (File No. 2010–I–0282)[2]
- 2011 Silver Creek S&G Allotment 2012–2014 (File No. 2009–F–0209–R001)[1]
- 2015 Silver Creek S&G Allotment 2015 (File No. 2009–F–0209–R002)[1]
- 2016 Silver Creek S&G Allotment 2016–2017 (File No. 2009–F–0209–R035)[1]
- 2016 Labrosse Unit of Rickey S&G Allotment for 2016-2025 (File No. 2016–I–0344)[2]

2

William Dunkelberger                                                    File No. 2017-F-0083

On December 19, 2014, the Service issued the Programmatic Biological Opinion on Nine Forest Programs on Nine National Forests in the Sierra Nevada of California for the Endangered Sierra Nevada Yellow-legged Frog, Endangered Northern Distinct Population Segment of the Mountain Yellow-legged Frog, and Yosemite Toad (Programmatic Biological Opinion; File No. 2014-F-0557) to nine National Forests located in the Pacific Southwest Region (Region 5) of the USFS. The HTNF is located within Region 4 of the USFS and was not included in this Programmatic Biological Opinion.

For this consultation, the HTNF met with the RFWO on May 5, 2015, and April 4, 2016, to discuss and review mapping of currently occupied, suitable, and designated critical habitat for both amphibian species. Agencies met again on October 21, 2016, and participated in several telephone conversations to further discuss the proposed action. After the BA was received, numerous emails were sent and received to clarify the proposed action. Additional meetings between the HTNF and the RFWO occurred on May 30 and 31, 2017. A complete record of this consultation is on file at the RFWO.

*Concurrence with the HTNF determination of Not Likely to Adversely Affect for the following allotments: Buckeye, Wolf Creek, Mill Creek and South Swauger Allotments*

*Buckeye Allotment*

There are no known populations for either species and designated critical habitat does not occur within the allotment. Although suitable habitat for SNYLF is mapped within the allotment, this habitat is wooded and occurs within steep gradient stream segments. No ponded or wet meadows have been identified within the analysis area. The likelihood that an adverse effect to SNYLF would occur is very small as habitat is minimal and no individuals or populations of SNYLF are likely to be present. No suitable habitat for YT occurs within the allotment; therefore, no effects to YT are anticipated.

*Wolf Creek Allotment*

There are no known populations for either species and designated critical habitat does not occur within the allotment. Although suitable habitat for SNYLF is mapped within the allotment, this habitat is wooded and occurs within steep gradient stream segments. No ponded or wet meadows have been identified within the analysis area. The likelihood that an adverse effect to SNYLF would occur is very small as habitat is minimal and no populations of SNYLF are likely to be present. Although suitable habitat is identified for YT, this is suitable upland habitat and is associated with the suitable breeding habitat in the adjacent Bull Canyon Allotment. No suitable breeding habitat for YT occurs within the allotment; therefore, the likelihood that an adverse effect to YT would occur is very small as habitat is minimal and no populations of YT are likely to be present.

William Dunkelberger                                    File No. 2017-F-0083

*South Swauger Allotment*

There are no known populations for either species and designated critical habitat does not occur within the allotment. After review of satellite imagery, the upper portion of By-Day Creek and tributaries indicate seasonal stream habitat, without ponds, where frogs do not have breeding and rearing habitat. The lower portion is within stream reaches occupied by LCT where frog populations are unlikely to exist. The likelihood that an adverse effect to SNYLF would occur is very small. No suitable habitat for YT occurs within the allotment; therefore, no effects to YT are anticipated.

*Mill Canyon Allotment*

There are no known populations for either species and designated critical habitat does not occur within the allotment. Although suitable habitat is identified for YT, this is suitable upland habitat and is associated with suitable breeding habitat in the adjacent Lost Cannon Allotment; therefore, no effects to YT are anticipated. Suitable habitat does exist for SNYLF; therefore, effects from the Proposed Action are addressed below in our BO.

**Service Concurrence**

The Service has reviewed the proposed project and evaluation of effects for the Buckeye, Wolf Creek, South Swauger, and Mill Canyon Allotments as detailed in your BA. We concur with your determination that the proposed project may affect, but is not likely to adversely affect the SNYLF and YT on the Buckeye, Wolf Creek, and South Swauger and YT for Mill Canyon Allotments. Our concurrence is based on: (1) no known current populations occurring in these allotments, (2) the lack of suitable breeding habitat for SNYLF or YT, and (3) the project description and accompanying effects analysis provided by your office and discussed below in our BO. For definitions of occupied habitat, critical habitat, and suitable habitat, see our Allotment Specific Direction section on page 9 below.

This response constitutes informal consultation under regulations promulgated in 50 CFR Part 402, which established procedures governing interagency consultation under section 7 of the ESA. If the proposed project as described is changed, or if new biological information becomes available concerning SNYLF or YT on the Buckeye, Wolf Creek, Mill Canyon, and South Swauger Allotments suggesting that these species may be affected by the proposed project, the HTNF should contact us regarding reinitiating consultation. The remainder of this consultation analyzes those activities which the HTNF determined would likely adversely affect SNYLF, YT, or their designated critical habitat.

William Dunkelberger                                   File No. 2017-F-0083

## BIOLOGICAL OPINION

DESCRIPTION OF THE ACTION AREA AND PROPOSED ACTION

The grazing allotments are located within the Carson and Bridgeport Ranger Districts of the HTNF. These Districts are located along the eastern slope of the Sierra Nevada Mountains and straddle the California-Nevada border in Mono and Alpine counties, California; and Mineral, Lyon, Douglas, Carson City, and Washoe counties, Nevada. The Carson Ranger District encompasses approximately 148,925 hectares (ha) (368,000 acres (ac)) and the Bridgeport Ranger District is 485,625 ha (1.2 million ac). Combined, these two districts are larger than many surrounding National Forests. The two districts contain several wilderness areas either wholly within or shared with adjacent National Forests, including Hoover, Carson-Iceberg, Mokelumne, and Mount Rose Wilderness Areas. Elevation ranges from 1,372 meters (m) (4,500 feet (ft)) to 3,772 m (12,374 ft) at Dunderberg Peak and contains the entire headwaters of the Walker River and Carson River watersheds and portions of the Truckee River watershed.

The HTNF intends to continue to manage livestock use on 17 grazing allotments on the Carson and Bridgeport Ranger Districts that have SNYLF and YT present, or have designated critical habitat, or have suitable habitat present. See below in the Allotment Specific Direction section for definitions of occupied, designated critical habitat and suitable habitat. The allotments included in the action area include: **Carson Ranger District**: Noble Canyon C&H Allotment, Murray Canyon C&H Allotment, Bull Canyon C&H Allotment, Wolf Creek C&H Allotment, Charity Valley C&H Allotment, and Hope Valley C&H Allotment; and **Bridgeport Ranger District**: Piute C&H Allotment, Sardine C&H Allotment, Poison S&G Allotment, Silver Creek S&G Allotment, Buckeye C&H Allotment, Eagle Creek C&H Allotment, Little Walker C&H Allotment, Lost Cannon S&G Allotment, Mill Canyon S&G Allotment, Rickey S&G Allotment, and South Swauger S&G Allotment.

Authority to manage rangeland resources is derived from laws enacted by Congress that authorize the Secretary of Agriculture to administer National Forest System (NFS) lands and issue necessary regulations. Where consistent with the goals, objectives, standards and guidelines of Forest Plans, Federal regulations direct the Forest Service to manage forage-producing lands for livestock grazing.

Objectives of the range management program for all National Forests are as follows:

1.    Manage the range vegetation to protect basic soil and water quality resources, provide for ecological diversity, improve or maintain environmental quality, and meet public need for interrelated resource uses [FSM 2202.1 (1)];

2.    Integrate management of range vegetation with other resource programs to achieve multiple use objectives contained in the Forest Plan [FSM 2202.1 (2)];

3.    Provide livestock forage, wildlife food and habitat, outdoor recreation, and other resource values dependent on range vegetation [FSM 2202.1 (3)];

William Dunkelberger                                      File No. 2017-F-0083

4.      Contribute to the economic and social well-being of people by providing opportunities for economic diversity and by promoting stability for communities that depend on range resources for their livelihood [FSM 2202.1 (4)], and;

5.      Provide expertise on range ecology, botany, and management of grazing animals [FSM 2202.1 (5)].

In general, rangeland management includes activities related to the development, administration, and protection of range resources, and includes the permitting and regulation of grazing use of all kinds and classes of livestock on national forest system lands. Rangeland use includes grazing by cattle, sheep, goats, horses, and saddle stock used to manage the range stock. A primary purpose of the rangeland management program is to provide forage for commercial livestock operations. Grazing also can be a means of managing vegetation to meet other resource management objectives, such as fuels management, invasive species management, wildlife habitat improvement, and reduction of competing vegetation in plantations. The HTNF will manage livestock grazing in accordance with the Toiyabe National Forest Land and Resource Management Plan (LRMP) and Sierra Nevada Framework Plan Amendment (SNFPA) and Greater Sage-grouse Bi-State Distinct Population Segment (DPS) Forest Plan Amendment (Bi-State Amendment).

TOIYABE NATIONAL FOREST PLAN

The Record of Decision for the Toiyabe LRMP (USFS 1986) provided direction that guides management of livestock within areas of concern for the two listed amphibians and their critical habitat. This guidance is found within the Range Management, Soil and Water, Riparian Areas, and Wildlife and Fish management areas (Appendix 1). The LRMP established Forage Utilization Standards within riparian and upland habitats that were to be used as maximum standards for the development of proper use criteria.

SIERRA NEVADA FRAMEWORK PLAN AMENDMENT

In 2004, the LRMP was amended by the Sierra Nevada Forest Plan Amendment (SNFPA) Record of Decision (USFS 2004). The SNFPA amended each of the forest plans in the Sierra Nevada and provides regional direction to restore aquatic, riparian, and meadow ecosystems and provide for the viability of native plant and animal species associated with these ecosystems. This includes SNYLF, YT, and their habitats. This regional direction is represented by an array of features that, in their entirety, constitute the Aquatic Management Strategy (AMS) for the Sierra Nevada portion of the Carson and Bridgeport Ranger Districts west of US Highway 395 (Appendix 2).

The fundamental principle of the AMS is to retain, restore, and protect the processes and landforms that provide habitat for aquatic and riparian-dependent organisms. Accomplishment of these objectives is achieved through a combination of approaches such as Standards and Guidelines (S&Gs; Appendix 2) and policies that are intended to work collectively, and include

William Dunkelberger                                          File No. 2017-F-0083

the following suite of interrelated actions that work together to manage and conserve aquatic habitats. These actions include:

- Land allocations that delineate aquatic, riparian, and meadow habitats and emphasize specific actions in these areas. Land allocations include critical aquatic refuges (CARs) and riparian conservation areas (Appendix 2).

- A set of standards and guidelines (S&Gs) that specify appropriate land uses and activities within different land allocations (Appendix 2).

The SNFPA established use criteria within riparian areas (meadows) based on seral status and established disturbance limitation on stream and shore banks.

GREATER SAGE-GROUSE BI-STATE DISTINCT POPULATION SEGMENT FOREST PLAN AMENDMENT

The LRMP was again amended in 2016 by the Greater Sage-grouse Bi-State Distinct Population Segment (DPS) Forest Plan Amendment (Bi-State Amendment; USFS 2016a). This amendment established desired conditions, objectives, standards and guidelines that will provide the direction needed in the LRMP to conserve, enhance and/or restore sagebrush and associated habitats to provide for the long-term viability of the Bi-State DPS. The Bi-State Amendment established residual cover (stubble height) within riparian and upland habitats within the Bi-State DPS area (Appendix 3). The Bi-State Amendment areas do not include any occupied or designated critical habitat for SNYLF or YT. Suitable habitat (not surveyed breeding habitat, outside critical habitat) areas for YT overlap with the Bi-State Amendment on the Eagle Creek, Little Walker, Lost Cannon, and Rickey allotments. Suitable habitat (not surveyed, outside critical habitat) areas for SNLYF overlap with Bi-state Amendment on the Silver Creek, Poison Creek, Buckeye, Eagle Creek, Little Walker, Lost Cannon, Mill Canyon, Rickey, and South Swauger allotments. See below in the Allotment Specific Direction section for definitions of occupied, designated critical habitat and suitable habitat.

Grazing on all allotments is conducted in accordance with an Allotment Management Plan (AMP) which is incorporated into the term grazing permit. The HTNF developed and implemented AMPs to ensure livestock use meets rangeland management objectives. AMPs identify the grazing strategies needed to meet rangeland and other conservation objectives within the allotment. AMPs establish grazing systems, stocking rates, kind and class of livestock, period of use, season of use, livestock distribution, and range improvements. The AMPs are implemented through Annual Operating Instructions (AOI). AOIs include annual adjustments to management based on monitoring and site specific objectives, and are revised to reflect current project design criteria.

The Forest Service has an established process for grazing administration. Term grazing permits are generally issued for a period of 10 years and authorize a permittee to graze livestock on their designated allotment(s) (designated area of land capable and suitable for domestic livestock grazing). The timeframe identified by the HTNF for this project depends on the individual

William Dunkelberger                                          File No. 2017-F-0083

allotment and when the permit was issued; however, for purposes of this analysis, the Service is assuming a 10-year timeframe (2016–2025) for the length of the project (Table 1).

Table 1. Allotment name, authorized permittees, and permit issuance information

| Allotment | Permittee | Issue Date | Termination Date |
|---|---|---|---|
| Piute | Borda Land & Sheep | Annual temporary permit | |
| Sardine | Dwain Chichester | May 8, 2013 | December 31, 2022 |
| Silver Creek | Borda Land & Sheep | Annual temporary permit | |
| Poison Creek | FIM Corporation | December 28, 2015 | December 31, 2025 |
| Noble Canyon | Scossa Ranch, LLC. | January 26, 2011 | December 31, 2020 |
| Bull Canyon | Roy F. and Dorothy H. Heise Trust | April 18, 2016 | December 31, 2025 |
| Murray Canyon | Steve Wooster | February 23, 2015 | December 31, 2024 |
| Buckeye | Hunewill Land and Livestock | November 5, 2015 | December 31, 2024 |
| Wolf Creek | Roy F. and Dorothy H. Heise Trust | April 18, 2016 | December 31, 2025 |
| Eagle Creek | Hunewill Land and Livestock | November 5, 2015 | December 31, 2024 |
| Little Walker | Bently Family Limited Partnership | February 24, 2014 | December 31, 2023 |
| Little Walker | Jude, Dwain, and Alan Chichester | May 8, 2013 | December 31, 2022 |
| Little Walker | Jeff Cordtz and Bick Marsh | July 18, 2013 | December 31, 2022 |
| Little Walker | Suellen Fulstone and Mary Hussman | March 17, 2014 | December 31, 2023 |
| Little Walker | R.N. Fulstone Co. | March 21, 2011 | December 31, 2020 |
| Lost Cannon | Borda Land & Sheep | Annual temporary permit | |
| Mill Canyon | FIM Corporation | December 28, 2015 | December 31, 2025 |
| Rickey | FIM Corporation | December 28, 2015 | December 31, 2025 |
| South Swauger | FIM Corporation | April 28, 2014 | December 31, 2023 |
| Charity Valley | Charity Valley Ranch, LLC. | February 22, 2014 | December 31, 2023 |
| Hope Valley | Park Ranch, LLC. | February 27, 2014 | December 31, 2023 |

William Dunkelberger                                    File No. 2017-F-0083

ALLOTMENT SPECIFIC DIRECTION

In order to understand specific allotment direction related to amphibian conservation, it is necessary to define certain types of amphibian habitats that may be present within each allotment. Habitat has been broken down into three different types: occupied, designated critical habitat, and suitable habitat.

**Occupied habitat** consists of currently known locations where SNYLF and/or YT have been identified through surveys since 1980. Locations where SNYLF and/or YT have been identified through surveys prior to 1980 are not considered currently occupied for this analysis. Within a stream reach, occupied habitat for SNYLF consists of 1 kilometer (km) (0.62 miles (mi)) upstream and 1 km (0.62 mi) downstream of the location where the species has been found. It is important to remember that occupied habitat is not always designated critical habitat.

**Critical habitat** occurs throughout the landscape on the HTNF, including mesic and xeric habitats. For the purposes of this proposed action, the analysis focuses on the primary constituent elements (PCEs; see page 28 for a detailed description of PCEs) required to sustain the species' life-history processes (Service 2016). For the SNYLF, this includes stream and lake habitats (25 m (82 ft) from the bank or shoreline). For areas between proximate (within 300 m (984 ft)) water bodies (typical of some high mountain lake habitats), the upland area extends from the bank or shoreline between such water bodies. For YT, breeding habitat consists of bodies of fresh water, including wet meadows, slow-moving streams, shallow ponds, spring systems, and shallow areas of lakes, that typically become inundated during snowmelt, hold water for a minimum of 5 weeks, and contain sufficient food for tadpole development. During periods of drought or less than average rainfall, these breeding sites may not hold water long enough for individual YT to complete metamorphosis, but they are still considered essential breeding habitat because they provide habitat in most years. Upland habitat consists of areas adjacent to or surrounding breeding habitat up to a distance of 1.25 km (0.78 mi). It is important to remember designated critical habitat is not always occupied.

**Suitable habitat** consists of areas within the analysis area in which SNLYF and YT have the potential to occur, but due to the lack of comprehensive surveys and the cryptic nature of the species, occurrences are unknown in these areas. Suitable habitat was defined by geographic areas outside of designated critical habitat but that meet the habitat characteristics defined in the PCEs and are within the historical range of SNLYF and YT.

This analysis of suitable habitat established a lower elevation limit of 2,347 m (7,700 ft) elevation based on the elevation of known occurrences as well as the lowest elevation of designated critical habitat within the Carson and Bridgeport Ranger Districts. The northern boundary was established based on the known and expected distribution of SNLYF and YT. The southern boundary is the National Forest boundary held in common with the Inyo National

William Dunkelberger                                    File No. 2017-F-0083

Forest. The western boundary is the National Forest boundary held in common with the Eldorado National Forest, Stanislaus National Forest, and Yosemite National Park (Figures 1-2).

For purposes of this consultation, the action area includes occupied, designated critical habitat, and/or suitable habitat for SNYLF and/or YT. Within the action area, one or both of the two amphibian species and their respective designated critical habitat occur on three active allotments on the Carson Ranger District and four active allotments on the Bridgeport Ranger District (Table 2, Figures 1 and 2). In addition, suitable habitat for one or both of the two species occurs on eleven active allotments on the Bridgeport Ranger District and six active allotments on Carson Ranger District (Table 2; Figures 1 and 2). All 17 allotments are located in Alpine and Mono counties, California.

Table 2. Active grazing allotments within HTNF areas on the Carson and Bridgeport Ranger Districts that have recent occurrences, designated critical habitat, and/or suitable habitat for the SNYLF and/or YT.

| Allotment | District | SNLYF (Occupied) | SNYLF (Critical Habitat) | SNYLF (Suitable Habitat) | YT (Occupied Breeding) | YT (Critical Habitat) | YT (Suitable Habitat) |
|---|---|---|---|---|---|---|---|
| Piute | Bridgeport | X | X | X | X | X | X |
| Silver Creek | Bridgeport | X | X | X | | | X |
| Poison Creek | Bridgeport | | | X | X | | X |
| Sardine | Bridgeport | | | X | X | X | X |
| Noble Canyon | Carson | X | X | X | X | X | X |
| Bull Canyon | Carson | | | X | | X | X |
| Murray Canyon | Carson | | | X | | X[1] | X |
| | | | | | | | |
| Buckeye | Bridgeport | | | X | | | |
| Eagle Creek | Bridgeport | | | X | | | X |
| Little Walker | Bridgeport | | | X | | | X |
| Lost Cannon | Bridgeport | | | X | | | X |
| Mill Canyon | Bridgeport | | | X | | | X |
| Rickey | Bridgeport | | | X | | | X |
| South Swauger | Bridgeport | | | X | | | |
| Wolf Creek | Carson | | | X | | | X[2] |
| Charity Valley | Carson | | | X | | | X |
| Hope Valley | Carson | | | X | | | X |

[1]No critical habitat PCEs occur on the Murray Canyon C&H Allotment. [2]No suitable breeding habitat is present on the Wolf Creek C&H Allotment.

William Dunkelberger

File No. 2017-F-0083



Figure 1. The solid yellow polygons are the entire designated critical habitat units. Within the Action Area, occupied habitat (yellow points), designated critical habitat (black with white hatch), and suitable habitat (white hatch) for the Yosemite toad on the Carson and Bridgeport Ranger Districts, Humboldt-Toiyabe National Forest.

William Dunkelberger                                      File No. 2017-F-0083



Figure 2. The solid pink polygons are the entire designated critical habitat subunits. Within the Action Area, occupied habitat (red points), designated critical habitat (pink with white hatch), and suitable habitat (white hatch) for the Sierra Nevada yellow-legged frog on the Carson and Bridgeport Ranger Districts, Humboldt-Toiyabe National Forest.

William Dunkelberger                                          File No. 2017-F-0083

Table 3. Name of each allotment, kind of livestock, and period of use.

| Allotment Name | Livestock | | | Period of use | | Notes |
|---|---|---|---|---|---|---|
| | Number | Kind | Class | From | To | |
| Piute | 1,000 | Sheep | Variable | 8/1 | 10/31 | Not to exceed 1,500 head months |
| Sardine | 125 | Cattle | Cow/Calf | 7/16 | 8/15 | 255 head months |
| Silver Creek | 1,700 | Sheep | Variable | 6/15 | 10/31 | Not to exceed 2,700 head months |
| Poison Creek | 1,025 | Sheep | Ewe/Lamb | 6/19 | 10/15 | 4,010 head months |
| Noble Canyon | 4 | Horse | Horse or Mule | 6/1 | 10/10 | 17 head months |
| Noble Canyon | 144 | Cattle | Cow/Calf | 6/26 | 9/30 | 459 head months |
| Bull Canyon | 150 | Cattle | Cow/Calf | 6/25 | 9/15 | 409 head months |
| Bull Canyon | 3 | Horse | | 7/1 | 9/30 | 9 head months |
| Murray Canyon | 175 | Cattle | Cow/Calf | 8/1 | 9/15 | 241 head months |
| Buckeye | 150 | Cattle | Cow/Calf | 6/22 | 9/11 | 404 head months |
| Buckeye | 45 | Cattle | Cow/Calf | 7/3 | 9/11 | 105 head months |
| Wolf Creek | 90 | Cattle | Cow/Calf | 6/16 | 9/30 | 317 head months |
| Eagle Creek | 150 | Cattle | Cow/Calf | 7/16 | 9/15 | 306 head months |
| Little Walker | 206 | Cattle | Cow/Calf | 6/16 | 9/15 | Multiple permittees 623 head months |
| Little Walker | 152 | Cattle | Cow/Calf | 6/16 | 9/15 | Multiple permittees 460 head months |
| Little Walker | 37 | Cattle | Cow/Calf | 6/16 | 9/15 | Multiple permittees 112 head months |
| Little Walker | 43 | Cattle | Cow/Calf | 6/16 | 9/15 | Multiple permittees 130 head months |
| Little Walker | 90 | Cattle | Cow/Calf | 6/16 | 9/15 | Multiple permittees 272 head months |
| Lost Cannon | 740 | Sheep | Ewe/Lamb | 9/16 | 9/17 | Trailing 24 head months |
| Lost Cannon | 725 | Sheep | Ewe/Lamb | 9/16 | 9/22 | Trailing 167 head months |
| Lost Cannon | 735 | Sheep | Ewe/Lamb | 5/20 | 6/15 | 652 head months |
| Mill Canyon | 1025 | Sheep | Ewe/Lamb | 6/1 | 6/25 | 842 head months |
| Rickey | 900 | Sheep | Ewe/Lamb | 6/28 | 9/30 | 2,811 head months |
| South Swauger | 1200 | Sheep | Ewe/Lamb | 7/6 | 7/26 | 828 head months |
| South Swauger | 1200 | Sheep | Ewe/Lamb | 8/11 | 8/28 | 710 head months |
| Charity Valley | 100 | Cattle | Cow/Calf | 7/15 | 10/15 | 306 head months |
| Hope Valley | 103 | Cattle | Cow/Calf | 6/26 | 10/25 | 413 head months |

William Dunkelberger                                          File No. 2017-F-0083

*Extensions*

Extensions may be granted to adjust the grazing period relative to the permitted on-date and/or off-date consistent with variations in seasonal climate, range readiness, resource conditions, forage production, etc. (Forest Service Handbook, Supplement No. 2209.13-2017-1).  A typical example that may lead to an extension request occurs when early season weather conditions result in later than normal turn-out and the permittee desires to extend the grazing season an equivalent amount at the end (Table 3).  For the purposes of this consultation, extensions generally could be granted for no more than two weeks total at the end of the permitted grazing season in areas occupied by SNYLF and/or Yosemite toad, or that contain critical or suitable habitat for either species (Tables 2 and 3).

*Piute Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. The permittee, in general, limits use to a certain geographic area within the allotment which avoids most populations and critical habitat (Figure 4C in Appendix 4). Sheep are actively grazed along the eastern edge of critical habitat on the West Walker River, upstream of Cascade Creek to Tower Canyon. Within the upper West Walker River, between the West Walker River and Kirkwood Creek, a Research Natural Area (RNA) is present on an unnamed stream (Figures 4A-4C in Appendix 4). No grazing is authorized within the RNA; however, it is likely that livestock trail across the RNA. The period of use for this allotment begins on August 1 and goes until October 31 (Table 3). The allotment is authorized to be grazed under an annual temporary permit (Table 1). See Appendix 5 for more details on how sheep are managed on the allotment.

*Sardine Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. Within the allotment, use from livestock does not occur in the Levitt, Koenig, and Latopie Lakes area (Figure 4E in Appendix 4). There are multiple active YT breeding locations outside of the above mentioned lakes area, particularly in the Upper and Lower Sardine Meadows area where grazing does occur. Livestock are permitted to enter the allotment on July 16 and remain through August 15 (Table 3); however, no livestock would be authorized to graze the YT known breeding areas and suitable breeding areas (yet to be surveyed) within critical habitat except from August 1 through August 15. Livestock would be authorized to graze within the suitable YT breeding areas (yet to be surveyed, outside of critical habitat) beginning on July 16 until August 15. The allotment is authorized to be grazed under a 10-year term permit (Table 1).

*Silver Creek Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections and <u>Management within Allotments with existing Lahontan Cutthroat Trout Biological Opinions</u>

William Dunkelberger                                                File No. 2017-F-0083

described below. The order in which bedding locations are used is displayed in Figure 4H in Appendix 4. Stream corridors on Silver Creek and Wolf Creek are alternately rested every other year. Livestock would be authorized to graze within suitable YT breeding areas (yet to be surveyed) beginning on June 15 through October 31 (Table 3). The allotment is authorized to be grazed under a temporary annual permit (Table 1). See Appendix 5 for more details on how sheep are managed on the allotment.

*Poison Creek Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. Livestock are permitted to enter the allotment on June 19 through October 15 (Table 3); however, no livestock would be authorized to graze the YT breeding areas around Beartrap Lake until August 1. The trailing route for the

allotment is displayed in Figures 4K and 4L in Appendix 4. The allotment is authorized to be grazed under a 10-year term permit (Table 1). See Appendix 5 for more details on how sheep are managed on the allotment.

*Noble Canyon Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections and <u>Management within Allotments with existing Lahontan Cutthroat Trout Biological Opinions</u> described below. Livestock are permitted to enter the allotment on June 26 through September 30 (Table 3); however, no livestock would be authorized to graze the YT breeding areas around Sherrold and Noble Lakes and suitable breeding areas (yet to be surveyed) within critical habitat until August 1 (Figures 4M and 4N in Appendix 4). Livestock would be authorized to graze within the suitable YT breeding areas (yet to be surveyed, outside of critical habitat) beginning on June 26. The allotment is authorized to be grazed under a 10-year term permit (Table 1). See Appendix 5 for more details on how cattle are moved through the allotment.

*Bull Canyon Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections and <u>Management within Allotments with existing Lahontan Cutthroat Trout Biological Opinions</u> described below. Livestock are permitted to enter the allotment on June 25 through September 15 (Table 3). No livestock would be authorized to graze the YT suitable breeding areas (yet to be surveyed) within critical habitat until August 1 (Figures 4O and 4P in Appendix 4). Livestock would be authorized to graze within the suitable YT breeding areas (yet to be surveyed, outside of critical habitat) beginning on June 25. The allotment is authorized to be grazed under a 10-year term permit (Table 1). See Appendix 5 for more details on how cattle are moved through the allotment.

William Dunkelberger                                    File No. 2017-F-0083

*Murray Canyon Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections and <u>Management within Allotments with existing Lahontan Cutthroat Trout Biological Opinions</u> described below. The period of use for the entire allotment is variable, but typically begins on August 1 through September 15 (Table 3; Figures 4Q and 4R in Appendix 4). Livestock utilization of riparian herbaceous cover within the Murray Canyon shall allow up to 40 percent utilization or provide a 10 cm (4 in) minimum stubble height for meadows in late seral status. It should be noted that seral status has been determined for meadows on the allotment. The allotment is authorized to be grazed under a 10-year term permit (Table 1). See Appendix 5 for more details on how cattle are moved through the allotment. The Stanislaus National Forest currently administers the Murray Canyon Allotment.

*Buckeye Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. The period of use for the entire allotment begins on June 22 through September 11 (Table 3). The allotment is authorized to be grazed under a 10-year term permit (Table 1). See Appendix 5 for more details on how cattle are moved through the allotment. The Service concurred with the HTNF determination that continued rangeland management, as proposed for this allotment, is not likely to adversely affect SNYLF and YT.

*Wolf Creek Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. The period of use for the entire allotment begins on June 16 through September 30 (Table 3). The allotment is authorized to be grazed under a 10-year term permit (Table 1). See Appendix 5 for more details on how cattle are moved through the allotment. The Service concurred with the HTNF determination that continued rangeland management, as proposed for this allotment, is not likely to adversely affect SNYLF and YT.

*Eagle Creek Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. The allotment is authorized to be grazed under a 10-year term permit (Table 1). The period of use for the entire allotment begins on July 16 through September 15 (Table 3). The Eagle Creek Allotment is rested one year in every four. See Appendix 5 for more details on how cattle are moved through the allotment.

William Dunkelberger                                          File No. 2017-F-0083

*Little Walker Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. The allotment is authorized to be grazed under a 10-year term permit (Table 1). There are multiple permittees authorized to use this allotment, each with different permit issuance and termination dates (Table 1). The period of use for the entire allotment begins on June 16 through September 15 (Table 3). See Appendix 5 for more details on how cattle are moved through the allotment.

*Lost Cannon Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. The allotment is authorized to be grazed under a temporary one year permit (Table 1). Multiple bands of sheep with different numbers are authorized to trail through the allotment with three different periods of use for each band (Table 3). The earliest on-date is May 20 and the latest off-date is September 22.

*Mill Canyon Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections and <u>Management within Allotments with existing Lahontan Cutthroat Trout Biological Opinions</u> described below. The allotment is authorized to be grazed under a 10-year term permit (Table 1). The trailing route for livestock within the allotment is displayed in Figure 36 in the BA. One band of sheep is authorized to trail through the allotment from June 1 to June 25 starting at the north end of the allotment and moving towards the south end of the allotment (Table 3). The Service concurred with the HTNF determination that continued rangeland management, as proposed for this allotment, is not likely to adversely affect YT.

*Rickey Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections and <u>Management within Allotments with existing Lahontan Cutthroat Trout Biological Opinions</u> described below. The allotment is authorized to be grazed under a 10-year term permit (Table 1). The trailing route for livestock within the allotment is displayed in Figure 40 in the BA. The period of use for the entire allotment begins on June 28 through September 30 (Table 3).

*South Swauger Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections and <u>Management within Allotments with existing Lahontan Cutthroat Trout Biological Opinions</u> described below. The allotment is authorized to be grazed under a 10-year term permit (Table 1).

17

William Dunkelberger                                          File No. 2017-F-0083

Two bands of sheep are authorized to trail through the allotment. The first is from July 6 through July 26 and the second band is from August 11 through August 28 (Table 3). The Service concurred with the HTNF determination that continued rangeland management, as proposed for this allotment, is not likely to adversely affect SNYLF and YT.

*Charity Valley Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. The allotment is authorized to be grazed under a 10-year term permit (Table 1). The period of use for the entire allotment begins on July 15 through October 15 (Table 3). See Appendix 5 for more details on how cattle are moved through the allotment.

*Hope Valley Allotment*

Use standards and disturbance limitations apply under the <u>Management of Allotments within Yosemite Toad Habitat</u> and <u>Sierra Nevada Yellow-Legged Frog Habitat</u> sections described below. The allotment is authorized to be grazed under a 10-year term permit (Table 1). The period of use for the entire allotment begins on June 26 through October 25 (Table 3). See Appendix 5 for more details on how cattle are moved through the allotment.

<u>Management of Allotments within Yosemite Toad Habitat:</u>

Prior to turn out, soil conditions will be assessed by HTNF personnel to determine if they are dry enough for livestock use (See S&G 53).

*The following applies to allotments with occupied breeding habitat within the: Piute, Poison, Sardine, and Noble Canyon Allotments:*

1) Riparian areas/meadows will be grazed to early seral standards (30 percent or minimum 15 cm (6 in) stubble height) until monitoring indicates a different condition (See S&G 120; Weixelman and Bakker 2005).

2) Sage and mountain brush plant communities can be grazed a maximum of 45 percent of the current annual growth of key grasses and 40 percent of the current annual growth of bitterbrush.

3) Disturbance to streambanks and natural lake and pond shorelines caused by resource activities (*e.g.*, livestock, off-highway vehicles, and dispersed recreation) will be prevented from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines.

4) In allotments with occupied breeding habitat, the on-date into areas with occupied breeding habitat would be August 1. Under certain conditions, this date can be modified to accommodate above and below average snowpack years.

William Dunkelberger                                      File No. 2017-F-0083

   5) Qualified/trained personnel would survey known breeding ponds to determine when metamorphosis occurs.

*The following applies to allotments with unsurveyed breeding habitat within designated critical habitat within the: Piute, Sardine, Noble Canyon, and Bull Canyon:*

   1) Riparian areas/meadows will be grazed to early seral standards (30 percent or minimum 15 cm (6 in) stubble height) until monitoring indicates a different condition (See S&G 120; Weixelman and Bakker 2005).

   2) Sage and mountain brush plant communities can be grazed a maximum of 45 percent of the current annual growth of key grasses and 40 percent of the current annual growth of bitterbrush.

   3) Disturbance to streambanks and natural lake and pond shorelines caused by resource activities (*e.g.*, livestock, off-highway vehicles, and dispersed recreation) will be prevented from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines.

   4) In allotments within critical habitat, in breeding areas yet to be surveyed, the on-date would be August 1. Under certain conditions, this date can be modified to accommodate above and below average snowpack years.

   5) Qualified/trained personnel would survey known potential breeding areas within critical habitat to determine the presence of breeding toads, tadpoles, or metamorphs.

   6) Murray Canyon allotment does not contain breeding habitat within critical habitat.

*The following applies to allotments with unsurveyed suitable breeding habitat and are outside designated critical habitat within the: Piute, Silver Creek, Poison Creek, Sardine, Eagle Creek, Little Walker, Lost Cannon, Rickey, Noble Canyon, Murray Canyon, Bull Canyon, Charity Valley, and Hope Valley Allotments:*

   1) Riparian areas/meadows will be grazed to early seral standards (30 percent or minimum 15 cm (6 in) stubble height) until monitoring indicates a different condition (See S&G 120; Weixelman and Bakker 2005).

   2) Disturbance to streambanks and natural lake and pond shorelines caused by resource activities (*e.g.*, livestock, off-highway vehicles, and dispersed recreation) will be prevented from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines.

   3) Qualified/trained personnel would survey known potential breeding areas within suitable habitat to determine the presence of breeding toads, tadpoles, or metamorphs.

   4) Livestock utilization of riparian herbaceous cover within the Murray Canyon Allotment

William Dunkelberger                                          File No. 2017-F-0083

shall allow up to 40 percent utilization or provide a 10 cm (4 in) minimum stubble height for meadows in late seral status. It should be noted that seral status has been determined for meadows on the allotment.

<u>Management of Allotments within Sierra Nevada yellow-legged frog habitat:</u>

*The following applies to occupied habitat within the: Piute, Silver Creek, and Noble Canyon Allotments:*

1) Riparian areas/meadows will be grazed to early seral standards (30 percent or minimum 15 cm (6 in) stubble height) until monitoring indicates a different condition (See S&G 120; Weixelman and Bakker 2005).

2) Disturbance to streambanks and natural lake and pond shorelines caused by resource activities (*e.g.*, livestock, off-highway vehicles, and dispersed recreation) will be prevented from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines.

*The following applies to unsurveyed habitat within designated critical habitat within the: Piute, Silver Creek, and Noble Canyon Allotments:*

1) Riparian areas/meadows will be grazed to early seral standards (30 percent or minimum 15 cm (6 in) stubble height) until monitoring indicates a different condition (See S&G 120; Weixelman and Bakker 2005).

2) Disturbance to streambanks and natural lake and pond shorelines caused by resource activities (*e.g.*, livestock, off-highway vehicles, and dispersed recreation) will be prevented from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines.

3) Qualified/trained personnel would survey suitable habitat to determine the presence of SNYLF.

4) Critical habitat (Not surveyed) and the Bi-state Amendment overlap on the eastern portion of the Silver Creek Allotment. In those riparian areas (non-meadow) a minimum 15 cm (6 in) stubble height is required.

*The following applies to unsurveyed suitable habitat which are outside designated critical habitat within the: Piute, Silver Creek, Poison Creek, Buckeye, Eagle Creek, Little Walker, Lost Cannon, Mill Canyon, Rickey, South Swauger, Murray Canyon, Wolf Creek, Charity Valley, and Hope Valley Allotments:*

1) Riparian areas/meadows will be grazed to early seral standards (30 percent or minimum 15 cm (6 in) stubble height) until monitoring indicates a different condition (See S&G 120; Weixelman and Bakker 2005).

William Dunkelberger                                              File No. 2017-F-0083

2) Livestock utilization of riparian herbaceous cover within the Murray Canyon Allotment will be allowed up to 40 percent utilization or provide a 10 cm (4 in) minimum stubble height for meadows in late seral status. It should be noted that seral status has been determined for meadows on this allotment.

3) Disturbance to streambanks and natural lake and pond shorelines caused by resource activities (*e.g.*, livestock, off-highway vehicles, and dispersed recreation) will be prevented from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines.

4) Qualified/trained personnel would survey suitable habitat to determine the presence of SNYLF.

5) Suitable habitat (not surveyed, outside critical habitat), areas for SNLYF overlap with Bi-state Amendment on the (Bridgeport) Silver Creek; Poison Creek; Buckeye; Eagle Creek, Little Walker, Lost Cannon, Mill Canyon, Rickey, South Swauger; In those riparian areas (non-meadow) a minimum 15 cm (6 in) stubble height is required.

<u>Management within Allotments with existing Lahontan cutthroat trout Biological Opinions</u>

*Noble Canyon Allotment*

Within the Noble Canyon allotment, along Raymond Meadows Creek, utilization and streambank stability will continue to adhere to the Terms and Conditions within the existing Biological Opinion (File No. 1–1–5–F–66): (1) Maximum allowable use level is 30 percent of the current seasonal growth for key representative herbaceous species by weight and 20 percent of the annual growth for woody species by stem length, and (2) at least 90 percent of natural stream bank stability shall be maintained at the end of the grazing season.

*Murray Canyon Allotment*

Within the Murray Canyon allotment, along Murray Canyon Creek and Golden Canyon Creek, utilization and streambank stability will continue to adhere to the Terms and Conditions within the existing Biological Opinion (File No. 1–5–05–F–121): (1) Livestock utilization of riparian herbaceous cover shall allow up to 30 percent utilization or provide for a 15 cm (6 in) stubble height for meadows in early seral status. Livestock utilization of riparian herbaceous cover shall allow up to 40 percent utilization or provide a 10 cm (4 in) minimum stubble height for meadows in late seral status. It should be noted that seral status has been determined for meadows on the allotment; (2) livestock utilization of riparian woody vegetation shall allow up to 20 percent of the annual leader growth of mature riparian shrubs and no more than 20 percent of annual leader growth of mature riparian shrubs and no more than 20 percent of individual seedling; and (3) livestock streambank alteration levels up to 10 percent of the occupied or essential stream reach maintained at the end of the authorized grazing period. The Stanislaus National Forest currently administers the Murray Canyon Allotment.

William Dunkelberger                                      File No. 2017-F-0083

*Mill Canyon Allotment*

Within the Mill Canyon allotment, along Mill Creek, utilization and streambank stability will continue to adhere to the Terms and Conditions within the existing Biological Opinion (File No. 1–1–96–F–71): (1) The maximum allowable use levels during the authorized grazing period in riparian areas will be 30 percent of the current seasonal growth of key representative herbaceous species by stem length; and (2) at least 90 percent of natural streambank stability shall be maintained at the end of the authorized grazing period.

*Silver Creek Allotment*

Within the Silver Creek allotment, along Wolf Creek and Silver Creek, utilization and streambank stability will continue to adhere to the Terms and Conditions within the existing Biological Opinion (File No. 2009–F–0209–R035): (1) Livestock utilization of riparian herbaceous cover shall not exceed 30 percent utilization and shall maintain a 15 cm (6 in) minimum stubble height for riparian areas and meadows; (2) livestock utilization of riparian woody vegetation shall not exceed 20 percent utilization of the annual leader growth of mature riparian shrubs and 20 percent utilization of individual seedlings; and (3) livestock streambank alteration levels shall not exceed 10 percent of the occupied or essential stream reach.

*Rickey Allotment*

Within the Rickey allotment, along By-Day Creek, utilization and streambank stability will continue to adhere to the Terms and Conditions within the existing Biological Opinion (File No. 1–1–95–F–50): (1) The maximum allowable use levels during the authorized grazing period in riparian areas shall be 30 percent of the current seasonal growth of key representative herbaceous species by stem length; and (2) at least 90 percent of natural streambank stability shall be maintained at the end of the authorized grazing period.

*South Swauger Allotment*

Within the South Swauger allotment, along By-Day Creek, utilization and streambank stability will continue to adhere to the Terms and Conditions within the existing Biological Opinion (File No. 1–1–95–F–50): (1) The maximum allowable use levels during the authorized grazing period in riparian areas shall be 30 percent of the current seasonal growth of key representative herbaceous species by stem length; and (2) at least 90 percent of natural streambank stability shall be maintained at the end of the authorized grazing period.

Management within Allotments with existing Sierra Nevada bighorn sheep concurrence

*Rickey Allotment*

Within the Rickey allotment, the Labrosse Unit, falls below the elevational cut-off of 2,347 m (7,700 ft) and, therefore, does not overlap with occupied habitat, critical habitat, or suitable habitat for SNYLF or YT.

MONITORING

The HTNF has proposed the following short-and long-term monitoring programs be implemented in the Proposed Action.

*Short-term monitoring*

On an annual basis, the permittees would be responsible for monitoring allowable use as described above and for complying with the AOI, which could include design features, improvement maintenance, and other standards, guidelines, and terms and conditions in the grazing permits. For short-term utilization and streambank alteration metrics the HTNF will conduct monitoring using applicable protocols within the Multiple Indicator Monitoring (MIM) guide (Burton *et al*. 2011) and applicable protocols within Utilization Studies and Residual Measurements Interagency Technical Reference (U.S. Department of Agriculture and U.S. Department of Interior 1999).

Permit administrators will review monitoring information provided by the permittee to ensure compliance and prepare for the next grazing season. Monitoring information may include documentation of utilization measurements, photos, or other relevant documentation. AOI and terms and conditions of the permit would be monitored for compliance. The responsibility for ensuring that the timing of movement of livestock occurs as identified in their permit and AOI would remain with the permittee.

*Long-term monitoring*

Long-term monitoring would be used to determine if grazing management guidelines are effective in moving resources towards desired conditions and ensuring an upward or stable trend in resource conditions. For long-term monitoring on stream habitats, the HTNF will conduct monitoring using applicable protocols within the MIM guide (Burton *et al*. 2011), and for meadow habitats, applicable protocols within the Eastern Sierra Nevada Riparian Field Guide (Weixelman *et al*. 1999) will be used.

*Yosemite toad and Sierra Nevada yellow-legged frog*

Systematic monitoring for SNYLF and YT will occur across the Carson and Bridgeport Ranger Districts to determine occupancy within suitable habitat.

For SNYLF, an area will be determined to be unoccupied when no individuals have been observed during at least three surveys within the previous 10 calendar years. The implementation of the three surveys will be either: staggered during one summer with an early, mid, and late season survey (*e.g.*, from 14 calendar days after sufficient habitat becomes free of snow at snowmelt to the fall before cold temperatures trigger movements to overwintering habitats); or conducted during three separate calendar years that are ideally but do not have to be consecutive. At least one of the surveys will be conducted during a water year where snowpack is 80 percent

William Dunkelberger                                    File No. 2017-F-0083

or greater than normal for the action area. This is consistent with Region 5 of the USFS requirements under the Programmatic BO discussed in the Consultation History section.

For YT, an area will be determined to be unoccupied when no individuals have been detected during at least three surveys within the previous 10 calendar years. Surveys will be conducted during the period from approximately 21 days to 35 days after breeding pools form at snow melt, and at least one of the surveys will be conducted during a water year where snowpack is 80 percent or greater than normal for the area. This is consistent with Region 5 of the USFS requirements under the Programmatic BO discussed in the Consultation History section.

ANALYTICAL FRAMEWORK FOR THE JEOPARDY DETERMINATION

Section 7(a)(2) of the ESA requires that Federal agencies ensure that any action they authorize, fund, or carry out is not likely to jeopardize the continued existence of listed species. "Jeopardize the continued existence of" means to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species (50 CFR § 402.02).

The jeopardy analysis in this BO considers the effects of the proposed Federal action, and any cumulative effects, on the rangewide survival and recovery of the listed species. It relies on four components: (1) the Status of the Species, which describes the rangewide condition of the species, the factors responsible for that condition, and its survival and recovery needs; (2) the Environmental Baseline, which analyzes the condition of the species in the action area, the factors responsible for that condition, and the relationship of the action area to the survival and recovery of the species; (3) the Effects of the Action, which determines the direct and indirect impacts of the proposed Federal action and the effects of any interrelated or interdependent activities on the species; and (4) the Cumulative Effects, which evaluates the effects of future, non-Federal activities in the action area on the species.

ANALYTICAL FRAMEWORK FOR THE DESTRUCTION OR ADVERSE MODIFICATION DETERMINATION

Section 7(a)(2) of the ESA requires that Federal agencies insure that any action they authorize, fund, or carry out is not likely to destroy or to adversely modify designated critical habitat. A final rule revising the regulatory definition of "destruction or adverse modification" was published on February 11, 2016 (Service and National Oceanic and Atmospheric Administration 2016). The final rule became effective on March 14, 2016. The revised definition states:

> "Destruction or adverse modification means a direct or indirect alteration that appreciably diminishes the value of critical habitat for the conservation of a listed species. Such alterations may include, but are not limited to, those that alter the physical or biological features essential to the conservation of a species or that preclude or significantly delay development of such features."

The "destruction or adverse modification" analysis in this BO relies on four components: (1) The Status of Critical Habitat, which describes the range-wide condition of the critical habitat in terms of the key components (*i.e.*, essential habitat features, primary constituent elements, or physical and biological features) that provide for the conservation of the listed species, the factors responsible for that condition, and the intended value of the critical habitat overall for the conservation/recovery of the listed species; (2) the Environmental Baseline, which analyzes the condition of the critical habitat in the action area, the factors responsible for that condition, and the value of the critical habitat in the action area for the conservation/recovery of the listed species; (3) the Effects of the Action, which determines the direct and indirect impacts of the proposed Federal action and the effects of any interrelated and interdependent activities on the key components of critical habitat that provide for the conservation of the listed species, and how those impacts are likely to influence the conservation value of the affected critical habitat; and (4) Cumulative Effects, which evaluate the effects of future non-Federal activities that are reasonably certain to occur in the action area on the key components of critical habitat that provide for the conservation of the listed species and how those impacts are likely to influence the conservation value of the affected critical habitat.

For purposes of making the "destruction or adverse modification" determination, the Service evaluates if the effects of the proposed Federal action, taken together with cumulative effects, are likely to impair or preclude the capacity of critical habitat in the action area to serve its intended conservation function to an extent that appreciably diminishes the rangewide value of critical habitat for the conservation of the listed species. The key to making that finding is understanding the value (*i.e.*, the role) of the critical habitat in the action area for the conservation/recovery of the listed species based on the Environmental Baseline analysis.

## STATUS OF THE SPECIES

### Sierra Nevada Yellow-legged Frog

The Service published a final rule on April 29, 2014, listing the SNYLF as endangered (Service 2014). This final rule went into effect on June 30, 2014. Historically, the range of the SNYLF extended in California from north of the Feather River, in Butte and Plumas Counties, south to the Monarch Divide on the west side of the Sierra Nevada crest in Fresno County. East of the Sierra Nevada crest in California, the historical range of the SNYLF extends from areas north of Lake Tahoe, through Mono County (including the Glass Mountains) to Inyo County (Service 2014). On the HTNF, the current known distribution of SNYLF extends from the West Fork Carson River watershed south to Virginia Lakes in the West Walker River watershed (Figure 2).

Relevant information on the status of SNYLF, life history traits, population dynamics, habitat requirements, threats, and historical and current distribution can be found in the final rule (Service 2014). A brief summary of our findings in the final rule is presented below.

The Service determined that the SNYLF is presently in danger of extinction throughout its entire range, based on the immediacy, severity, and scope of the threats to its continued existence. These include habitat degradation and fragmentation, predation and disease, climate change, inadequate regulatory protections, and the interaction of these various stressors impacting small

William Dunkelberger                                        File No. 2017-F-0083

remnant populations. A rangewide reduction in abundance and geographic extent of surviving populations of SNYLFs has occurred following decades of fish stocking, habitat fragmentation, and most recently a disease epidemic caused by the pathogenic fungus *Batrachochytrium dendrobatidis* (*Bd*). Surviving populations are smaller and more isolated, and recruitment in diseased populations is much reduced relative to historic norms. This combination of population stressors makes persistence of this species precarious throughout the currently occupied range in the Sierra Nevada (Service 2014).

*Sierra Nevada Yellow-legged Frog Designated Critical Habitat*

On August 26, 2016, the Service published a final rule designating 437,929 ha (1,082,147 ac) as critical habitat for SNYLF (Figure 3; Service 2016). This area represents approximately 18 percent of the historical range of the species. Critical habitat is divided into three genetic clades or groupings. Each clade has multiple subunits, clade 1 has 4 subunits, clade 2 has 14 subunits, and clade 3 has 6 subunits. All subunits designated as critical habitat are considered occupied (at the subunit level) and include lands within Lassen, Plumas, Sierra, Nevada, Placer, El Dorado, Amador, Calaveras, Alpine, Tuolumne, Mono, Mariposa, Madera, Fresno, and Inyo Counties, California (Figure 3; Service 2016). There is approximately 20,082 ha (49,625 ac) of critical habitat for the SNYLF within the HTNF. This final rule went into effect on September 26, 2016. Most of the known occurrences of SNYLF are within designated critical habitat. The HTNF falls into clade 2 for the SNYLF and has designated critical habitat in subunits 2F, 2H, and 2I (Table 4; Figure 3). Due to a lack of surveys and the cryptic nature of this species, absence cannot be confirmed. Thus, suitable habitat occurs throughout this area.

*Physical or Biological Features*

In accordance with section 3(5)(A)(i) and 4(b)(1)(A) of the ESA and regulations at 50 CFR 424.12, in determining which areas within the geographical area occupied by the species at the time of listing to designate as critical habitat, we consider the physical or biological features essential to the conservation of the species and which may require special management considerations or protection. These include, but are not limited to: (1) Space for individual and population growth and for normal behavior; (2) Food, water, air, light, minerals, or other nutritional or physiological requirements; (3) Cover or shelter; (4) Sites for breeding, reproduction, or rearing (or development) of offspring; and (5) Habitats that are protected from disturbance or are representative of the historical, geographical, and ecological distributions of a species.

Table 4: Critical habitat subunits for the SNYLF and their associated acreages on the HTNF.

| Sub-Unit | Sub-unit Name | Total sub-unit Hectares (ac) | Sub-unit Hectares (ac) on HTNF | Sub-unit Hectares (ac) with PCEs |
|---|---|---|---|---|
| 2F | East Amador | 43,414 (107,278) | 5,316 (13,136) | 931 (2,301) |
| 2H | Wells Peak | 11,711 (28,939) | 8,694 (21,484) | 380 (940) |
| 2I | Emigrant Yosemite | 86,161 (212,908) | 6,072 (15,005) | 896 (2,214) |
| | **Total** | **141,286 (349,125)** | **20,083 (49,625)** | **2,208 (5,455)** |

William Dunkelberger                                                    File No. 2017-F-0083



Figure 3. Final designated critical habitat for the Sierra Nevada yellow-legged frog (Service 2016). Subunits 2F, 2H, and 2I are within the Action Area.

William Dunkelberger                                    File No. 2017-F-0083

We derive the specific physical or biological features essential for the SNYLF and the YT from studies of these species' habitat, ecology, and life history to designate critical habitat. Under the ESA and its implementing regulations, we are required to identify the physical or biological features essential to the conservation of the SNYLF and the YT in areas occupied at the time of listing, focusing on the features' primary constituent elements. Primary constituent elements are those specific elements of the physical or biological features that provide for a species' life-history processes and are essential to the conservation of the species.

*Primary Constituent Elements for SNYLF*

Critical habitat is defined by the Primary Constituent Elements (PCEs). PCEs are those specific elements of the physical or biological features that provide for a species' life history processes and are essential to the conservation of the species. PCEs specific to the SNYLF include aquatic habitat for breeding and rearing, aquatic nonbreeding and overwintering habitat, and upland habitat which are further defined below:

(1) <u>Aquatic habitat for breeding and rearing</u>
Habitat that consists of permanent water bodies, or those that are either hydrologically connected with, or close to, permanent water bodies, including, but not limited to, lakes, streams, rivers, tarns, perennial creeks (or permanent plunge pools within intermittent creeks), pools (such as a body of impounded water contained above a natural dam), and other forms of aquatic habitat. This habitat must:

    (a) For lakes, be of sufficient depth not to freeze solid (to the bottom) during the winter (no less than 1.7 m (5.6 ft), but generally greater than 2.5 m (8.2 ft), and optimally 5 m (16.4 ft) or deeper (unless some other refuge from freezing is available)).

    (b) Maintain a natural flow pattern, including periodic flooding, and have functional community dynamics in order to provide sufficient productivity and a prey base to support the growth and development of rearing tadpoles and metamorphs.

    (c) Be free of introduced predators.

    (d) Maintain water during the entire tadpole growth phase (a minimum of 2 years). During periods of drought, these breeding sites may not hold water long enough for individuals to complete metamorphosis, but they may still be considered essential breeding habitat if they provide sufficient habitat in most years to foster recruitment within the reproductive lifespan of individual adult frogs.

    (e) Contain:

        (i) Bank and pool substrates consisting of varying percentages of soil or silt, sand, gravel, cobble, rock, and boulders (for basking and cover);

        (ii) Shallower microhabitat with solar exposure to warm lake areas and to foster primary productivity of the food web;

        (iii) Open gravel banks and rocks or other structures projecting above or just beneath the surface of the water for adult sunning posts;

        (iv) Aquatic refugia, including pools with bank overhangs, downfall logs or branches, or rocks and vegetation to provide cover from predators; and

        (v) Sufficient food resources to provide for tadpole growth and development.

William Dunkelberger                                          File No. 2017-F-0083

(2) <u>Aquatic nonbreeding and overwintering habitat</u>
This habitat may contain the same characteristics as aquatic breeding and rearing habitat (often at the same locale), and may include lakes, ponds, tarns, streams, rivers, creeks, plunge pools within intermittent creeks, seeps, and springs that may not hold water long enough for the species to complete its aquatic life cycle. This habitat provides for shelter, foraging, predator avoidance, and aquatic dispersal of juvenile and adult mountain yellow-legged frogs. Aquatic nonbreeding habitat contains:

> (a) Bank and pool substrates consisting of varying percentages of soil or silt, sand, gravel, cobble, rock, and boulders (for basking and cover).
> (b) Open gravel banks and rocks projecting above or just beneath the surface of the water for adult sunning posts.
> (c) Aquatic refugia, including pools with bank overhangs, downfall logs or branches, or rocks and vegetation to provide cover from predators.
> (d) Sufficient food resources to support juvenile and adult foraging.
> (e) Overwintering refugia, where thermal properties of the microhabitat protect hibernating life stages from winter freezing, such as crevices or holes within bedrock, in and near shore.
> (f) Streams, stream reaches, or wet meadow habitats that can function as corridors for movement between aquatic habitats used as breeding or foraging sites.

(3) <u>Upland habitat</u>
> (a) Upland areas adjacent to or surrounding breeding and nonbreeding aquatic habitat that provides areas for feeding and movement by SNYLF.
>> (i) For stream habitats, this area extends 25 m (82 ft) from the bank or shoreline;
>> (ii) In areas that contain riparian habitat and upland vegetation (*i.e.*, mixed conifer, ponderosa pine, montane conifer, and montane riparian woodlands), the canopy overstory should be sufficiently thin (generally not to exceed 85 percent) to allow sunlight to reach the aquatic habitat and thereby provide basking areas for the species;
>> (iii) For areas between proximate (within 300 m (984 ft)) water bodies (typical of some high mountain lake habitats), the upland area extends from the bank or shoreline between such water bodies;
>> (iv) Within mesic habitats such as lake and meadow systems, the entire area of physically contiguous or proximate habitat is suitable for dispersal and foraging.
> (b) Upland areas (catchments) adjacent to and surrounding both breeding and nonbreeding aquatic habitat that provide for the natural hydrologic regime (water quantity) of aquatic habitats. These upland areas should also allow for the maintenance of sufficient water quality to provide for the various life stages of SNYLF and its prey base.

Subunit 2F: East Amador

The East Amador subunit consists of approximately 43,414 ha (107,278 ac), and is located in Amador, Alpine, and El Dorado Counties, California (Figure 3). The East Amador subunit is roughly bounded on the northwest by Highway 88, and on the southeast by Highway 4. Land ownership within this subunit consists of approximately 40,140 ha (99,188 ac) of Federal land, 56 ha (138 ac) of State land, and 3,218 ha (7,952 ac) of private land. The East Amador subunit

William Dunkelberger                                                    File No. 2017-F-0083

includes areas within the Eldorado National Forest (209,807 ha (84,908 ac)), Lake Tahoe Basin Management Unit (229 ha (93 ac)), Stanislaus National Forest (6,208 ha (2,512 ac)), and HTNF (32,597 ha (13,192 ac)), and areas within the Emigrant Wilderness. Approximately 50 percent of the East Amador subunit is found within active grazing allotments on the Eldorado National Forest, Stanislaus National Forest, and HTNF. This subunit is considered to be within the geographical area occupied by the species at the time of listing, and it contains the physical or biological features essential to the conservation of the species, is currently functional habitat sustaining frogs, and is needed to provide for core surviving populations and their unique genetic heritage.

The physical or biological features essential to the conservation of the SNYLF in the East Amador subunit may require special management considerations or protection due to the presence of introduced fishes, water diversions and operations, inappropriate grazing activity, timber management and fuels reduction, and recreational activities. The Noble Canyon Allotment is located within this subunit.

Subunit 2H: Wells Peak

The Wells Peak subunit consists of approximately 11,711 ha (28,939 ac), and is located in Alpine, Mono, and Tuolumne Counties, California, approximately 6.4 km (4 mi) west of Highway 395, and bounded by Highway 108 on the south (Figure 3). Land ownership within this subunit consists of approximately 11,650 ha (28,788 ac) of Federal land and 61 ha (150 ac) of private land. Federal holdings within the Wells Peak subunit are within the HTNF (8,710 ha (21,523 ac)) and Stanislaus National Forest (2,939 ha (7,262 ac)), and the Carson-Iceberg and Emigrant Wilderness Areas. Approximately 32 percent of the Wells Peak subunit is found within active grazing allotments on the Stanislaus National Forest and HTNF. This subunit is considered to be within the geographical area occupied by the species at the time of listing, and it contains the physical or biological features essential to the conservation of the species, is currently functional habitat sustaining frogs, and is needed to provide for core surviving populations and their unique genetic heritage.

The physical or biological features essential to the conservation of the SNYLF in the Wells Peak subunit may require special management considerations or protection due to introduced fishes, inappropriate grazing activity, timber management and fuels reduction, and recreational activities. The Silver Creek Allotment is located within this subunit.

Subunit 2I: Emigrant Yosemite

The Emigrant Yosemite subunit consists of approximately 86,161 ha (212,908 ac), and is located in Tuolumne and Mono Counties, California, approximately 11 km (6.9 mi) south of Highway 108 and 7.4 km (4.6 mi) north of Hetch Hetchy Reservoir (Figure 3). Land ownership within this subunit consists of approximately 86,089 ha (212,730 ac) of Federal land, 50 ha (124 ac) of local jurisdiction lands, and 22 ha (54 ac) of private land. The Emigrant Yosemite subunit is predominantly in Yosemite National Park (45,511 (112,461 ac)), Stanislaus National Forest (34,453 ha (85,135 ac)), and HTNF (6125 ha (15,134 ac)), including lands within the Emigrant and Hoover Wilderness Areas. Approximately 16 percent of the Emigrant Yosemite subunit is found within active grazing allotments on the Stanislaus National Forest and HTNF. This subunit

is considered to be within the geographical area occupied by the species at the time of listing, and it contains the physical or biological features essential to the conservation of the species, is currently functional habitat sustaining frogs, and is needed to provide for core surviving populations and their unique genetic heritage.

The physical or biological features essential to the conservation of the SNYLF in the Emigrant Yosemite subunit may require special management considerations or protection due to the presence of introduced fishes and inappropriate grazing activity. The Piute Allotment is located within this subunit.

*Yosemite Toad*

The Service published a final rule on April 29, 2014, listing the YT as threatened (Service 2014). This final rule went into effect on June 30, 2014. The known historical range of YT in the Sierra Nevada extended from the Blue Lakes region north of Ebbetts Pass (Alpine County) to south of the Evolution Lake area (Fresno County) (Karlstrom 1962, Stebbins 1985). YT habitat historically spanned elevations from 1,460 to 3,630 m (4,790 to 11,910 ft) (Stebbins 1985, Stephens 2001). On the HTNF, the current distribution of YTs extends from the Kinney Lakes area in the West Fork Carson River watershed south to Virginia Lakes in the East Walker River watershed (Figure 1).

Relevant information on the status of YTs, life history traits, population dynamics, habitat requirements, threats, and historical and current distribution can be found in the final rule (Service 2014). A brief summary of our findings in the final rule is presented below.

The Service determined that the YT is likely to become endangered throughout its range within the foreseeable future, based on the immediacy, severity, and scope of the threats to its continued existence. These include habitat loss associated with degradation of meadow hydrology following stream incision consequent to the cumulative effects of historical land management activities, notably livestock grazing, and also the anticipated hydrologic effects upon habitat from climate change. The Service also found that the YT is likely to become endangered through the direct effects of climate change impacting small remnant populations, likely compounded with the cumulative effects of other threat factors (*e.g.*, Bd) (Service 2014).

*Yosemite Toad Designated Critical Habitat*

On August 26, 2016, the Service published a final rule designating 303,889 ha (750,926 ac) of critical habitat for YT (Figure 4; Service 2016). This area represents approximately 28 percent of the historical range of the YT. Critical habitat is divided into 16 different units. All units designated as critical habitat are considered occupied (at the unit level) and include lands within Alpine, Tuolumne, Mono, Mariposa, Madera, Fresno, and Inyo Counties, California (Service 2016). There are approximately 11,302 ha (27,929 ac) of critical habitat for YT within the HTNF. This final rule went into effect on September 26, 2016. Most of the current YT occurrences are within designated critical habitat. The HTNF has designated critical habitat in units 1, 2, 3, and 4 (Table 5; Figure 4). Unit 3 is not within any active grazing allotment and Unit 4 has only one vacant allotment; therefore, these two units will not be discussed further in this

William Dunkelberger

File No. 2017-F-0083



Figure 4. Final designated critical habitat for the Yosemite toad (Service 2016). Units 1, 2, 3, and 4 are within the Action Area.

William Dunkelberger                                    File No. 2017-F-0083

Table 5: Critical habitat units for YT and their associated acreages on the HTNF.

| Unit | Unit Name | Unit Hectares (ac) | Unit Hectares (ac) on HTNF | Unit Hectares (ac) with PCE's |
|------|-----------|--------------------|-----------------------------|--------------------------------|
| 1 | Blue Lakes, Mokelumne | 14,884 (36,778) | 1,590 (3,930) | 1,249 (3,086) |
| 2 | Leavitt Lake/Emigrant | 30,803 (76,115) | 7,331 (18,115) | 6,657 (16,451) |
| 3 | Rogers Meadow | 11,797 (29,150) | 568 (1,403) | 525 (1,298) |
| 4 | Hoover Lakes | 2,303 (5,690) | 1,813 (4,481) | 1,703 (4,209) |
| | **Total** | **59,787 (147,733)** | **11,302 (27,929)** | **10,135 (25,044)** |

BO. Due to a lack of surveys and the cryptic nature of this species, absence cannot be confirmed. Thus, suitable habitat occurs throughout this area.

*Primary Constituent Elements for YT*

Critical habitat is defined by the Primary Constituent Elements (PCEs). PCEs are those specific elements of the physical or biological features that provide for a species' life history processes and are essential to the conservation of the species. PCEs specific to the YT include aquatic breeding habitat and upland habitat which are further defined below:

(1) Aquatic breeding habitat
    (a) This habitat consists of bodies of fresh water, including wet meadows, slow-moving streams, shallow ponds, spring systems, and shallow areas of lakes, that:
        (i) Are typically (or become) inundated during snowmelt;
        (ii) Hold water for a minimum of 5 weeks, but more typically 7 to 8 weeks; and
        (iii) Contain sufficient food for tadpole development.
    (b) During periods of drought or less than average rainfall, these breeding sites may not hold surface water long enough for individual YTs to complete metamorphosis, but they are still considered essential breeding habitat because they provide habitat in most years.

(2) Upland habitat
    (a) This habitat consists of areas adjacent to or surrounding breeding habitat up to a distance of 1.25 km (0.78 mi) in most cases (*i.e.*, depending on surrounding landscape and dispersal barriers), including seeps, springheads, talus and boulders, and areas that provide:
        (i) Sufficient cover (including rodent burrows, logs, rocks, and other surface objects) to provide summer refugia;
        (ii) Foraging habitat;
        (iii) Adequate prey resources;
        (iv) Physical structure for predator avoidance;
        (v) Overwintering refugia for juvenile and adults;
        (vi) Dispersal corridors between aquatic breeding habitats;
        (vii) Dispersal corridors between breeding habitats and areas of suitable summer and winter refugia and foraging habitat; and/or
        (viii) The natural hydrologic regime of aquatic habitats (the catchment).

William Dunkelberger                                        File No. 2017-F-0083

    (b) These upland areas should also maintain sufficient water quality to provide for the
    various life stages of the YT and its prey base.

Unit 1: Blue Lakes/Mokelumne

This unit consists of approximately 14,884 ha (36,778 ac), and is located in Alpine County,
California, north and south of Highway 4 (Figure 4). Land ownership within this unit consists of
approximately 13,896 ha (34,338 ac) of Federal land and 987 ha (2,440 ac) of private land. The
Blue Lakes/Mokelumne unit is predominantly within the Eldorado National Forest (4,915 ha
(12,144 ac)), Stanislaus National Forest (7,477 ha (18,475)), and HTNF (1,639 ha (4,051 ac)),
including lands within the Mokelumne and Carson-Iceberg Wilderness Areas. Approximately 65
percent of the Blue Lakes/Mokelumne unit is found within active grazing allotments on the
Eldorado National Forest, Stanislaus National Forest, and HTNF. This unit is currently occupied
and contains the physical or biological features essential to the conservation of the species. This
unit represents the northernmost portion of the YTs range and constitutes an area of high genetic
diversity. The Blue Lakes/Mokelumne unit is an essential component of the entirety of this
critical habitat designation due to the genetic and distributional area this unit encompasses.

The physical or biological features essential to the conservation of the YT in the Blue
Lakes/Mokelumne unit may require special management considerations or protection due to
inappropriate grazing and recreational activities. This unit also has threats due to disease,
predation, and climate change. Climate change is not considered a manageable threat. The need
for special management considerations or protection due to disease and predation is currently
undefined due to uncertainty regarding the extent and magnitude of these particular stressors.
The Bull Canyon, Noble Canyon, and Murray Canyon allotments are located in this unit.

Unit 2: Leavitt Lake/Emigrant

This unit consists of approximately 30,803 ha (76,115 ac), and is located near the border of
Alpine, Tuolumne, and Mono Counties, California, predominantly south of Highway 108 (Figure
4). Land ownership within this unit consists of approximately 30,789 ha (76,081 ac) of Federal
land and 13 ha (33 ac) of private land. The Leavitt Lake/Emigrant unit is predominantly within
the Stanislaus National Forest (23,066 ha (56,998 ac)) and HTNF (7,348 ha (18,157 ac)),
including lands within the Emigrant and Hoover Wilderness Areas, and Yosemite National Park
(375 ha 926 ac)). Approximately 61 percent of the Leavitt Lake/Emigrant unit is found within
active grazing allotments on the Stanislaus National Forest and HTNF. This unit is currently
occupied and contains the physical or biological features essential to the conservation of the
species. This unit is considered essential to the conservation of the species because it contains a
high concentration of YT breeding locations and represents a variety of habitat types utilized by
the species. The Leavitt Lake/Emigrant unit provides continuity of habitat between adjacent
units, as well as providing for a variety of habitat types necessary to sustain YT populations
under a variety of climate regimes.

The physical or biological features essential to the conservation of the YT in the Leavitt
Lake/Emigrant unit may require special management considerations or protection due to
inappropriate grazing and recreational activities. This unit also has threats due to disease,

William Dunkelberger                                          File No. 2017-F-0083

predation, and climate change. Climate change is not considered a manageable threat. The need for special management considerations or protection due to disease and predation is currently undefined due to uncertainty regarding the extent and magnitude of these particular stressors. The Piute and Sardine allotments are located within this unit.

ENVIRONMENTAL BASELINE

The environmental baseline is an analysis of the effects of past and ongoing human and natural factors leading to the current status of the species, its habitat, and ecosystem, within the action area. The environmental baseline is a snapshot of a species' health at a specified point in time. It does not include the effects of the action under review in this consultation.

**Status of the Species within the Action Area**

The action area is located within the range of both the SNYLF and YT including currently occupied, designated critical habitat, and suitable habitat as described previously. The Piute, Sardine, Silver Creek, and Poison Creek Allotments on the Bridgeport Ranger District and Noble Canyon, Bull Canyon, and Murray Canyon Allotments on the Carson Ranger District contain occupied habitat, critical habitat, and suitable habitat for one or both amphibians (Table 2). The Buckeye, Eagle Creek, Little Walker, Lost Cannon, Mill Canyon, Rickey, and South Swauger Allotments on the Bridgeport Ranger District and Wolf Creek, Charity Valley, and Hope Valley Allotments on the Carson Ranger District contain only suitable habitat for one or both amphibians (Table 6).

It should be noted that Silver Creek, Mill Canyon, Rickey, and South Swauger Allotments on the Bridgeport Ranger District and Noble Canyon, Bull Canyon, and Murray Canyon Allotments on the Carson Ranger District have active biological opinions related to livestock grazing and LCT (Table 6).

Allotment Specific Current Status

*Piute Allotment*

Within the Piute Allotment there is occupied, critical habitat, and suitable for both the SNYLF and the Yosemite toad (Figures 4A and 4B in Appendix 4). There is 712 ha (1,760 ac) of SNYLF critical habitat and 3,236 ha (7,996 ac) of YT critical habitat within this allotment (Table 6). There is 1,004 ha (2,481 ac) of suitable habitat for SNYLF and 6,545 ha (16,172 ac) of suitable habitat for YT (Table 6). Both species and critical habitat occur throughout the upper elevations of the allotment (Figures 4A and 4B in Appendix 4). Within the upper West Walker River, between the West Walker River and Kirkwood Creek, a Research Natural Area (RNA) is present on an unnamed stream which has high densities of both amphibian species (Figure 4C in Appendix 4). No grazing is authorized within the RNA.

William Dunkelberger                                    File No. 2017-F-0083

Table 6. Acres of critical and suitable habitat by allotment for the Sierra Nevada yellow-legged frog and the Yosemite toad.

| Allotment | Allotment Hectares (ac) | SNYLF Critical Habitat Hectares (ac) | SNYLF Critical Habitat Hectares (ac)[1] | SNYLF Critical Habitat Unit | SNYLF Suitable Habitat Hectares (ac) | YT Critical Habitat Hectares (ac) | YT Critical Habitat Hectares (ac)[1] | YT Critical Habitat Unit | YT Suitable Habitat Hectares (ac) |
|---|---|---|---|---|---|---|---|---|---|
| Bridgeport Ranger District | | | | | | | | | |
| Piute | 9,197 (22,727) | 5,100 (12,602) | 712 (1,760) | 2I | 1,004 (2,481) | 3,524 (8,709) | 3,236 (7,996) | 2 | 6,545 (16,172) |
| Sardine | 6,819 (16,851) | | | | 379 (936) | 3,801 (9,392) | 3,414 (8,436) | 2 | 5,168 (12,770) |
| Silver Creek[3] | 7,837 (19,365) | 3,735 (9,230) | 143 (353) | 2H | 218 (538) | | | | 3,524 (8,708) |
| Poison Creek | 9,267 (22,899) | | | | 369 (911) | | | | 1,937 (4,786) |
| South Swauger[3,4] | 3,500 (8,649) | | | | 36 (88) | | | | |
| Lost Cannon | 4,139 (10,227) | | | | 59 (147) | | | | 1,176 (2,906) |
| Buckeye[4] | 2,284 (5,645) | | | | 71 (175) | | | | |
| Little Walker | 10,270 (25,377) | | | | 216 (533) | | | | 1,711 (4,228) |
| Eagle Creek | 2,030 (5,016) | | | | 131 (324) | | | | 562 (1,388) |
| Mill Canyon[3,4] | 3,094 (7,646) | | | | 17 (43) | | | | 186 (460) |
| Rickey[3] | 2,843 (7,026) | | | | 88 (217) | | | | 533 (1,316) |
| Carson Ranger District | | | | | | | | | |
| Noble Canyon[3] | 8,369 (20,680) | 1,500 (3,707) | 213 (527) | 2F | 515 (1,274) | 981 (2,425) | 913 (2,256) | 1 | 2,724 (6,731) |
| Bull Canyon[3] | 4,749 (11,735) | | | | 142 (351) | 463 (1,143) | 331 (817) | 1 | 1,358 (3,357) |
| Murray Canyon[3] | 3,349 (8,276) | | | | 199 (492) | 142 (352) | 0 (0)[2] | 1 | 1,556 (3,846) |
| Wolf Creek[4] | 3,926 (9,702) | | | | 75 (185) | | | | 103 (255) |
| Charity Valley | 1,817 (4,489) | | | | 132 (327) | | | | 1,252 (3,094) |
| Hope Valley | 8,200 (20,262) | | | | 71 (175) | | | | 396 (978) |
| Total | 91,691 (226,572) | 10,335 (25,539) | 1,068 (2,640) | | 3,722 (9,197) | 8,912 (22,021) | 7,893 (19,505) | | 28,731 (70,995) |

[1] Calculated critical habitat acres based on the PCE definition for each species. [2] No PCEs are located within the Murray Canyon Allotment. [3] Allotments have active biological opinions related to livestock grazing and LCT. [4] Allotments have a not likely to adversely affect determination for one or both species.

William Dunkelberger                                          File No. 2017-F-0083

Designated critical habitat for SNYLF (subunit 2I) and YT (Unit 2) occurs within a large portion of the Piute Allotment (Figures 4A and 4B in Appendix 4). SNYLF PCEs associated with aquatic habitat for breeding and rearing, aquatic nonbreeding and overwintering habitat, and upland habitat occur within the allotment. YT PCEs associated with aquatic and upland habitats occur within the allotment.

*Sardine Allotment*

Within the Sardine Allotment there is suitable habitat for the SNYLF, and occupied, critical habitat, and suitable habitat for Yosemite toad (Figures 4D and 4E in Appendix 4). There is 379 ha (936 ac) of SNYLF suitable habitat within this allotment (Table 6). For YT, there is 3,414 ha (8,436 ac) of critical habitat and 5,168 ha (12,770 ac) of suitable habitat (Table 6). Known occupied breeding habitat occurs throughout the allotment, particularly in the Levitt, Koenig, and Latopie Lakes areas and in the Upper and Lower Sardine Meadows areas near Highway 108 (Figure 4E in Appendix 4). In 2016, long-term mark-recapture population monitoring, using passive integrated transponder tags, was established at Upper and Lower Sardine Meadows.

Designated critical habitat for YT (Unit 2) occurs within a large portion of the Sardine Allotment (Figure 4E in Appendix 4). YT PCEs associated with aquatic and upland habitats occur within the allotment.

*Silver Creek Allotment*

Within the Silver Creek Allotment there is occupied, critical habitat, and suitable habitat for the SNYLF and suitable habitat for YT (Figures 4F and 4G in Appendix 4). There is 143 ha (353 ac) of SNYLF critical habitat and 218 ha (538 ac) of suitable habitat within this allotment (Table 6). For YT, there is 3,524 ha (8,708 ac) of suitable habitat (Table 6). Known populations of SNYLF occur at Wolf Creek Lake, Chango Lake, a small un-named lake at the headwaters of Silver Creek, and downstream within Silver Creek proper (Figure 4F in Appendix 4).

Designated critical habitat for SNYLF (subunit 2H) occurs within a large portion of the Silver Creek Allotment and the permittee actively grazes sheep within critical habitat (Figure 4F in Appendix 4). SNYLF PCEs associated with aquatic habitat for breeding and rearing, aquatic nonbreeding and overwintering habitat, and upland habitat occur within the allotment.

*Poison Creek Allotment*

Within the Poison Creek Allotment there is suitable habitat for the SNYLF, and occupied and suitable habitat for YT (Figures 4I and 4J in Appendix 4). No critical habitat for either species is found within this allotment. There is 369 ha (911 ac) of SNYLF suitable habitat within this allotment (Table 6). For YT, there is 1,937 ha (4,786 ac) of suitable habitat (Table 6). Known occupied breeding habitat for YT is present around Beartrap Lake (Figure 4J in Appendix 4).

William Dunkelberger                                    File No. 2017-F-0083

*Noble Canyon Allotment*

Within the Noble Canyon Allotment there is occupied, critical habitat, and suitable for both the SNYLF and the Yosemite toad (Figures 4M and 4N in Appendix 4). There is 213 ha (527 ac) of SNYLF critical habitat and 913 ha (2,256 ac) of YT critical habitat within this allotment (Table 6). There is 516 ha (1,274 ac) of suitable habitat for SNYLF and 2,724 ha (6,731 ac) of suitable habitat for YT (Table 6). Both species and their critical habitat occur throughout the upper elevations of the allotment. Known populations of SNYLF occur in the Kinney Lakes area and at Noble Lake (Figure 4M in Appendix 4). YT have been observed at Sherrod Lake, Kinney Meadows, and Noble Lake (Figure 4N in Appendix 4).

Designated critical habitat for SNYLF (subunit 2F) occurs within a large portion of the Noble Canyon Allotment and the permittee actively grazes livestock within critical habitat (Figure 4M in Appendix 4). SNYLF PCEs associated with aquatic habitat for breeding and rearing, aquatic nonbreeding and overwintering habitat, and upland habitat occur within the allotment. Critical habitat for YT (Unit 1) occurs within a small portion of the Noble Canyon Allotment (Figure 4N in Appendix 4). YT PCEs associated with aquatic and upland habitats occur within the allotment.

*Bull Canyon Allotment*

Within the Bull Canyon Allotment there is suitable habitat for SNYLF and there is critical habitat and suitable habitat for YT (Figures 4O and 4P in Appendix 4). There is 331 ha (817 ac) of YT critical habitat within this allotment (Table 6). There is 142 ha (351 ac) of suitable habitat for SNYLF and 1,358 ha (3,357 ac) of suitable habitat for YT (Table 6). No known populations for either species occur within the allotment.

Designated critical habitat for YT (Unit 1) occurs within a small portion of the Bull Canyon Allotment and livestock have the potential to move through aquatic and upland habitats (Figure 4P in Appendix 4). YT PCEs associated with aquatic and upland habitats occur within the allotment

*Murray Canyon Allotment*

Within the Murray Canyon Allotment there is 199 ha (492 ac) of suitable habitat for SNYLF and there is 142 ha (352 ac) of critical habitat and 1,556 ha (3,846 ac) of suitable habitat for YT (Table 6; Figures 4Q and 4R in Appendix 4). Amphibian surveys were completed in July 2005, within the Murray and Golden Canyon drainages within the allotment. The District fisheries biologist characterized the drainages as not having SNYLF habitat and marginal YT habitat (HTNF 2005a, b). Suitable habitat occurs elsewhere on the allotment (Figures 4Q and 4R in Appendix 4), particularly in ponded or wet meadow habitats which were not surveyed in 2005. Suitable habitat throughout the allotment will be assumed to be occupied (within suitable habitat as defined above) until surveys are conducted within the suitable habitats identified above to determine the presence or absence of either species. No known populations for either species occur within the allotment. The Stanislaus National Forest currently administers the Murray Canyon Allotment.

William Dunkelberger                                    File No. 2017-F-0083

Designated critical habitat for YT (Unit 1) occurs within a small portion of the Murray Canyon Allotment. The designated area has no aquatic breeding habitat and is not located within 1.25 km (0.78 mi) of suitable YT breeding sites. Although the allotment is within the critical habitat polygon, no YT PCEs associated with aquatic and upland habitats occur within the allotment (Figure 4R in Appendix 4).

*Eagle Creek Allotment*

Within the Eagle Creek Allotment there is 131 ha (324 ac) of suitable habitat for SNYLF and 562 ha (1,388 ac) of suitable habitat for YT (Table 6; Figures 28 and 29 in BA). No known populations for either species occur within the allotment and no critical habitat is designated.

*Little Walker Allotment*

Within the Little Walker allotment is 216 ha (533 ac) of suitable habitat for SNYLF and 1,711 ha (4,228 ac) of suitable habitat for YT (Table 6; Figures 30 and 31 in BA). No known populations for either species occur within the allotment and no critical habitat is designated.

*Lost Cannon Allotment*

Within the Lost Cannon Allotment there is 60 ha (147 ac) of suitable habitat for SNYLF and 1,176 ha (2,906 ac) of suitable habitat for YT (Table 6; Figures 32 and 33 in BA). No known populations for either species occur within the allotment and no critical habitat is designated.

*Mill Canyon Allotment*

Within the Mill Canyon Allotment there is 17 ha (43 ac) of suitable habitat for SNYLF (Table 6; Figures 34 and 35 in BA). No known population of SNYLF occurs within the allotment and no critical habitat is designated.

*Rickey Allotment*

Within the Rickey Allotment there is 88 ha (217 ac) of suitable habitat for SNYLF and 533 ha (1,316 ac) of suitable habitat for YT (Table 6; Figures 38 and 39 in BA). No known populations for either species occur within the allotment and no critical habitat is designated.

*Charity Valley Allotment*

Within the Charity Valley Allotment there are 132 ha (327 ac) of suitable habitat for SNYLF and 1,252 ha (3,094 ac) of suitable habitat for YT (Table 6; Figures 42 and 43 in BA). No known populations for either species occur within the allotment and no critical habitat is designated.

William Dunkelberger                                        File No. 2017-F-0083

*Hope Valley Allotment*

Within the Hope Valley Allotment there are 71 ha (175 ac) of suitable habitat for SNYLF and 396 ha (978 ac) of suitable habitat for YT (Table 6; Figures 44 and 45 in BA). No known populations for either species occur within the allotment and no critical habitat is designated.

**Factors Affecting the Species in the Action Area**

This analysis describes factors affecting the environment of the species or designated critical habitat in the action area. The baseline includes State, tribal, local, and private actions already affecting the species or that will occur contemporaneously with the consultation in progress. Unrelated Federal actions affecting the same species or critical habitat that have completed formal or informal consultation are also part of the environmental baseline, as are Federal and other actions within the action area that may benefit listed species or critical habitat. The following factors are from the listing rule (Service 2014) and occur in the action area.

<u>Disease</u>

Over roughly the last 2 decades, pathogens have been associated with amphibian population declines, mass die-offs, and even extinctions worldwide (Bradford 1991, Blaustein *et al.* 1994, Alford and Richards 1999, Muths *et al.* 2003, Weldon *et al.* 2004, Rachowicz *et al.* 2005, Fisher *et al.* 2009). One pathogen strongly associated with dramatic declines on all continents that harbor amphibians is chytridiomycosis caused by the chytrid fungus *Batrachochytrium dendrobatidis* (Bd) (Rachowicz *et al.* 2005). Bd has now been reported in amphibian species worldwide (Fellers *et al.* 2001, Rachowicz *et al.* 2005). Early doubt that this particular pathogen was responsible for worldwide die-offs has largely been overcome by the weight of evidence documenting the appearance, spread, and detrimental effects to affected populations (Vredenburg *et al.* 2010). The correlation of notable recent amphibian declines with reports of outbreaks of fatal chytridiomycosis in montane areas has led to a general association between high altitude, cooler climates, and population extirpations associated with Bd (Fisher *et al.* 2009). Bd has been documented in all known populations within the action area and has been identified has the most likely cause of population extirpations and reductions on the HTNF in the 1980's and early 1990's (USFS *et al.* 2014, USFS *et al.* 2015).

Bd affects the mouth parts and epidermal (skin) tissue of tadpoles and metamorphosed individuals (Fellers *et al.* 2001). The fungus can reproduce asexually, and can generally withstand adverse conditions such as freezing or drought (Knapp *et al.* 2011). It also may reproduce sexually, leading to thick-walled sporangia that would be capable of long-term survival (for distant transport and persistence in sites even after all susceptible host animal populations are extirpated) (Morgan *et al.* 2007). Adult frogs can acquire this fungus from tadpoles, and it can also be transmitted between tadpoles (Rachowicz and Vredenburg 2004).

During the epidemic phase of chytrid infection into unexposed populations, rapid die-offs of adult and subadult lifestages are observed (Vredenburg *et al.* 2010), with metamorphs being extremely sensitive to Bd infection (Kilpatrick *et al.* 2010, Vredenburg *et al.* 2010). Field and laboratory experiments indicate that Bd infection is generally lethal to SNYLFs, and is likely

William Dunkelberger                                           File No. 2017-F-0083

responsible for declines in sites that were occupied as recently as 2002, but where frogs were absent by 2008 (Vredenburg *et al.* 2010).

The effects of Bd on host populations of the SNYLF are variable, ranging from extirpation to persistence with a low level of infection (Briggs *et al.* 2010). When Bd infection first occurs in a population, the most common outcome is epidemic spread of the disease and population extirpation (Briggs *et al.* 2010). Die-offs are characterized by rapid onset of high-level Bd infections, followed by death due to chytridiomycosis. Although most populations that are newly exposed to Bd are driven to extirpation following the arrival of Bd, some populations that experience Bd caused population crashes are not extirpated, and some may even recover despite ongoing chytridiomycosis (Briggs *et al.* 2010, Knapp *et al.* 2016). However, it is apparent that even at sites exhibiting population persistence with Bd, high mortality of metamorphosing frogs persists, and this phenomenon may explain the lower abundances observed in such populations (Briggs *et al.* 2010). Bd is now widespread throughout the Sierra Nevada and, although it has not infected all populations at this time, it is a serious and substantial threat rangewide to the SNYLF.

Various diseases are confirmed to be lethal to YTs (Green and Sherman 2001), and recent research has elucidated the potential role of Bd infection as a threat to YT populations (Dodge and Vredenburg 2012). These various diseases and infections, in concert with other factors, have likely contributed to the decline of the YT (Sherman and Morton 1993) and may continue to pose a risk to the species (Dodge and Vredenburg 2012). While Bd has not been tested as extensively as SNYLF populations, many of the YT populations on the HTNF co-occur with SNYLF populations which have documented as Bd positive; therefore, it is assumed that Bd is prevelant throughout all populations of YT on the HTNF.

Although disease as a threat factor to the YT is relatively less documented, Bd infection causes mass mortalities in the closely related boreal toad (*A. boreas*) (Carey *et al.* 2006) and there is evidence related to Bd's role in historical die-offs in YTs (Dodge and Vredenburg 2012). Much of the historical research documenting YT declines predated our awareness of Bd as a major amphibian pathogen. Additionally, the life history of the YTs, as a rapid breeder during early snowmelt, limits the opportunities to observe population crashes in the context of varied environmental stressors. Currently available evidence indicates that Bd was likely a significant factor contributing to the recent historical declines observed in YT populations (Dodge and Vredenburg 2012). Although infection intensities are currently lower than some peak historic measurements, this threat remains a potential factor that may continue to reduce survival through metamorphosis, and therefore recruitment to the breeding population (Dodge 2017, pers. comm.). Additionally, the interaction of disease and other stressors, such as climate extremes, is not well understood in the YT. Research does suggest that the combination of these threats represents a factor in the historical decline of the species (Sherman and Morton 1993).

<u>Population Isolation and Habitat Fragmentation</u>

Amphibian habitat in the Sierra Nevada has been modified due to the introduction of a nonnative predator that both competes for limited food resources and directly preys on mountain yellow-legged frog tadpoles and adults (see Predation below). Presence of nonnative trout in naturally

William Dunkelberger                                    File No. 2017-F-0083

fishless ecosystems has had profound effects on the structure and composition of faunal assemblages, severely reducing not only amphibians, but also zooplankton and large invertebrate species (Knapp 1996, Bradford *et al.* 1998, Finlay and Vredenburg 2007). Within the frog's historical range, past trout introductions and the continuing presence of fish in most lakes resulted in the elimination of frogs from most waters that were suitable for fish.

The body of scientific research has demonstrated that introduced trout have negatively impacted SNYLFs over much of the Sierra Nevada (Bradford 1989, Bradford *et al.* 1993, Drost and Fellers 1996, Knapp 1996, Bradford *et al.* 1998, Knapp and Matthews 2000, Knapp *et al.* 2001). Fish stocking programs have negative ecological implications because fish eat aquatic fauna, including amphibians and invertebrates (Bahls 1992, Erman 1996, Jennings 1996, Knapp 1996, Matthews *et al.* 2001, Schindler *et al.* 2001, Moyle 2002, Epanchin *et al.* 2010). Finlay and Vredenburg (2007) documented that the same benthic (bottom-dwelling) invertebrate resource base sustains the growth of both frogs and trout, suggesting that competition with trout for prey is an important factor that may contribute to the decline of the SNYLF. Introductions of salmonids to fishless lakes have also been associated with alteration of nutrient cycles and primary productivity in mountain lakes, including those in the Sierra Nevada (Schindler *et al.* 2001).

Across the range of SNYLF, the presence of fish in most of the deeper lakes has altered the aquatic habitat that SNYLFs rely on for overwintering and breeding, and has also reduced connectivity among frog populations. Fish now populate the deeper lakes and connecting streams and largely separate and increase the distance between the current sites inhabited by the highly aquatic frogs (the connectivity of occupied sites in present versus former fishless conditions differs by approximately 10-fold) (Bradford *et al.* 1993, Knapp 1996).

Knapp and Matthews (2000) surveyed more than 1,700 water bodies and concluded that a strong negative correlation exists between introduced trout and SNYLFs (Knapp and Matthews 2000). Consistent with this finding are the results of an analysis of the distribution of SNYLF tadpoles, which indicate that the presence and abundance of this life stage are reduced dramatically in fish stocked lakes (Knapp *et al.* 2001). Knapp (2005) also compared the distribution of nonnative trout with the distributions of several amphibian and reptile species in 2,239 lakes and ponds in Yosemite National Park, and found that SNYLFs were five times less likely to be detected in waters where trout were present. Even though stocking within the National Park ceased in 1991, more than 50 percent of water bodies deeper than 4 m (13 ft) and 75 percent deeper than 16 m (52 ft) still contained trout populations in 2000–2002 (Knapp 2005). Both trout and SNYLFs utilize deeper water bodies. Based on the results from Knapp (2005), the reduced detection of frogs in trout-occupied waters indicates that trout are excluding SNYLFs from some of the best aquatic habitat.

Several aspects of the SNYLF's life history are thought to exacerbate its vulnerability to extirpation by trout (Bradford 1989, Bradford *et al.* 1993, Knapp 1996, Knapp and Matthews 2000). SNYLF are highly aquatic and are found primarily in lakes, most of which now contain trout (Knapp 1996). In comparison to other Sierran frogs, SNYLF tadpoles generally need at least 2 years to reach metamorphosis, which restricts breeding to waters that are deep enough to avoid depletion of oxygen when ice-covered (Knapp 1996). Overwintering adults must also

William Dunkelberger                                                      File No. 2017-F-0083

avoid oxygen depletion when the water is covered by ice, generally limiting overwintering to deeper waters that do not become anoxic (Mullally and Cunningham 1956, Knapp and Matthews 2000). At high elevations, both tadpoles and adults overwinter under ice for up to 9 months (Bradford 1983). These habitat requirements appear to restrict successful breeding and overwintering to the deeper water bodies where the chances of summer drying and winter freezing are reduced, the same water bodies that are most suitable for fishes; fishes also need deeper water bodies where the chances of summer drying and winter freezing are reduced (Bradford 1983, Knapp 1996, Knapp and Matthews 2000). Past fish-stocking practices targeted the deeper lakes, so the percentage of water bodies containing fish has increased with water depth, resulting in elimination of SNYLFs from once suitable habitats in which they were historically most common, and thereby generally isolating populations to the shallower, marginal habitats that do not have fish (Bradford 1983, Bradford *et al.* 1993, Knapp and Matthews 2000).

Since the mid-1990s, various parties, including researchers, CDFW, NPS, and the USFS, have implemented a variety of projects to actively restore habitat for the SNYLF via the removal of nonnative trout including a project within the headwaters of the W.F. Walker River which is within the action area (USFS *et al*. 2014).

Although fish stocking has been curtailed within many occupied basins, the impacts to SNYLF populations persist due to the presence of self-sustaining fish populations in some of the best habitat that normally would have sustained SNYLFs. The fragmentation that persists across the range of this frog species renders them more vulnerable to other population stressors, and recovery is slow, if not impossible, without costly and physically difficult direct human intervention (such as physical and chemical trout removal) (Knapp *et al.* 2007). While most of the impacts occurred historically, the impact upon the biogeographic (population/metapopulation) integrity of the species will be long-lasting. Currently, habitat degradation and fragmentation by fish is considered a highly significant and prevalent threat to persistence and recovery of SNYLFs and YTs rangewide and within the action area.

<u>Predation</u>

The most prominent predator of SNYLFs is introduced trout, whose significance is well-established because it has been repeatedly observed that the frogs rarely coexist with fish, and it is known that introduced trout can and do prey on all SNYLF life stages except for eggs (Bradford 1989, Bradford *et al.* 1993, Drost and Fellers 1996, Jennings 1996, Knapp 1996, Knapp and Matthews 2000, Knapp *et al.* 2001, Vredenburg 2004). Knapp (1996) estimated that 63 percent of lakes larger than 1 ha (2.5 ac) in the Sierra Nevada contain one or more nonnative trout species, and that greater than 60 percent of streams contain nonnative trout. In some areas, trout-occupied waters comprise greater than 90 percent of total water body surface area (Knapp and Matthews 2000).

The multiple-year tadpole stage of the SNYLF requires submersion in the aquatic habitat year round until metamorphosis. Moreover, all life stages are highly aquatic, increasing the SNYLF's susceptibility to predation by trout (where they co-occur) throughout its lifespan. Overwinter mortality due to predation is especially significant because, when water bodies ice over in winter, adults and tadpoles move from shallow margins of lakes and ponds into deeper unfrozen water

William Dunkelberger                                              File No. 2017-F-0083

where they are more vulnerable to predation; fish encounters in such areas increase, while refuge is less available.

The predation of SNYLFs by fishes observed in the early 20th century by Grinnell and Storer and the documented population declines of the 1970s (Bradford 1991, Bradford *et al.* 1994) were not the beginning of the SNYLF's decline, but rather the continuation of a long decline that started soon after fish introductions to the Sierra Nevada began in the mid-1800s (Knapp and Matthews 2000). Metapopulation theory (Hanski 1998) predicts this type of time lag from habitat modification to population extinction (Knapp and Matthews 2000). In 2004, Vredenburg (2004) concluded that introduced trout are effective predators on SNYLF tadpoles and suggested that the introduction of trout is the most likely reason for the decline of species. This threat due to predation by introduced trout is a significant, prevalent risk to SNYLFs both rangewide and within the action area, and it will persist into the future in those locations where fish are present.

Overall, the data and available literature suggest that direct mortality from fish predation is likely not an important factor driving YT population dynamics. This does not discount other indirect impacts, such as the possibility that fish may be effective disease vectors. Because YTs use more ephemeral breeding habitats (which are less habitable to fish species as they cannot tolerate drying or freezing) minimizes the interaction of fish and toad tadpoles (Drost and Fellers 1994). Further, Jennings and Hayes (1994) stated that the palatability of Yosemite toad tadpoles to fish predators is unknown, but often assumed to be low based on the unpalatability of western toads (Drost and Fellers 1994, Kiesecker *et al.* 1996), to which Yosemite toads are closely related. Grasso *et al.* (2010) concluded that early life stages of the Yosemite toad likely possess chemical defenses that provide sufficient protection from trout predation.

Other predators may also have an effect on YT populations. Sherman and Morton (1993) reported evidence of toad predation by common ravens (*Corvus corax*) and concluded this activity was responsible for the elimination of toads from one site. These researchers also confirmed, as reported in other studies, predation on YT by Clark's nutcrackers (*Nucifraga columbiana*). The significance of avian predation may increase if the abundance of common ravens within the current range of the YT increases as raven abundance has increased as much as 300 percent in some areas of western North America since 1980 (Coates and Delhanty 2010) and is increasing at a rate of 2.5 percent a year (Sauer *et al*. 2013). However, the degree to which avian predation may be affecting Yosemite toad populations has not been quantified.

<u>Dams and Water Diversions Effects to Meadow Habitat</u>

Past construction of dams, diversion, and irrigation ditches resulted in a vast man-made network that altered local and regional stream hydrology in the Sierra Nevada (SNEP 1996, p. 120), although, with the exception of several dozen small impoundments and diversions, almost all of these are located below the range of the YT (USFS *et al.* 2015). However, in the past a small number of reservoirs were constructed within the action area, most notably in the West Fork Carson River watershed (Wet Meadows Reservoir, Upper and Lower Sunset Lakes, Tamarack Lake, and Upper and Lower Lost Lakes) and the East Fork Carson River watershed (Kinney Reservoir, Upper and Lower Kinney Lakes). Construction of several high-elevation reservoirs is thought to have inundated shallow-water breeding habitat for the YT (USFS *et al.* 2015). Where

William Dunkelberger                                              File No. 2017-F-0083

reservoirs are used for hydroelectric power, water-level declines caused by drawdown of reservoirs can lead to the mortality of eggs and tadpoles by stranding and desiccation (USFS *et al.* 2015).

Past construction of these reservoirs likely contributed to the decline of the YT in the action area where they were built and inundated meadow habitat. Increasing effects from climate change, or new water supply development in response to such effects, may exacerbate this risk in the future if new reservoirs are constructed within areas occupied by the toad. However, we are not aware of any proposals to construct additional reservoirs within the YTs range. We expect that continuing reservoir operations in the East and West Fork Carson River mentioned above may have continued habitat-related effects to toad populations in these developed areas, but less so in the current extent of the YTs (remnant) range.

Fire Management

Changes in historical fire regimes are well documented in the western United States (McKelvey *et al.* 1996, Arno 2000, Stephens and Sugihara 2006, Richardson *et al.* 2007, Brooks 2008, Miller *et al.* 2009, Miller and Safford 2012). Around the late 1800's, high-frequency, low-intensity fire regimes associated with dry forest types, as found in the eastern Sierra Nevada, began having longer fire return intervals due to: (1) relocation of Native Americans which disrupted their historical burning practices; (2) loss of fine fuels, which carried low-intensity ground fires, due to extensive overgrazing; (3) disruption of fuel continuity on the landscape due to irrigation, agriculture, and development; and (4) fire exclusion management policies (Arno 2000, Keane *et al.* 2002). Effects from the post-Euroamerican settlement influence on fire regimes include longer fire return intervals which allow fuel loads to increase. In return, relatively small, low-intensity ground fires have become uncharacteristically large, stand-replacing fires (Arno 2000, Miller *et al.* 2009, Miller and Safford 2012). Fire has been a missing component to meadow systems within the Sierra Nevada which has allowed fuel levels to increase and has allowed conifers to encroach on meadow systems (Frenzel 2012). While no studies have confirmed a link between fire suppression and rangewide population decline of the YT or SNYLF, circumstantial evidence to date suggests that historic fire suppression may be a factor underlying meadow encroachment from conifers, particularly at lower elevations (USFS *et al.* 2015). Additionally, several wildfires have occurred within the action area within the last 15 years; however, there have been no documentation of direct fire-related impacts to YT or SNYLF.

Climate Change

The Intergovernmental Panel on Climate Change (IPCC) states that of all ecosystems, freshwater ecosystems will have the highest proportion of species threatened with extinction due to climate change (Settele *et al.* 2014). Species with narrow temperature tolerances and cold-water species (*e.g.*, SNYLF and YT) will likely experience the greatest effects from climate change, and it is anticipated that populations located at the margins of the species' hydrologic and geographic distributions will be affected first (Bates *et al.* 2008, p. 104; Rieman and Isaak 2010). Climate change is predicted to have several effects on cold water habitat including: (1) Increased water temperature; (2) decreased stream flow; (3) reduced snowpack; (4) change in the hydrograph; (5)

William Dunkelberger                                                    File No. 2017-F-0083

increased frequency and severity of extreme events such as drought and floods; and (6) changing biotic interactions between native and nonnative species and diseases (Stewart *et al*. 2005, Ficke *et al*. 2007, Bates *et al*. 2008, Pierce *et al*. 2008, Webb *et al*. 2008, Schneider *et al*. 2009, Kaushal *et al*. 2010, Wehner *et al*. 2011, Arismendi *et al*. 2013, Coats *et al*. 2013).

For the Sierra Nevada ecoregion, climate models predict that mean annual temperatures will increase by 1.8 to 2.4 °C (3.2 to 4.3 °F) by 2070, including warmer winters with earlier spring snowmelt and higher summer temperatures. However, it is expected that temperature and climate variability will vary based on topographic diversity (for example, wind intensity will determine east versus west slope variability) (PRBO 2011). Mean annual rainfall is projected to decrease from 9.2–33.9 cm (3.6–13.3 in) by 2070; however, projections have high uncertainty and one study predicts the opposite effect (PRBO 2011). Given the varied outputs from differing modeling assumptions, and the influence of complex topography on microclimate patterns, it is difficult to draw general conclusions about the effects of climate change on precipitation patterns in the Sierra Nevada (PRBO 2011). Snowpack is, by all projections, going to decrease dramatically (following the temperature rise and more precipitation falling as rain) (Kadir *et al*. 2013). Higher winter streamflows, earlier runoff, and reduced spring and summer streamflows are projected, with increasing severity in the southern Sierra Nevada (PRBO 2011, Kadir *et al*. 2013).

Snow-dominated elevations of 2,000–2,800 m (6,560–9,190 ft) will be the most sensitive to temperature increases, and a warming of 5 °C (9 °F) is projected to shift center timing (the measure when half a stream's annual flow has passed a given point in time) to more than 45 days earlier in the year as compared to the 1961–1990 baseline (PRBO 2011). Lakes, ponds, and other standing waters fed by snowmelt or streams are likely to dry out or be more ephemeral during the non-winter months (Lacan *et al.* 2008, PRBO 2011). This pattern could influence ground water transport, and springs may be similarly depleted, leading to lower lake levels. The elevational zone described above is within the proposed action area.

Ecological consequences of climate change to amphibians may include changes in population dynamics, timing of reproduction, changing geographic range, and broader community and ecosystem level changes (Hansen *et al*. 2001, McCarty 2001, Carey and Alexander 2003, Inkley *et al*. 2004, Corn 2005, Parmesan 2006, Rahel and Olden 2008, Blaustein *et al*. 2010, Lawler *et al*. 2010). Amphibians are sensitive to changes in precipitation and temperature which may increase the risk of extinction for this group of organisms (Boone *et al*. 2003, Corn 2005, Pounds *et al*. 2007, Blaustein *et al*. 2010, Rohr and Palmer 2013, Pilliod *et al*. 2015). Blaustein *et al*. (2010) predict that projected changes in temperature and precipitation are likely to increase habitat loss and alteration for those species living in sensitive habitats, such as ephemeral ponds and alpine habitats.

Increased temperatures can reduce time to metamorphosis, which can increase chances of survival where ponds dry, but also result in metamorphosis at a smaller size, suggesting a likely trade-off between development and growth, which may be exacerbated by climate change and have fitness consequences for adults (Blaustein *et al.* 2010). Changes in terrestrial habitat, such as changed soil moisture and vegetation, can also directly affect adult and juvenile amphibians, especially those adapted to moist forest floors and cool, highly oxygenated water that

William Dunkelberger                                         File No. 2017-F-0083

characterizes montane regions. Climate change may also interact with other stressors that may be acting on a particular species, such as nonnative species, disease and contaminants (Blaustein *et al.* 2010, Ryan *et al*. 2014).

The key risk factor for climate change impacts on SNYLFs is likely the combined effect of reduced water levels in high mountain lakes and ponds and the relative inability of individuals to disperse and colonize across longer distances in order to occupy more favorable habitat conditions (if they exist). Although such adaptive range shifts have been observed in some plant and animal species, they have not been reported in amphibians. The changes observed in amphibians to date have been more associated with changes in timing of breeding (phenology) (Corn 2005). This limited adaptive capacity for SNYLFs is a function of high site fidelity and the extensive habitat fragmentation due to the introduction of fishes in many of the more productive and persistent high mountain lake habitats and streams that constitute critical dispersal corridors throughout much of the frogs' range including within the action area.

An increase in the frequency, intensity, and duration of droughts caused by climate change may have compounding effects on populations of SNYLFs already in decline. In situations where other stressors (such as introduced fish) have resulted in the isolation of SNYLFs in marginal habitats, localized SNYLF population crashes or extirpations resulting from drought may exacerbate their isolation and preclude natural recolonization (Bradford *et al.* 1993, Drost and Fellers 1996, Lacan *et al.* 2008, Ryan *et al*. 2014). Viers *et al.* (2013) have used a variety of risk metrics to determine that SNYLFs in the Sierra Nevada are highly vulnerable to climate change and that changing hydrology and habitat in the Sierra Nevada will likely have drastic impacts on remaining populations.

Most recently, modeled vulnerability assessments for Sierra Nevada montane meadow systems have utilized life history and habitat requirements to gauge vulnerability of amphibian species to climate change. This assessment indicates that vulnerability to hydro-climatic changes will likely be very high for the YT, and that continued or worsening stream channelization in montane meadows from flashy storms may worsen effects by further reductions in the water table (Viers *et al.* 2013).

Climate variability could also negatively impact populations through alteration of the frequency, duration, and magnitude of either droughts or severe winters (USFS *et al.* 2015). YTs breed and their tadpoles develop in shallow meadow and ephemeral habitats, where mortality from desiccation and freezing can be very high, often causing complete loss of an annual cohort (USFS *et al.* 2015). Sherman and Morton (1993) documented in a long-term population study that Yosemite toad hatching success and survival were subject to a balance between the snowpack water contribution to breeding pools and the periodicity and character of breeding season storms and post-breeding climate (whether it is cold or warm). When it is too cold, eggs and tadpoles are lost to freezing. This situation poses a risk as earlier snowmelt is expected to cue breeding earlier in the year, exposing young tadpoles (or eggs) to killing frosts in more variable conditions of early spring (Corn 2005). When it is too dry, tadpoles are lost to pool desiccation. Alterations in the annual and seasonal hydrologic cycles that influence water volume and persistence in YT breeding areas can thereby impact breeding success. Given these

William Dunkelberger                                           File No. 2017-F-0083

observations, it is likely that climate change poses a significant risk to the Yosemite toad now
and in the future.

<u>Historical Livestock Grazing</u>

Grazing of livestock in Sierra Nevada meadows and riparian areas (rivers, streams, and adjacent
upland areas that directly affect them) began in the mid- 1700s with the European settlement of
California (Menke *et al.* 1996). Following the gold rush of the mid- 1800s, grazing increased to a
level exceeding the carrying capacity of the available range, causing significant impacts to
meadow and riparian ecosystems (Meehan and Platts 1978, Menke *et al.* 1996). By the turn of
the 20th century, high Sierra Nevada meadows were converted to summer rangelands for grazing
cattle, sheep, horses, goats, and pigs, although the alpine areas were mainly grazed by sheep
(Beesley 1996, Menke *et al.* 1996). Stocking rates of both cattle and sheep in Sierra meadows in
the late 19th and early 20th centuries were very heavy *(*Kosco and Bartolome 1981), and grazing
severely degraded many meadows (Ratliff 1985, Menke *et al.* 1996). Grazing impacts occurred
across the entire range of the SNYLF and YT, as cattle and sheep were driven virtually
everywhere in the Sierra Nevada where forage was available (Kinney 1996, Menke *et al.* 1996).

Within the newly established National Parks, grazing by cattle and sheep was eliminated,
although grazing by packstock, such as horses and mules, continued. Within the National
Forests, the amount of livestock grazing was gradually reduced, and the types of animals shifted
away from sheep and toward cattle and packstock, with cattle becoming the dominant livestock.
During World Wars I and II, increased livestock use occurred on National Forests in the west,
causing overuse in the periods 1914–1920 and 1939–1946. Between 1950 and 1970 livestock
numbers were permanently reduced due to allotment closures and uneconomical operations, with
increased emphasis on resource protection and riparian enhancement. Further reductions in
livestock use began again in the 1990s, due in part to USFS reductions in permitted livestock
numbers, seasons of use, implementation of rest-rotation grazing systems, and to responses to
drought (Menke *et al.* 1996). Between 1981 and 1998, livestock numbers on National Forests in
the Sierra Nevada decreased from 163,000 to approximately 97,000 head, concurrent with Forest
Service implementation of standards and guidelines for grazing and other resource management
(USFS 2001a, b). Historical evidence indicates that heavy livestock use in the Sierra Nevada has
resulted in widespread damage to rangelands and riparian systems due to sod destruction in
meadows, vegetation destruction, and gully erosion (see review in USFS *et al.* 2014 and in USFS
*et al.* 2015).

Livestock grazing in the Sierra Nevada has been widespread for so long that, in most places, no
ungrazed areas are available to illustrate the natural condition of the habitat (Kattelmann and
Embury 1996). Dull (1999) conducted stratigraphic pollen analysis (identification of pollen in
sedimentary layers) in mountain meadows of the Kern Plateau, and found significant vegetation
changes attributable to sheep and cattle grazing by 1900 (though fire regime change was also
implicated). This degradation is widespread across the Sierra Nevada. Odion *et al*. (1988)
reported that 50–80 percent of grazed meadows now dominated by dry meadow plants were
formerly wet meadows.

William Dunkelberger                                              File No. 2017-F-0083

Due to the long history (Menke *et al.* 1996) of livestock and packstock grazing in the Sierra Nevada it is difficult to establish a reliable quantitative estimate for the historical significance and contribution of grazing on SNYLF and YT populations. However, because the negative effects of livestock on riparian/meadow habitat have been documented in some locations along with documented direct mortality, the decline of some populations of amphibians has been attributed to the effects of livestock grazing (Jennings and Hayes 1994, Jennings 1996, USFS *et al.* 2014; USFS *et al.* 2015). The effects of current livestock grazing are discussed below in the Effects of the Proposed Action section.

Multiple Stressors

Many of the stressors discussed above do not act alone. Multiple stressors can alter the effects of other stressors or act synergistically to affect individuals and populations (IPCC 2002, Boone *et al.* 2003, Westerman *et al.* 2003, Opdam and Wascher 2004, Boone *et al.* 2007, Lawler *et al.* 2010, Reeves *et al.* 2010, Miller *et al.* 2011, Arkle and Pilliod 2015, Grant *et al.* 2016). For example, Kiesecker and Blaustein (1995) describe how UV-B acts with a pathogen to increase embryonic mortality above levels shown with either factor alone. Interactions between current land uses and changing climate conditions are expected to cause shifts in populations, communities, and ecosystems (Hansen *et al.* 2001), which may make certain species more vulnerable to extinction (IPCC 2002). Additionally, chemicals may exist in the environment at sub-lethal levels; however, UV light may increase the toxicity of these chemicals or changing climate may increase an individual's susceptibility to infection, disease, or predation (Boone *et al.* 2003, Burkhart *et al.* 2003, Davidson *et al.* 2007, Bancroft *et al.* 2008, Rohr *et al.* 2008, Relyea 2009, Hof *et al.* 2011, Miller *et al.* 2011, Buck *et al.* 2012, Hooper *et al.* 2013, Rohr and Palmer 2013, Grant *et al.* 2016).

Predicted warming temperatures have been linked with disease outbreaks. Carey (1993) has suggested that, where environmental changes cause sufficient stress to cause immunological suppression, cold body temperatures that montane amphibians experience over winter could play a synergistic role in reducing further immunological responses to disease. Thus, such conditions might make mountain yellow-legged frogs more susceptible to disease. Additionally, Blaustein *et al.* (2001) have suggested that climate change could also affect the distribution of pathogens and their vectors, exposing amphibians to new pathogens. Climate change (warming) has been hypothesized as a driver for the range shift of Bd (Pounds *et al.* 2006, Bosch *et al.* 2007). However, other work has indicated that survival and transmission of Bd is more likely facilitated by cooler and wetter conditions (Corn 2005). Fisher *et al.* (2009) present a review of information available to date and evaluate the competing hypotheses regarding Bd dynamics, and they present some cases that suggest a changing climate can change the host–pathogen dynamic to a more virulent state.

EFFECTS OF THE PROPOSED ACTION

Livestock Grazing

The timeframe identified by the HTNF for this project depends on the individual allotment; however, for purposes of this analysis, the Service is assuming a 10-year timeframe (2016–2025;

Table 1) for the length of the project. A 10-year timeframe may not provide enough time to interpret long-term ecological condition. Thus, please note, long-term monitoring and analysis may suggest changes in grazing strategies such as changes in utilization levels, incorporation of rest strategies, or limited hot season grazing. This section is organized as follows: (1) general effects of livestock grazing to stream, meadow, and riparian habitats, (2) a review of literature on the effects of livestock grazing to amphibians; (3) species specific studies of livestock impacts to SNYLF and YT; and (4) allotment specific effects.

Impacts of inappropriate livestock grazing can be separated into acute and chronic effects. We consider inappropriate grazing to be related to the timing, intensity, and duration of grazing activities which does not retain, restore, and protect the processes and landforms that provide habitat for aquatic and riparian-dependent organisms. Acute effects are those which contribute to the immediate loss of individuals, loss of specific habitat features (*e.g.*, undercut banks) or localized reductions in habitat quality (*e.g.*, sedimentation, loss of riparian vegetation). Chronic effects are those which, over a period of time, result in loss or reduction of entire populations of amphibians or widespread reduction in habitat quantity and/or quality. The following discussion concentrates on the general effects of inappropriate livestock grazing to amphibian species and their habitats; they are not specific to SNYLF or YT unless otherwise noted.

Poff *et al.* (2011) found that of all the threats to riparian areas, grazing has been the dominant threat being assessed in the scientific literature for the last 50 years. Native and domestic grazers, especially cattle, are attracted to these narrow green strips of vegetation due to the presence of water, shade, succulent vegetation, and gentle topography (Platts 1979, Marlow and Pogacnik 1986, Smith *et al.* 1992, Kie and Boroski 1996, Parsons *et al.* 2003). Riparian areas are most vulnerable to the effects of overgrazing because cattle tend to concentrate in them (Platts 1979). Hot season grazing (July 1 through September 15[1]) focuses livestock use on riparian areas because of the availability of water, green vegetation, trees and shrubs for cover and food, and the cooler microclimate associated with areas near water and shade (Platts 1979).

Livestock grazing can affect riparian and meadow areas by changing, reducing, or eliminating vegetation, and by the actual loss of riparian and meadow areas through channel widening, channel degradation, or lowering of the water table. Effects on amphibian habitat include reduction of shade and cover and resultant increases in water temperature, changes in stream morphology, and the addition of sediment due to bank degradation and off-site soil erosion. Behnke and Zarn (1976) identified livestock grazing as the greatest threat to the integrity of stream habitat in the western United States. Numerous symposia and publications have documented the detrimental effects of inappropriate livestock grazing on streams and riparian habitats (Johnson and Jones 1977; Meehan and Platts 1978; Behnke and Raleigh 1979; Bowers *et al.* 1979; Cope 1979; AFS 1980; Platts 1981, 1990, 1991; Ohmart and Anderson 1982; Peek and Dalke 1982; Kauffman *et al.* 1983a; Menke 1983; Kauffman and Krueger 1984; Johnson *et al.* 1985; General Accounting Office (GAO) 1988; Clary and Webster 1989; Gresswell *et al.* 1989; Kinch 1989; Minshall *et al.* 1989; Chaney *et al.* 1990, 1993; Clary *et al.* 1992; Fleischner 1994; Vavra *et al.* 1994; Fitch and Adams 1998; Larson *et al.* 1998; Belsky *et al.* 1999; Holechek *et al.* 1999; Brookshire *et al.* 2002; Clary and Kruse 2004; Wyman *et al.* 2006;

---

[1] Dates vary with change in elevation such that a *Hot Season* prescription is shorter in duration and it begins later in time at higher elevations.

Peterson *et al*. 2010, Poff *et al*. 2011; Herbst *et al*. 2012; Beschta *et al*. 2013; Batchelor *et al*. 2015).

<u>Effects on Riparian Soils</u>

Livestock grazing affects riparian soils by reducing litter production, increasing amount of bare ground, increasing soil compaction, decreasing water infiltration rate, reducing fertility, and increasing erosion (Belsky *et al*. 1999, Valentine 2001). Livestock grazing reduces the amount of riparian vegetation available for conversion to litter, and therefore, proportionally increase the amount of bare ground (Belsky and Blumenthal 1997). Schulz and Leininger (1990) found that the litter production in a 30-year riparian exclosure located in a montane riparian zone in north-central Colorado increased by 50 percent over an adjacent grazed areas and the amount of bare ground outside of the enclosures increased by 400 percent.

Alderfer and Robinson (1949), Orr (1960), Rauzi and Hanson (1966), and Bryant *et al*. (1972) all found soil compaction increased linearly with increased grazing intensity. Heavy grazing compacted the soils and significantly decreased the pore spaces in the top 10.2 centimeters (cm) (4 inches (in)) of the soil when compared to light grazing (Rauzi and Hanson 1966). Heavy trampling by livestock can compact soils, reducing the infiltration of overbank flows and precipitation.  Reduced infiltration and increased runoff may decrease the recharge of the saturated zone and increase peak flow discharges (Platts 1990, Flenniken *et al.* 2001). Riparian areas in poor condition are unable to buffer the effects of accelerated runoff (Zaimes *et al*. 2004).

The rate at which water penetrates the soil surface determines the amount of water entering the ground and the amount running off (Belsky and Blumenthal 1997). Rauzi and Hanson (1966) found water intake rates on a moderately grazed watershed to be nearly twice that on the heavily grazed watershed. Water intake rates on the lightly grazed watershed were nearly four times that on the heavily grazed watershed and over twice that on the moderately grazed watershed (Rauzi and Hanson 1966).

Marcuson (1977) found that streambank soils were more fertile on ungrazed reaches than grazed reaches of a montane stream in south-central Montana. Streambank soils within ungrazed reaches were representative of mature soils: two distinct soil horizons, a 20.3 cm (8 in) topsoil layer and an organic matter content of 10–12 percent (Marcuson 1977). Streambank soils within grazed reaches were representative of young soils: no distinct horizons, a 5.1 cm (2 in) topsoil layer and an organic matter content of greater than 1 percent (Marcuson 1977). Furthermore, Marcuson (1977) found that the diversity of shrubs and trees within the ungrazed reaches was more diverse than the grazed reaches.

When livestock graze directly on streambanks, erosion from trampling, hoof slide, and streambank collapse may cause soils to move directly into the stream (Platts 1990, Zaimes *et al*. 2004). Soil moisture exceeding 10 percent creates conditions for the greatest amount of streambank alteration from livestock trampling (Marlow and Pogacnik 1985). Care must be taken to prevent streambank hoof shearing and to leave adequate carry-over vegetation for bank protection and silt filtration during spring runoff (Kinch 1989). A 26.0 ha (64.2 ac) riparian pasture in Ohio was grazed by a 17-cow/calf herd yearlong for 7 years (Owens *et al*. 1996).

William Dunkelberger                                    File No. 2017-F-0083

During the next 5 years, the stream corridor was fenced from cattle, resulting in a 50 percent reduction in the annual sediment concentration and a 40 percent reduction in the amount of soil loss (Owens *et al*. 1996). In another study, Zaimes *et al*. (2004) reported that stream bank erosion could have been reduced by 72 percent if a riparian buffer had been in place in grazed treatment areas.

Effects on Riparian Vegetation

The effects of grazing on herbaceous and woody vegetation is critical because of the importance of these riparian vegetation types in providing nutrients, structure, large woody debris inputs, streambank and channel stability, buffering from overland flow, shading, and micro-climate effect (Naiman and Décamps 1997, Bilby and Bisson 1998, Naiman *et al*. 1998, Patten 1998, National Research Council 2002). Inappropriate grazing can change or eliminate riparian plant species over time (Schulz and Leininger 1990, Green and Kauffman 1995, Dobkin *et al*. 1998, Dull 1999). Schulz and Leininger (1990) found that desirable riparian species such as willow (*Salix* sp.) were significantly reduced in grazed versus ungrazed exclosures and that undesirable riparian species such as Kentucky bluegrass (*Poa pratensis*) increased in the grazed areas. In another study, Green and Kauffman (1995) reported that disturbance from grazing increased the likelihood of exotic and ruderal species being present and that rest from grazing allowed the more competitive native riparian species, such as *Carex rostrata*, to become the dominant taxa. In a northwestern Great Basin riparian meadow rested from grazing for over 30 years, Dobkin *et al*. (1998) found significantly greater sedge cover, forb cover, and foliage height diversity of herbs, while sites excluded from grazing for only 4 years had significantly higher amounts of bare ground, litter cover, non-riparian shrub cover, and non-riparian shrub foliage height diversity. Dull (1999), using stratigraphic pollen records, attributed shifts in species composition and dominance of riparian plant species in a high elevation meadow in the Sierra Nevada mountain range to 150 years of grazing. Heavy grazing can contribute to lodgepole pine (*Pinus contorta*) invasion in Sierran meadows (Ratliff 1985). Lowering of the water table facilitates encroachment of conifers into meadows. Gully formation and lowering of water tables, changes in the composition of herbaceous vegetation, increases in the density of forested stands, and the expansion of trees into areas that formerly were treeless have been documented in California wilderness areas and National Parks (Cole and Landres 1996). This invasion has been attributed to sheep grazing, though the phenomenon has been observed on both ungrazed meadows and on meadows grazed continually since about 1900 (Ratliff 1985), suggesting that other drivers may also be involved (See fire suppression section above).

Removal of vegetation by grazing can expose soils (Dobkin *et al*. 1998), increase erosion potential (Flenniken *et al*. 2001), and affect the groundwater storage capacity (Belsky 1999). Streamside vegetation protects and stabilizes streambanks by binding the soil to resist erosion and trap sediment (Chaney *et al*. 1990). Vegetative cover also insulates streambanks from frost-heaving and freeze-thaw cycles which alter soil strength and promote conditions for erosion (Bohn 1989). When bank vegetation is removed and plant roots do not help bind the soil, tension cracks can develop and lead to bank failure (Platts 1990). Where erosion proceeds unabated, extensive deep gullies can develop, lowering the water table (Kattelmann and Embury 1996). On the contrary, if vegetation becomes established and total vegetative biomass increases along a stream, channels typically begin to aggrade (Elmore and Beschta 1987). With continued

sediment deposition and bank-building, water tables rise and ultimately may reach the root zone of plants on former terraces or floodplains (Elmore and Beschta 1987).

Riparian vegetation provides organic material for approximately 50 percent of a stream's nutrient energy (Cummins 1974). Allochthonous inputs from riparian plants are a principal source of food for aquatic invertebrates (Minshall 1967, Meehan *et al*. 1977, Vannote *et al*. 1980). Streamside and meadow vegetation also provides habitat for terrestrial insects (Allan *et al*. 2003), another important dietary component for SNYLF and YT (USFS *et al*. 2014, USFS *et al*. 2015). Saunders and Fausch (2007) studied the role of terrestrial invertebrates to trout biomass under season long (SL) versus short duration high density (SDHD) grazing. They found that because riparian vegetation biomass and cover was greater in the SDHD streams, terrestrial and adult aquatic insect inputs were greater than streams with SL grazing. Because of this greater abundance of food, trout in the SDHD streams had over twice the biomass compared to trout in streams with SL grazing (Saunders and Fausch 2007). In a similar study, Saunders and Fausch (2012) compared terrestrial invertebrate availability to trout at sites with SL grazing, 35–45 day rotational grazing, 10–20 day SDHD grazing, and an exclosure accessed only by wildlife. Analogous results were found in that the reduced grazing sites resulted in greater amount of riparian vegetation, more terrestrial invertebrate inputs to streams, and increased biomass of terrestrial invertebrates in the diet of trout as compared to SL grazing sites (Saunders and Fausch 2012). While the study organisms in these two studies were trout, one could infer that since trout, SNYLF, and YT occupy similar habitats and forage on the same terrestrial and aquatic insects, analogous results could be found in SNYLFs and YTs. Herbst *et al*. (2012) reported significantly lower macroinvertebrate metrics in grazed versus ungrazed riparian areas within the Sierra Nevada Mountains. Additionally, Kruess and Tscharntke (2002) found higher insect species diversity and insect biomass on pastures which were rested compared to intensively grazed pastures. An increase in riparian/meadow vegetation in occupied habitat could produce similar effects on aquatic and terrestrial invertebrates.

<u>Effects of Streambank and Channel Alteration</u>

Duff (1983) found that streambank stability decreased by 14 percent in stream areas following introduction of livestock into an area which had been ungrazed for 4 years; also, stream-channel widths were 173 percent greater in grazed areas. After 23 years of no grazing, Batchelor *et al*. (2015) documented channel widths decreased in 64 percent of sites and eroding streambanks decreased in 74 percent of sites. Clary and Kinney (2002) found that simulated heavy season-long grazing on an Idaho stream significantly increased streambank surface depression, bank retreat, and bank angle in just 2 years. Doubling the speed of streamflow increases its erosive power by four times and its bedload and sediment carrying power 64 times (Chaney *et al*. 1993). Accelerated runoff can cause unstable stream channels to downcut or erode laterally, accelerating erosion and sediment production (Chaney *et al*. 1993). Lateral erosion results in progressively wider and shallower stream channels that can adversely affect fish populations (Overton *et al*. 1994, Matthews 1996). Marcuson (1983) found that the combination of overgrazed streambanks and poor soils resulted in 80 percent more stream channel alteration in grazed areas compared with an adjacent ungrazed area along Rock Creek, Montana. Even within grazing exclosures, where the vegetation response can be relatively fast, there may be a lag time before the stream channel responds which is dependent on large scale watershed level effects

William Dunkelberger                                         File No. 2017-F-0083

such as streamflow, geology, roads, timber harvest, and grazing in other parts of the watershed (Kondolf 1993, Magilligan and McDowell 1997; Herbst *et al*. 2012).

Streambank damage can reduce or eliminate amphibian habitat associated with streambanks (Armour 1977, Kauffman *et al*. 1983a, Matthews 1996), alter stream morphology such as pool/riffle and width/depth ratios (Gunderson 1968; Platts 1979, 1991; Overton *et al*. 1994; Myers and Swanson 1995; Knapp and Matthews 1996; Lyons *et al*. 2000; Herbst *et al*. 2012), and increase levels of suspended sediment which reduces growth, development, and survival of tadpoles (Wood and Armitage 1997; Gillespie 2002, Ashton *et al*. 2006). In some areas of the affected allotments, particularly along streambanks and in meadows, hoof shear can lead to bank collapse, removing a habitat component important to amphibians. Increased sedimentation due to this collapse may decrease pool volume downstream, eliminating other important habitat (Duff 1983, McIntosh *et al*. 2000). Cattle grazing in watersheds supporting SNYLF or YT could increase predation by fish, birds, and mammals because of the effect the cattle have on streambanks. Channels become wider, shallower, and cover is eliminated on the banks and within the channel. Amphibians are more exposed and vulnerable to predation due to lack of escape cover.

Livestock grazing can affect the hydrology of a watershed. Accelerated runoff temporarily increases streamflow and decreases the amount of water retained in the watershed to sustain base flows (Kovalichik and Elmore 1992). Greater water yields have been demonstrated in grazed compared to ungrazed areas (Liacos 1962, Hanson *et al*. 1970, Lushby 1970, Platts 1991, Li *et al*. 1994). Flenniken *et al*. (2001) studied hydrologic responses from the effects of vegetation loss and trampling. They concluded that the loss of vegetation (particularly stem density) and trampling had significant effects on flow characteristics through decreased sinuosity of microchannels, decreased drainage density, and increased flow depths of the microchannels which caused rilling to occur. The grazing treatment (grazing and trampling) revealed a significantly earlier time to initiate runoff, had a significantly steeper hydrograph curve, and reached equilibrium significantly earlier than the trampled, mowed, and control treatments (Flenniken *et al*. 2001).

The intermittent flow of portions of many western streams may be partially due to lowered water tables and reduced infiltration resulting from effects of long-term grazing and watershed deterioration. Healthy riparian and wet meadow areas protect and stabilize streambanks and promote increased subsurface water storage, thereby producing perennial flows (Chaney *et al.* 1990). Many examples exist of streams where proper riparian management resulted in conversion of intermittent streams into perennial streams capable of supporting aquatic life (Stabler 1985). Following exclosure fence construction and reduction in livestock use, streams in the Sedow Allotment in the Tonto National Forest, Arizona, now flow where only dry sandy draws had been present for decades (GAO 1988). Streamflow in Camp Creek, Oregon, changed from intermittent to perennial following construction of fenced exclosures along several miles of the creek (Stabler 1985, GAO 1988). While these conclusions are promising, Sarr (2002) recommends several improvements to exclosure experiments which should aid in evaluating the effectiveness of exclosures on stream and riparian restoration.

William Dunkelberger                                          File No. 2017-F-0083

With continued sediment deposition and bank-building, ground water tables rise and ultimately may reach the root zone of plants on former terraces or floodplains (Elmore and Beschta 1987). In one example, "The area inside the fences responded dramatically. Streambanks healed. The stream channel narrowed and deepened. Within five years the riparian area had roughly doubled in width due to the elevated water table. Huff Creek narrowed by about one-third, doubling in depth, and water temperatures had declined. The percentage of eroding streambanks decreased from about 80 percent to 20 percent" (Platts 1990). At least 10.2–15.2 cm (4–6 in) of residual stubble or regrowth is required to meet the requirements of plant vigor, maintenance, bank protection, and sediment entrapment (Clary and Webster 1989, Clary and Leininger 2000). More than 15.2 cm (6 in) of stubble height may be required for protection of critical stream habitat or easily eroded streambanks (Clary and Webster 1989). Holechek (1988) listed 30–40 percent as the average utilization that the primary forage species in range types addressed in this BO can sustain without loss of productivity. Holechek (1988) qualifies the 30–40 percent utilization levels by saying "ranges in good condition and/or grazed during the dormant season can withstand the higher utilization level, while those in poor condition or grazed during active growth should receive the lower utilization level." This translates into utilization rates of 35–45 percent on excellent condition meadows and 20–30 percent on poor condition meadows (Clary and Webster 1989).

In addition to annual vegetation utilization metrics, allowable streambank alteration from livestock is an important metric to measure (Cowley 2002, Bengeyfield 2006, Burton *et al*. 2011, Goss 2013, Roper 2015). To maintain high levels of streambank stability, which is important for quality fish and amphibian habitat, guidelines in the literature range from 10 to 20 percent annual alteration from livestock (Cowley 2002, Roper 2015). The amount of streambank alteration is highly stream specific and some stream types are more susceptible (*e.g.*, meadow streams with fine alluvial soils) than others to the levels of alteration they can withstand before stream morphology begins to degrade (Myers and Swanson 1992). Streambank alteration levels needs further study to determine appropriate levels of alteration from livestock. Streambank alteration is not appropriate for all stream types, particularly those streams which are heavily armored with rock and have well established deep rooted woody species such as willows (Cowley 2002).

Livestock grazing may impact other wetland systems, including ponds that can serve as SNYLF habitat. Grazing can modify shoreline habitats by removing overhanging banks that provide shelter, and grazing contributes to the siltation of breeding ponds. Bradford (1983) and Pope and Matthews (2001) have documented the importance of deep lakes to overwinter survival of SNYLF. We expect that pond siltation due to grazing may reduce the depth of breeding ponds and cover underwater crevices in some circumstances where grazing is heavy and where soils are highly erodable, thereby making the ponds less suitable, or unsuitable, as overwintering habitat for tadpoles and adult SNYLFs.

Effects on Water Quality

Livestock can affect water quality by increasing nutrient concentrations (Lemly 1998; Agouridis *et al*. 2005; Butler *et al*. 2006, 2007), increasing bacteria/protozoa levels (Gary *et al*. 1983), increasing sediment and turbidity levels (Owens *et al*. 1996, Herbst *et al*. 2012), increasing water temperatures (Li *et al*. 1994), and decreasing dissolved oxygen levels (Belsky *et al.* 1999). The

nutrient status of streams can markedly influence the growth of their microflora and microfauna, and directly and indirectly affect many other characteristics of the biota (Lemly 1998). However, there is a threshold for biological stimulation beyond which elevated nutrients have detrimental effects (Lemly 1998). Growth of filamentous bacteria on aquatic insects bodies and gills was demonstrated as a result of nutrient loading in livestock use pastures, and significantly lower densities of insects (up to 66 percent less) occurred in downstream sites (Lemly 1998). Aquatic insects were demonstrated to suffer extensive mortality because of this bacterial growth in laboratory and field studies and can have a major influence on stream insect populations (Lemly 1998).

Livestock grazing can cause increases in bacteria/protozoa levels (due to urination and defecation in the water) in areas where cattle are concentrated near water (Doran *et al*. 1981, Gary *et al.* 1983, Myers and Whited 2012). Coliforms (*Escherichia coli*) are indicators of fecal contamination which contain pathogenic organisms (*i.e*., salmonella, shigella, and enteric viruses) (Bohn and Buckhouse 1985). Gary *et al.* (1983) observed cattle (N=9) defecating between 6.7 and 10.5 percent of the time and cattle urinating between 6.3 and 9.0 percent of the time spent in the stream. Fecal coliforms/fecal streptococci ratios during this study ranged from 0.02 to 1.6 (Gary *et al.* 1983). Ratios less than 1.0 usually indicate the sources of fecal organisms are not human, but predominantly from livestock and other animals (Gary *et al.* 1983). Myers and Whited (2012) documented multiple water quality violations over a three year period in several streams within the Sierra Nevada due to livestock grazing.

Elevated water temperatures can be lethal to amphibians, increasing susceptibility to disease because of stress, inhibiting reproductive success, and adversely affecting tadpole development (Paull and Johnson 2011, Gerick *et al*. 2014). Indirect effects of increased water temperatures can affect all aquatic species by creating more habitat for pollution tolerant taxa and less habitat for clean water taxa, creating a more favorable environment for introduced species, changes in the food chain, decreasing dissolved oxygen, increasing productivity of algae, elevating pH levels, and increasing toxicity of ammonia (Allan 1995, Sparling 2010).

Various studies have shown that water temperatures have been reduced when streambank vegetative cover is protected from grazing (Storch 1979, Van Velson 1979, Maloney *et al.* 1999). Storch (1979) found that daily fluctuations of water temperatures in late August and early September averaged 21.1˚C (27˚F) outside an exclosure on Camp Creek, Oregon, that was ungrazed for 10 years, compared to 7.2˚C (13˚F) inside the exclosure (Storch 1979). Also, maximum water temperatures outside the exclosure averaged 6.0˚C (11˚F) higher than inside the exclosure (Storch 1979). Van Velson (1979) reported that average water temperatures in Otter Creek, Nebraska, decreased 1.6˚C (3˚F) after livestock were excluded for 1 year. Maloney *et al.* (1999) found that streams in eastern Oregon which had greater than 75 percent shade maintained acceptable stream temperatures for aquatic species. Nusslé *et al*. (2015) found that Sierra Nevada meadows which were not grazed or have grazing exclosures had cooler stream temperatures compared to portions of the meadows which allowed grazing. Additionally, Isaak and Hubert (2001) also found that increased densities of cattle resulted in increased stream temperatures in the Salt River drainage along the Idaho-Wyoming border.

William Dunkelberger                                    File No. 2017-F-0083

Another temperature-related factor is the potential for reduced winter survival of amphibians in grazed areas. Streams with little or no vegetative canopy are susceptible to the formation of anchor ice (Platts 1983, Cunjak 1996, Weber *et al*. 2013). Heavily grazed areas may be less suitable for amphibian overwintering because stream channels in such areas tend to be wider and shallower and thus, are more susceptible to freezing throughout the water column (Platts 1983, Cunjak 1996, Weber *et al*. 2013).

Sediment introduced into streams can adversely affect amphibian populations by inducing tadpole mortality, affecting primary productivity, and the food supply (Chapman 1988, Minshall *et al.* 1989, Strand and Merritt 1999, Gillespie 2002). Deposition of silt in streams can fill interstitial spaces in stream bed material, impeding water flow, and reducing dissolved oxygen levels (Chapman 1988, Bjornn and Reiser 1991). Suspended sediments reduce light penetration to plants and reduce oxygen carrying capacity of the water (Ohmart and Anderson 1982). Reduction in photosynthesis and primary production decreases productivity of the entire ecosystem (Minshall *et al.* 1989). Additionally, sedimentation directly decreases the amount of substrate suitable for macroinvertebrates which affects the food supply for amphibians (Strand and Merritt 1999).

Effects of Season of Use

Cattle distribution patterns can vary throughout the year. Kinch (1989) found that spring and winter seasons of use generally produce better livestock distribution between riparian and upland areas due to flooding of riparian areas, the presence of palatable forage on the uplands, and alternative water sources. Clary and Kruse (2004) indicate that winter is probably the least damaging season of use for livestock grazing because soils at mid- or higher elevations can be frozen and forage plants dormant. They also indicated that the spring season may be the best management strategy because livestock are drawn away from the riparian areas to the succulent herbaceous species located on the uplands, thereby reducing grazing pressure on woody vegetation and the streambanks. In addition, livestock do not need the cooler micro-climate provided by riparian areas during winter and spring (Kinch 1989).

Parsons *et al.* (2003) observed cow-calf pairs spending more time in the riparian area during late summer (mid-August to mid-September) than early summer (mid-June to mid-July). Between 1200 and 1800 hours, during the late summer cattle spent most of their time within 50 m (164 ft) of the stream and during early summer were within 100–150 m (328–492 ft) for the same time period (Parsons *et al.* 2003). In addition, early summer grazing resulted in equal utilization of riparian and upland vegetation; late summer grazing resulted in a 12 percent increase in utilization of riparian vegetation over upland vegetation (Parsons *et al.* 2003). Clary and Webster (1989) stated that grazing should be avoided during mid- and late summer and recommended early grazing, depending upon elevation and soil moisture, followed by complete removal of livestock. Clary and Kruse (2004) indicate that summer season grazing could be the most detrimental grazing strategy to use in riparian areas because the accompanying dry uplands and high temperatures concentrate livestock in the riparian area causing damage to streambanks and woody vegetation.

William Dunkelberger                                        File No. 2017-F-0083

According to Clary and Kruse (2004), fall season grazing could be very detrimental to riparian areas with minimal herbaceous cover and presence of woody vegetation because the herbaceous forage on the uplands has dried out, therefore, livestock concentrate grazing on the woody vegetation within the riparian area. Myers (1989) concluded that good to excellent riparian conditions were maintained by grazing systems which lacked livestock use during the hot season (early July through mid- September[2]), and he recommended that grazing not be allowed during the hot period more than once every 4 years and duration not exceed 13 days. Myers (1989) also recommended where woody species are a desired component of the riparian community, fall use should be limited to once every 4 years and duration not exceed 21 days.

General Effects of Livestock Grazing on Amphibians

Bull and Hayes (2000) found no statistically significant impacts of cattle grazing on the reproductive success of Columbia spotted frogs (*Rana luteiventris*) in ponds in northeastern Oregon; however, there was high variability in their results. Grazing intensity and timing was not evaluated in this study. In addition, Adams *et al*. (2009) found no significant short-term effects of cattle exclosures on the number of Columbia spotted frog egg masses, larval survival, size of metamorphs, or water quality measurements. Moreover, nutrient levels often associated with negative impacts to amphibians, were very low to non-detectable (Adams *et al*. 2009). In contrast, Gray *et al*. (2007) found higher levels of *Ranavirus* (an emerging pathogen implicated in many amphibian declines) in green frogs (*Lithobates* (formerly *Rana*) *clamitans*) sampled from ponds accessed by cattle. Howard and Munger (2003) found lower survival of Columbia spotted frog larvae in their high livestock waste treatment; however, the high waste treatment larvae that survived had higher growth rates. Schmutzer *et al*. (2008) found significantly larger green frog, bullfrog (*L. catesbeianus*), and pickerel frog (*L. palustris*) larvae in ponds with cattle grazing; however, larval abundance for all three species was significantly higher in ponds with no cattle grazing. Additionally, water quality measurements including turbidity, specific conductivity, and dissolved oxygen, were significantly higher in ponds with grazing (Schmutzer *et al*. 2008). Capture probabilities of post-metamorphic green frogs were significantly higher in ungrazed ponds versus grazed ponds; however, the opposite was found for American toads (*A. americanus*) indicating species-specific impacts to amphibians from cattle grazing (Burton *et al*. 2009). Wading in breeding ponds and streams by livestock during breeding can be assumed to induce mortality on SNYLF and YT eggs and pre-emergent tadpoles (Ross *et al*. 1999, Peterson *et al*. 2010). In a behavioral study, Shovlain *et al*. (2005) found that Oregon spotted frogs increased their use of grazing exclosures compared to areas under heavy grazing pressure while no preferences were found between exclosures and areas under a light grazing regime. Additionally, Jansen and Healey (2003) found that amphibian species diversity declined and habitat condition decreased with increasing grazing intensity along a river in southeastern Australia.

Recently, Arkle and Pilliod (2015) concluded that livestock grazing impacts were negatively related to Columbia spotted frog occupancy within the Great Basin DPS. In Oregon, 71 percent of all Columbia spotted frog detections were in ungrazed areas, in Idaho 77 percent of all detections were in sites categorized as ungrazed or lightly grazed, and in Nevada, 86 percent of

---

[2] Sites evaluated were located in Montana at elevations between 1,800-2,300 m (5,906-7,546 ft); precipitation ranged between 30-50 cm/yr (12-20 in/yr).

all detections occurred in sites with low or moderate grazing impacts (Arkle and Pilliod 2015). In their study, Arkle and Pilliod (2015) found that heavy livestock utilization of emergent vegetation, which was found to be very important in Columbia spotted frog occupancy, is the mechanism in which livestock impact Columbia spotted frogs.

*Effects of Grazing on SNYLF*

Yosemite, Sequoia, and Kings Canyon National Parks remain closed to livestock grazing. On USFS administered lands that overlap the historical ranges of the SNYLF in the Sierra Nevada, there are currently 161 active Rangeland Management Unit Allotments for livestock grazing (Service 2014). However, based on frog surveys performed since 2005, only 27 of the161 active allotments have extant SNYLF populations (including Piute, Silver, and Noble Canyon Allotments discussed in this BO). As of 2009, USFS data indicated that grazing occurs on about 65 percent of National Forest lands within the range of the SNYLF; that livestock numbers remain greatly reduced from historical levels; and that numerous watershed restoration projects have been implemented, although grazing may still impact many meadows above mid-elevation and restoration efforts are far from complete (USFS *et al.* 2014). However, USFS *et al.* (2014) report that livestock grazing is more likely to occur in certain habitat types used by SNYLFs than others, indicating that populations found in meadows, stream riparian zones, and lakes in meadows are more likely to encounter habitat effects of grazing than populations found in the deeper alpine lakes that the species more likely inhabit (USFS *et al.* 2014).

USFS standards and guidelines in forest land and resource management plans have been implemented to protect water quality, sensitive species, vegetation, and stream morphology. Further, USFS standards have been implemented in remaining allotments to protect aquatic habitats. USFS data from long-term meadow monitoring collected from 1999 to 2006 indicate that most meadows appear to be in an intermediate quality condition class, with seeming limited change in condition class over the first 6 years of monitoring. In addition, USFS grazing standards and guidelines are based on current science and are designed to improve or maintain range ecological conditions, and standards for managing habitat for threatened, endangered, and sensitive species have also been incorporated (USFS *et al.* 2014). The seasonal turn-out dates (dates at which livestock are permitted to move onto USFS allotments) are set yearly based on factors such as elevation, annual precipitation, soil moisture, and forage plant phenology, and meadow readiness dates are also set for montane meadows. However, animals turned out to graze on low elevation range (until higher elevation meadows are ready) may reach upper portions of allotments before the meadows have reached range readiness (USFS *et al.* 2014).

Menke *et al.* (1996) have reported that grazing livestock in numbers that are consistent with grazing capacity and use of sustainable methods led to better range management in the Sierra Nevada over the 20 years prior to development of their report. They also noted that moderate livestock grazing has the potential to increase native species diversity in wet and mesic meadows by allowing native plant cover to increase on site. USFS *et al.* (2014) expect proper livestock management, such as proper timing, intensity, and duration, to result in a trend towards increased riparian species and a trend towards restored wet and mesic meadows on National Forests. To date, the scientific and commercial information available to us does not include descriptive or cause-effect research that establishes a causal link between habitat effects of livestock grazing

and SNYLF populations; however, anecdotal information of specific habitat effects suggests that, in specific locations, the current grazing levels may have population-level effects (see USFS *et al*. 2014).

In summary, the legacy effects to habitat from historical grazing levels, such as increased erosion, stream downcutting and headcutting, lowered water tables, and increased siltation, are a threat to SNYLFs in those areas where such conditions still occur and may need active restoration. Current livestock grazing activities may present an ongoing, localized threat to individual populations in locations where the populations occur in stream riparian zones and in small waters within meadow systems, where active grazing co-occurs with extant frog populations. Livestock grazing that complies with forest standards and guidelines is not expected to significantly affect SNYLF populations in most cases, although limited exceptions could occur, especially where extant habitat is limited. In addition, SNYLFs may be negatively affected where grazing standards are exceeded.

*Effects of Livestock Grazing on YT*

Currently, approximately 33 percent of the estimated range of the YT occurs within active USFS grazing allotments, including Piute, Sardine, Poison, Noble Canyon, Bull Canyon, and Murray Canyon Allotments discussed in this BO (Service 2014). While livestock stocking rates have been reduced or eliminated in most areas, legacy effects including eroded channels, soil erosion, and stream entrenchment that resulted in lowered water tables, drier meadows, and tree encroachment could still be observed in some Sierran meadows, especially in National Forests where grazing was more intense (Vankat and Major 1978). Meadow conditions in the Sierra Nevada have improved over time, but local problems could still be found as of 2004 (Weixelman and Bakker 2005) and numerous examples of head-cutting and stream incision are available within the range of the YT (USFS *et al*. 2015).

The influence of grazing on toad populations in recent history is uncertain, despite more available data on land use and YT occurrence. Because YT breeding habitat is generally in very shallow waters within meadows, the breeding habitat is thought to be more vulnerable to changes in hydrology caused by grazing because the small shallow pools are more easily impacted (USFS *et al*. 2015). In 2005, the USFS, in collaboration with other researchers, began a 5-year study with multiple components to assess the effects of grazing on YTs (Allen-Diaz *et al*. 2010, pp. 1–45; Roche *et al*. 2012a, pp. 56–65; Roche *et al*. 2012b, pp. 1–11; McIlroy *et al*.. 2013, pp. 1–11). Specifically, the goals of the research were to assess: (1) Whether livestock grazing under SNFPA Riparian Standards and Guidelines has a measurable effect on YT populations; and (2) effects of livestock grazing on key habitat components that affect survival and recruitment of YT populations. SNFPA standards and guidelines limit livestock utilization of grass and grass-like plants to a maximum of 40 percent (or a minimum 4-inch stubble height) (USFS 2004). These companion studies did not detect a statistically significant effect from grazing activity on young-of-year toad density or breeding pool occupancy, water quality, or cover (Allen-Diaz *et al*. 2010, Roche *et al*. 2012a, Roche *et al*. 2012b, McIlroy *et al*. 2013).

It is important to note that the results of these studies did not present a direct measurement of toad survival (for example, mark-recapture analysis of population trends), and the design was

limited in numbers of years and treatment replicates. It is plausible that, for longer lived species with irregular female breeding activity over the time course of this particular study, statistical power was not sufficient to discern a treatment effect. Further, a time lag could occur between effect and discernible impacts, and significant confounding variability in known drivers such as inter-annual variation in climate.

Additionally, the experimental design in the studies tested the hypothesis that forest management guidelines (at 40 percent use threshold) were impacting toad populations, and this limited some analyses and experimental design to sites with lower treatment intensities. Researchers reported annual utilization by cattle ranging from 10 to 48 percent, while individual meadow use ranged from 0 to 76 percent (the SNFPA allowable use is capped at 40 percent) (Allen-Diaz *et al.* 2010). As a result of the study design, the Allen-Diaz study does not provide sufficient information on the impacts of grazing on YTs above the prescribed management guidelines. In general, it is not clear to what extent brief episodes of intense use (such as in cattle gathering areas) have as negative impacts on toads, or over what percentage of the grazed meadow landscape such heavier usage may occur.

The researchers observed significant variation in young-of-year occupancy in pools between meadows and years, and within meadows over years (Allen-Diaz *et al.* 2010). This variability would likely mask treatment effects, unless the grazing variable was a dominant factor driving site occupancy, and the magnitude of the effect was quite severe. Further, in an addendum to the initial report, Lind *et al.* (2011) report statistically significant negative (inverse) relationships for tadpole density and grazing intensity (tadpole densities decreased when percent use exceeded between 30 and 40 percent). This result supports the hypothesis that grazing at intensities approaching and above the 40 percent threshold can negatively affect YT populations.

Allen-Diaz *et al.* (2010) and Roche *et al.* (2012b) found that toad occupancy is strongly driven by meadow wetness (hydrology) and suggested attention should focus on contemporary factors directly impacting meadow wetness, such as climate, fire regime changes, and conifer encroachment. The researchers also stated that meadow use by cattle during the grazing season is driven by selection of plant communities found in drier meadows (Allen-Diaz *et al.* 2010). This suggests that the apparent differences in preference could provide for some segregation of YT and livestock use in meadow habitats, so that at least direct mortality threats may be mitigated by behavioral isolation. Based on the limitations of the study as described above, we find the initial results from Allen-Diaz *et al.* (2010) to be inconclusive to discern the impacts of grazing on YT populations where livestock grazing and toads co-occur in meadows.

The available grazing studies focus on breeding habitat (wet meadows) and do not consider impacts to upland habitats. The USFS grazing guidelines for protection of meadow habitats of the YT include fencing breeding meadows, but they do not necessarily protect upland habitat. Martin (2008) surveyed 11 meadow sites located along a stream channel in or near low growing willows both before and after cattle grazed the entire meadow, and found that YTs could no longer be located along the stream channel after the vegetation was grazed. However, both adults and subadults could be found in dense willow thickets or in parts of the meadow that were less heavily grazed (Martin 2008). Grazing can also degrade or destroy moist upland areas used as nonbreeding habitat by YTs (Martin 2008), especially when nearby meadow and riparian areas

William Dunkelberger                                          File No. 2017-F-0083

have been fenced to exclude livestock. Livestock may also collapse rodent burrows used by YTs as cover and hibernation sites (Martin 2008) or disturb toads and disrupt their behavior. Martin (2008) observed that grazing significantly reduced vegetation height at grazed meadow foraging sites, which resulted in the disappearance of toads from these areas. This problem was exacerbated in fenced meadow areas which effectively shifted grazing activity to upland areas actively used by terrestrial life stages of the YT (Martin 2008). These upland areas are not protected by current grazing guidelines. Due to these observations, Martin (2008) reasoned that cattle grazing is having a negative effect on terrestrial life stage survivorship in YTs. In the Proposed Action; however, upland sage and mountain brush plant communities have grazing guidelines with a maximum utilization level of 45 percent of the current annual growth of key grasses and 40 percent of the current annual growth of bitterbrush which should minimize impacts to upland habitats occupied by YTs.

Allotment Specific Effects

This section looks at allotment specific impacts from livestock grazing. Allotments are grouped into those that are occupied or have critical habitat for YT or SNYLF or both and those allotments which have no know occupancy but have suitable habitat.

*Allotments with Occupied SNYLF Habitat and/or Critical Habitat Include: Piute, Silver Creek, and Noble Canyon*

Trampling of adult and juvenile frogs is expected to be the direct effect that has the most potential to occur. SNLYF breeding activity and deposited eggs are unlikely to be impacted as they occur prior to livestock entering the allotments. Large portions of occupied habitat for SNYLF and designated SNYLF critical habitat on the Piute allotment are not accessed by sheep; therefore, no impacts will occur in these areas (Figures 4A–4C). In the occupied portions of the allotment which are grazed by sheep, there is considerable overlap with YT occupied habitat; therefore, sheep will not be allowed to graze these areas of the allotment until August 1. On the Silver Creek Allotment, sheep are allowed to graze occupied and critical habitat; however, the permittee avoids known breeding locations in Chango Lake and Wolf Creek Lake (Figure 4F and 4G). On the Noble Allotment there is considerable overlap of occupied and critical habitat for both species (Figures 4M–4N). Since no authorized livestock grazing is permitted in the YT breeding areas until August 1, this will also minimize grazing impacts to SNYLF.

*Allotments with Suitable SNYLF Habitat but not Surveyed and are Outside SNYLF Critical Habitat Include: Piute, Silver Creek, Poison Creek, Eagle Creek, Little Walker, Lost Cannon, Mill Canyon, Rickey, Murray Canyon,, Charity Valley, and Hope Valley*

Within suitable habitat for SNYLF, livestock have the potential to affect aquatic habitat for breeding and rearing, aquatic non-breeding habitat, and upland areas. Until surveys are conducted within suitable habitats to determine the presence or absence of SNYLF, the potential exists for direct and indirect effects, as described above, to occur to SNYLF.

William Dunkelberger                                           File No. 2017-F-0083

*Allotments with Occupied YT Breeding Habitat and/or Critical Habitat Include: Piute, Poison, Sardine, Noble Canyon, and Bull Canyon*

The period of use for areas of these allotments with YT breeding habitat begins on August 1 which is generally a date when all toad tadpoles are expected to have metamorphosed into juvenile toadlets. For YT within occupied and/or critical habitat, breeding activity and deposited eggs are unlikely to be impacted from the Proposed Action. Trampling of adult and juvenile toads is expected to be the direct effect that has the most potential to occur in these allotments. Large portions of occupied habitat for YT and designated YT critical habitat on the Piute allotment are not accessed by sheep; therefore, no impacts will occur in these areas (Figures 4A–4C). No grazing is allowed in the RNA where much of the occupied habitat available to livestock grazing occurs. The Poison Allotment only has occupied habitat in the headwaters of Long Canyon Creek at Beartrap Lake and sheep are not authorized in this area of the allotment until August 1. Large portions of occupied habitat for YT and designated YT critical habitat on the Sardine Allotment are not accessed by livestock; therefore, no impacts will occur in these areas (Figure 4E). Known breeding areas for YT are located in Upper and Lower Sardine Meadows area which can be actively grazed after August 1; however, cattle must be off the allotment by August 15. The Noble Canyon Allotment has occupied and critical habitat in the Kinney Reservoir area and livestock are not allowed in these areas of the allotment until August 1. Bull Canyon Allotment only has designated critical habitat for YT and no known occupied habitat; therefore, effects to individuals are not expected.

*Allotments with Suitable YT Breeding Habitat which have not been Surveyed and are Outside YT Critical Habitat Include: Piute, Silver Creek, Poison Creek, Sardine, Eagle Creek, Little Walker, Lost Cannon, Rickey, Noble Canyon, Murray Canyon, Bull Canyon, Charity Valley, Hope Valley*

Livestock would be authorized to graze the YT suitable breeding areas (yet to be surveyed) outside of critical habitat based on each allotments on date (Table 3); therefore, livestock have the potential to graze the suitable breeding sites after breeding occurs and have the potential to graze upland areas around suitable breeding sites. Until surveys are conducted within suitable habitats to determine the presence or absence of YT, the potential exists for direct and indirect effects, as described above, to occur to YT and their habitat. Effects to suitable habitat are related to potential changes in hydrology, morphology of breeding and non-breeding areas, cover, sedimentation, and water.

<u>Summary</u>

Livestock grazing occurs throughout the range of SNYLF and YT on National Forest System lands and heavy utilization from livestock has been cited as detrimental to both species (Service 2014, USFS *et al*. 2014, USFS *et al*. 2015). Direct effects of livestock trampling on amphibians in general (Bartelt 1998, Ross *et al*. 1999) and SNYLF and YT specifically (Jennings 1996, Martin 2008) are not well studied (USFS *et al*. 2014, USFS *et al*. 2015). However, the effects of heavy grazing on riparian/meadow habitats are well known (Kauffman *et al*. 1983a, 1983b, Kauffman and Krueger 1984, Ratliff 1985, Schulz and Leininger 1990, Menke *et al.* 1996, Belsky *et al*. 1999, pp. 425–428). Under the Proposed Action, on allotments with YT occupied or critical habitat, livestock are not authorized by the HTNF in known breeding areas or critical

habitat until after metamorphosis occurs (August 1); therefore, breeding adults, egg masses, and YT tadpoles should not be directly impacted from livestock trampling. By contrast, the most vulnerable stage to livestock trampling is the recently metamorphosed juvenile YT toadlets, as they tend to congregate around breeding ponds and cannot easily move out of harms way at this life stage; although trampling from livestock is not unique to this life stage and adults are also vulnerable to trampling. SNYLF juvenile and adults are also susceptible to direct effects from trampling particularly where populations occur in stream riparian zones and in small waters within meadow systems. Negative effects of livestock grazing to SNYLF are more likely to occur where the species occurs in meadows, stream riparian zones, and lakes or ponds than populations found in the deeper alpine lakes. Livestock grazing that complies with forest standards and guidelines is not expected to significantly affect SNYLF or YT populations in most cases, although limited exceptions could occur, especially where extant habitat is limited. In addition, SNYLFs and YTs may be negatively affected where grazing standards are exceeded.

EFFECTS ON SIERRA NEVADA YELLOW-LEGGED FROG DESIGNATED CRITICAL HABITAT

The key factor related to the adverse modification determination is whether, with implementation of the proposed Federal action, the affected critical habitat would continue to serve its intended conservation role for the species. Activities that may destroy or adversely modify critical habitat are those that result in a direct or indirect alteration that appreciably diminishes the value of critical habitat for the conservation of the SNYLF. Such alterations may include, but are not limited to, those that alter the physical or biological features essential to the conservation of these species or that preclude or significantly delay development of such features. The role of critical habitat is to support life-history needs of the species and provide for the conservation of the species. The HTNF falls into clade 2 for the SNYLF and has designated critical habitat in subunits 2F, 2H, and 2I (Table 4; Figure 3).

Primary constituent elements (PCEs) are those specific elements of the physical or biological features that provide for a species' life history processes and are essential to the conservation of the species. PCEs specific to the SNYLF include aquatic habitat for breeding and rearing, aquatic nonbreeding and overwintering habitat, and upland habitat which have been defined previously. This section will summarize the effects of the Proposed Action in relation to specific critical habitat PCEs for SNYLF.

*PCE 1: Aquatic habitat for breeding and rearing*
*Habitat that consists of permanent water bodies, or those that are either hydrologically connected with, or close to, permanent water bodies, including, but not limited to, lakes, streams, rivers, tarns, perennial creeks (or permanent plunge pools within intermittent creeks), pools (such as a body of impounded water contained above a natural dam), and other forms of aquatic habitat.*

Streams and their associated riparian habitat are the most likely habitat type that can be impacted by livestock grazing. The Proposed Action will likely maintain aquatic stream habitat for breeding and rearing on allotments which overlap with LCT. The Proposed Action will likely maintain aquatic stream habitat for breeding and rearing on allotments which overlap with LCT.

William Dunkelberger                                    File No. 2017-F-0083

This is because previous efforts associated with formal consultations on LCT that have been in place for many years, have resulted in good stream and riparian areas as well-documented in required annual monitoring. For those allotments where designated critical habitat for both SNYLF and YT overlap, the Proposed Action will further maintain and may likely improve aquatic stream habitat for breeding and rearing by limiting when livestock enter critical habitat (*i.e.*, August 1 turnout date for YT critical habitat) and by implementing utilization standards and streambank trampling metrics. This minimizes the duration and intensity of livestock impacts as compared to current management. Although some critical habitat for SNYLF does not overlap critical habitat for YT, utilization and habitat alteration standards should minimize impacts to SNYLF breeding and rearing habitat. The small, temporary reduction in vegetation biomass and habitat alteration due to livestock use can have a short-term influence on riparian habitat, but it is unlikely to create long-term negative trends in the condition of stream and riparian areas across the action area because of the limited timing, duration, and intensity of the Proposed Action.

*PCE 2: Aquatic nonbreeding and overwintering habitat*
*This habitat may contain the same characteristics as aquatic breeding and rearing habitat (often at the same locale), and may include lakes, ponds, tarns, streams, rivers, creeks, plunge pools within intermittent creeks, seeps, and springs that may not hold water long enough for the species to complete its aquatic life cycle. This habitat provides for shelter, foraging, predator avoidance, and aquatic dispersal of juvenile and adult SNYLFs.*

For reasons similar to PCE 1, the Proposed Action will likely maintain aquatic nonbreeding and overwintering stream habitat on allotments which overlap with LCT. For those allotments where designated critical habitat for both SNYLF and YT overlap, the Proposed Action will further maintain and may likely improve aquatic stream habitat for breeding and rearing by limiting when livestock enter critical habitat (*i.e.*, August 1 turnout date for YT critical habitat) and implementing utilization standards and streambank trampling metrics which minimizes the duration and intensity of livestock impacts as compared to current management. The small, temporary reduction in vegetation biomass and habitat alteration due to livestock use can have a short-term influence on riparian habitat but it is unlikely to create long-term negative trends in the condition of stream and riparian areas across the action area because of the limited timing, duration, and intensity under the Proposed Action.

*PCE 3: Upland habitat*
*Upland areas adjacent to or surrounding breeding and nonbreeding aquatic habitat that provides areas for feeding and movement by SNYLF. Upland areas (catchments) adjacent to and surrounding both breeding and nonbreeding aquatic habitat that provide for the natural hydrologic regime (water quantity) of aquatic habitats. These upland areas should also allow for the maintenance of sufficient water quality to provide for the various life stages of SNYLF and its prey base.*

Upland areas used by SNYLFs for feeding and movement will likely be maintained or improved through implementation of the Proposed Action. Uplands within these allotments will be grazed at a moderate level (45 percent of the current annual growth of key grasses and 40 percent of the current annual growth of bitterbrush). Limiting upland utilization will help maintain the entire allotment in better condition by grazing the allotments holistically and not allowing more use in

one area (riparian or upland) at the expense of another. Maintaining or improving the upland areas for SNYLFs and their prey base (*e.g.*, aquatic and terrestrial invertebrates) should ensure that water quantity is sustaining desired conditions of riparian, aquatic, wetland, and meadow habitats and water quality is meeting the goals of the Clean Water Act of 1972, as amended (33 USC 1251 *et seq.*), and the Safe Drinking Water Act of 1974, as amended (42 USC 300f *et seq.*), per the SNFPA (USFS 2004). Implementing utilization standards for upland areas should minimize the duration and intensity of livestock impacts to upland habitat as compared to current management.

## EFFECTS OF THE PROPOSED ACTION ON YOSEMITE TOAD CRITICAL HABITAT

The key factor related to the adverse modification determination is whether, with implementation of the proposed action, the affected critical habitat would continue to serve its intended conservation role for the species. Activities that may destroy or adversely modify critical habitat are those that result in a direct or indirect alteration that appreciably diminishes the value of critical habitat for the conservation of the YT. Such alterations may include, but are not limited to, those that alter the physical or biological features essential to the conservation of these species or that preclude or significantly delay development of such features. The role of critical habitat is to support life-history needs of the species and provide for the conservation of the species. The HTNF has designated critical habitat in units 1, 2, 3, and 4 (Table 5; Figure 4). Unit 3 is not within any active grazing allotment and Unit 4 has only one vacant allotment.

PCEs are those specific elements of the physical or biological features that provide for a species' life history processes and are essential to the conservation of the species. PCEs specific to the YT include aquatic breeding habitat and upland habitat which have been defined previously. This section will summarize the effects of the Proposed Action in relation to specific critical habitat PCEs for YT.

### PCE 1: *Aquatic breeding habitat*
*This habitat consists of bodies of fresh water, including wet meadows, slow-moving streams, shallow ponds, spring systems, and shallow areas of lakes. During periods of drought or less than average rainfall, these breeding sites may not hold surface water long enough for individual YTs to complete metamorphosis, but they are still considered essential breeding habitat because they provide habitat in most years.*

The Proposed Action will likely maintain or improve aquatic breeding habitat by limiting when livestock enter critical habitat (*i.e.*, August 1 turnout date) and by implementing utilization standards and streambank and pond trampling metrics which minimizes the timing, duration, and intensity of livestock impacts as compared to current management. The small, temporary reduction in vegetation biomass and habitat alteration due to livestock use can have a short-term influence on meadow habitat, but it is unlikely to create long-term negative trends in the condition of meadows across the action area because of the limited timing, duration, and intensity described under the Proposed Action.

William Dunkelberger                                                    File No. 2017-F-0083

*PCE 2: Upland habitat*
*This habitat consists of areas adjacent to or surrounding breeding habitat up to a distance of*
*1.25 km (0.78 mi) in most cases (i.e., depending on surrounding landscape and dispersal*
*barriers), including seeps, springheads, talus and boulders. These upland areas should also*
*maintain sufficient water quality to provide for the various life stages of the YT and its prey base.*

Upland areas used by YTs for feeding and movement will likely be maintained or improved
through implementation of the Proposed Action. Upland habitat is under the same turnout date
limitations (August 1) as PCE 1. Uplands within these allotments will be grazed at a moderate
level (45 percent of the current annual growth of key grasses and 40 percent of the current annual
growth of bitterbrush). Limiting upland utilization will help maintain the entire allotment in
better condition by grazing the allotment holistically and not allowing more use in one area
(meadow or upland) at the expense of another. Maintaining or improving the upland areas for
YTs and their prey base (*e.g.*, aquatic and terrestrial invertebrates) should ensure that water
quantity is sustaining desired conditions of riparian, aquatic, wetland, and meadow habitats and
water quality is meeting the goals of the Clean Water Act of 1972, as amended (33 USC 1251 *et
seq.*), and the Safe Drinking Water Act of 1974, as amended (42 USC 300f *et seq.*), per the
SNFPA (USFS 2004). Implementing utilization standards for upland areas should minimize the
duration and intensity of livestock impacts to upland habitat as compared to current
management.

Allotment Specific Effects on Designated Critical Habitat for Sierra Nevada Yellow-legged Frog
and Yosemite Toad

*Piute Allotment*

Effects to critical habitat are related to potential changes in hydrology, morphology of breeding
and non-breeding areas, cover, sedimentation, and water. Within critical habitat for SNYLF
(subunit 2I), livestock have the potential to affect aquatic habitat for breeding and rearing,
aquatic non-breeding habitat, and upland areas. Within critical habitat for YT (Unit 2), livestock
have the potential to affect aquatic breeding and upland areas. Critical habitat for SNYLF and
YT occurs within a large portion of the Piute Allotment but much of the critical habitat areas are
not grazed by sheep; however, the permittee does actively graze sheep along the eastern edge of
critical habitat on the West Walker River, upstream of Cascade Creek to Tower Canyon (Figures
4A–4C). The potential for sheep to move through breeding habitat exists at only one breeding
location (T4N, R22E, SE1/4, SE1/4) within critical habitat. Grazing on the allotment is
authorized to start on August 1. Sheep will have the potential to graze the known breeding site
after breeding occurs and will have the potential to graze upland areas around the known
breeding site.

*Sardine Allotment*

Effects to critical habitat are related to potential changes in hydrology, morphology of breeding
and non-breeding areas, cover, sedimentation, and water. Within critical habitat for YT (Unit 2),
livestock have the potential to affect aquatic breeding and upland areas. Critical habitat for YT
occurs within a large portion of the Sardine Allotment. The permittee avoids grazing livestock

William Dunkelberger                                      File No. 2017-F-0083

within the southwestern portion of the allotment which contains critical habitat in the Levitt, Koenig, and Latopie Lakes area (Figures 4D–4E). The potential for livestock to move through breeding habitats exists within other portions of the allotment with critical habitat, particularly in Upper and Lower Sardine Meadows. No livestock would be authorized to graze the YT breeding areas until August 1; however, livestock will have the potential to graze the known breeding sites after breeding occurs and will have potential to graze upland areas around known breeding sites.

*Silver Creek Allotment*

Effects to critical habitat are related to potential changes in the hydrology, morphology of breeding and non-breeding areas, cover, sedimentation, and water. Within critical habitat for SNYLF (subunit 2H), livestock have the potential to affect aquatic habitat for breeding and rearing, aquatic non-breeding habitat, and upland areas. Critical habitat for SNYLF (subunit 2H) occurs within a large portion of the Silver Creek Allotment and the permittee actively grazes sheep within critical habitat (Figures 4F–4H); however, the permittee avoids known breeding locations in Chango Lake and Wolf Creek Lake (Figure 4H).

*Noble Canyon Allotment*

Effects to critical habitat are related to potential changes in the hydrology, morphology of breeding and non-breeding areas, cover, sedimentation, and water. Within critical habitat for SNYLF (subunit 2F), livestock have the potential to affect aquatic habitat for breeding and rearing, aquatic non-breeding habitat, and upland areas. Within critical habitat for YT (Unit 1), livestock have the potential to affect aquatic breeding and upland areas. There is considerable overlap of critical habitat for both species (Figures 4M–4N). Since no authorized livestock grazing is permitted in the YT breeding areas until August 1, this will also minimize grazing impacts to SNYLF critical habitat areas. Livestock will have the potential to graze the known breeding sites after breeding occurs and will have the potential to graze upland areas around known breeding sites after August 1.

*Bull Canyon Allotment*

Effects to critical habitat are related to potential changes in hydrology, morphology of breeding and non-breeding areas, cover, sedimentation, and water. Within critical habitat for YT (Unit 1), livestock have the potential to affect aquatic breeding and upland areas. Critical habitat for YT occurs within a small portion of the Bull Canyon Allotment and livestock have the potential to move through aquatic and upland habitats (Figure 4P). No livestock would be authorized to graze the YT suitable breeding areas within critical habitat until August 1; however, livestock will have the potential to graze potential breeding sites in suitable habitats after breeding occurs and will have the potential to graze upland areas around suitable breeding sites.

*Murray Canyon Allotment*

Critical habitat for YT (Unit 1) occurs within a small portion of the Murray Canyon Allotment. The designated area has no aquatic breeding habitat and is not located within 1.25 km (0.78 mi)

William Dunkelberger                                                    File No. 2017-F-0083

of suitable YT breeding sites (Figure 4R). Within critical habitat for YT, livestock have the potential to affect upland areas. No effects to critical habitat are expected.

Summary

Within the action area, livestock grazing occurs on six allotments with designated critical habitat for SNYLF and YT. Under the Proposed Action, in areas of the allotments with designated critical habitat, utilization and habitat alteration standards and guidelines should minimize negative impacts from livestock grazing. On allotments with YT critical habitat, livestock are not authorized by the HTNF in critical habitat until August 1, further minimizing potential impacts. In addition, limiting upland utilization will help manage these allotments holistically and not allowing more use in one area (meadow or upland) at the expense of another. Given the limited timing, duration, and intensity of livestock grazing, as described in the Proposed Action, it is unlikely to create long-term negative trends in the condition of critical habitat across the action area. Required monitoring will ensure that the Proposed Action is resulting in predicted outcomes. Livestock grazing that complies with forest standards and guidelines is not expected to significantly affect designated critical habitat for SNYLF or YT in most cases, although limited exceptions could occur, especially where extant habitat is limited. In contrast, designated critical habitat for SNYLFs and YTs may be negatively affected where grazing standards are exceeded.

CUMULATIVE EFFECTS

Cumulative effects include the effects of future State, Tribal, local, or private actions that are reasonably certain to occur in the action area considered in this BO. Future Federal actions that are unrelated to the proposed action are not considered in this section, because they require separate consultation pursuant to section 7 of the ESA.

Lands administered by the HTNF are interspersed and surrounded by private parcels on which intensive grazing management activities will likely typify the land-use practices. Private parcels will be managed by the permittees the same as the adjacent public lands since there are no fences (e.g., Wolf Creek Allotment (private land) 135 cow/calves permitted June 16- Sept 30). Grazing of interspersed and surrounding private lands could exacerbate the adverse effects of the proposed action on SNYLFs and YTs described previously.

Dispersed recreation on private lands can also adversely impact listed species and their habitats (Clark and Gibbons 1991). Camping near springs and streams can impact riparian vegetation and streambank stability. Increased vehicle traffic on poorly designed or maintained roads, road crossings, and off-road vehicle use disturbs substrate and increases stream sedimentation.

Recreational fishing can affect populations of both amphibian species by increasing stocking pressure in waterbodies with high recreational value. Introduction of nonnative species are frequently attributed to use of live bait for fishing and unauthorized introductions of nonnative gamefish species are sometimes associated with recreational fishing (Rahel 2004). Introduced species have adversely affected SNYLFs and YTs through predation and may contribute to disease problems (Service 2014). Most of the streams and lakes found in the action area either

William Dunkelberger                                    File No. 2017-F-0083

have self-sustaining trout populations already existing or are stocked with hatchery raised trout for recreation. Waters found within designated critical habitat are not stocked by CDFW.

CDFW frequently uses electrofishing gear to sample populations of fish in stream habitats within the action area. However, electrofishing is a necessary component of fish population monitoring. Adverse effects to SNYLF and YT at the population level are not expected since the intent of the electrofishing program is to sample fish in stream habitats and only individual amphibians are encountered on a periodic basis, and lake and pond habitats are not sampled using electrofishing equipment. Additionally, mortality of individual SNYLFs or YTs is not expected to occur during electrofishing activities as the settings used are low enough not to cause mortality or injury. Generally, the electrofishing program only occurs on a periodic basis unless it is part of an intensive nonnative fish eradication project using mechanical methods.

CONCLUSION

Sierra Nevada yellow-legged frog and Yosemite toad

Although cattle grazing in riparian and meadow areas are known to have deleterious effects on these habitats and their aquatic resources (Platts 1991, Belsky *et al*. 1999, Poff *et al*. 2011), the HTNF has proposed grazing systems which are expected to result in maintaining or improving meadow, stream, and riparian habitat within the 14 allotments analyzed in this BO (USFS 2016b). In order to ensure the stream and meadow protections and watershed improvements occur, the HTNF will conduct long-term monitoring using the MIM guide (Burton *et al*. 2011), and for meadow habitats the Eastern Sierra Nevada Riparian Field Guide (Weixelman *et al*. 1999) will be used. Riparian, meadow, and upland monitoring is necessary to track progress toward improved conditions in these habitats. Results observed using the MIM guide and other monitoring data will provide direction for improved management strategies to achieve resource objectives. Continued improvement of livestock management practices will help contribute to achieving SNYLF and YT conservation objectives.

After reviewing the current status of SNYLF and YT, the environmental baseline for the action area, the anticipated direct and indirect effects of the proposed action, and the cumulative effects, it is the Service's biological opinion that the proposed project is not likely to jeopardize the continued existence of the endangered SNYLF or threatened YT.

Critical Habitat

After reviewing the current status of SNYLF and YT designated critical habitat, the environmental baseline for the action area, the anticipated direct and indirect effects of the proposed action, and the cumulative effects, it is the Service's biological opinion that the Proposed Action to continue authorization of livestock grazing on the 6 allotments with designated critical habitat, is not likely to destroy or adversely modify designated critical habitat for the SNYLF or YT. The Service's rationale is summarized below.

For the allotments which have active BOs for LCT, permittees have shown that they can meet the Terms and Conditions put forth in those BOs, and the HTNF is able to complete required

William Dunkelberger                                    File No. 2017-F-0083

monitoring which indicates that the existing grazing management strategies can support healthy stream, riparian, and meadow habitat. The Proposed Action has similar utilization and streambank alteration standards as previous BOs with the added timing restrictions which further minimize potential impacts to amphibians and their habitat from livestock grazing. The Service has no evidence to suggest that the timing, duration, and intensity of livestock grazing as described in the Proposed Action will lead to degraded habitat conditions. Several of the critical habitat units/subunits span multiple National Forests which also permit grazing; however, these other National Forests are also required to follow the SNFPA, which limits the timing and intensity of grazing (USFS 2004). The Service believes that the affected critical habitat would likely maintain its capacity to support both SNYLFs and YTs and serve its intended conservation role for both species. The Service bases this conclusion on the Proposed Action which includes specific allotment management actions and monitoring (implementation and effectiveness monitoring described previously), which will reduce the threat of habitat degradation from over utilization due to inappropriate livestock grazing.

## INCIDENTAL TAKE STATEMENT

Section 9 of the ESA and Federal regulation pursuant to section 4(d) of the ESA prohibit the take of endangered and threatened species, respectively, without special exemption. Take is defined as to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or attempt to engage in any such conduct. Harm is further defined by the Service to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing essential behavioral patterns, including breeding, feeding, or sheltering (50 CFR §17.3). Harass is defined by the Service as intentional or negligent actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns which include, but are not limited to, breeding, feeding, or sheltering (50 CFR §17.3). Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of sections 7(b)(4) and section 7(o)(2), taking that is incidental to and not intended as part of the agency action is not considered to be prohibited taking under the ESA provided that such taking is in compliance with the terms and conditions of this Incidental Take Statement.

The measures described below are nondiscretionary and must be implemented by the HTNF so that they become binding conditions of any grant or permit issued to the permittees, as appropriate, for the exemption in section 7(o)(2) to apply. The HTNF has a continuing duty to regulate the activity covered by this incidental take statement. This incidental take statement is only applicable to occupied habitat, designated critical habitat, and/or suitable habitat as defined in the Proposed Action. If the HTNF: 1) fails to assume and implement the terms and conditions, or 2) fails to require the permittees to adhere to the terms and conditions of the incidental take statement through enforceable terms that are added to the permittees' grazing permits, the protective coverage of section 7(o)(2) may lapse. In order to monitor the impact of incidental take, the HTNF must report the progress of the action and its impact on the species to the Service as specified in the incidental take statement [50 CFR §402.14(i)(3)].

William Dunkelberger                                                File No. 2017-F-0083

## AMOUNT OR EXTENT OF TAKE ANTICIPATED

We conclude that direct take of juvenile and adult life stages of SNYLF and YT will occur due to livestock access to occupied streams, lakes, and meadows within the action area. This take will occur in the form of harm and harassment, through either injury or death of SNYLF and YT by livestock during stream crossings and watering, as well as trampling. We further anticipate that take of juvenile and adult stages of SNYLF and YT will occur due to indirect effects of grazing within and adjacent to meadow and aquatic habitats (*e.g.*, streams, ponds, lakes) and riparian corridors and the subsequent adverse effects to these habitat types in which SNYLF and YT are present. This take will be in the form of harm and harassment, in that habitat could be modified or degraded in such a way as to result in death or injury by significantly impairing essential behavioral patterns such as breeding, feeding, and sheltering.

The Service anticipates incidental take of SNYLF and YT will be difficult to detect and; therefore, difficult to quantify for the following reasons: (1) due to the inherent biological characteristics of aquatic species, the likelihood of discovering an individual death or other taking attributable to grazing is small; (2) the small body size, behavioral modification before death, presence of aquatic vegetation, stream flow, and rapid rates of decomposition make finding an incidentally taken individual SNYLF and YT extremely unlikely; (3) effects of the proposed management, such as grazing, are largely unquantifiable in the short term, and may only be measurable as long-term effects on the species' habitat or population levels; and (4) the best scientific and commercial data available are not sufficient to enable the Service to estimate a specific amount of incidental take of the species' themselves.

In instances such as this, incidental take is quantified in terms of adherence to period of use, numbers of livestock, and habitat conditions as surrogate measures to identify when take has been exceeded. The Service anticipates that the proposed action will result in incidental take (harm and harassment) associated with the proposed grazing system. The authorized level of take of SNYLF and YT from the proposed action will be exceeded if the proposed period of use, numbers of livestock, forage utilization rates, and streambank, natural pond, and lakeshore alteration levels are exceeded.

Forage utilization rates and streambank, natural pond, and lakeshore alteration are good surrogate measures for determining incidental take because: (1) they are easily measured; (2) they are clearly defined in the permit for each allotment; and (3) they relate to habitat conditions as described in the effects section above. Where these metrics are appropriate to measure, these criteria should be used as triggers to move livestock out of the riparian and meadow areas and should not be used as long-term monitoring for the health of the meadows, streams, and riparian areas.

The reasonable and prudent measures listed below, with their implementing terms and conditions, are designed to minimize the impact of incidental take that might otherwise result from the Proposed Action. If the above level of anticipated take is exceeded, the HTNF should consult with the Service to determine if reinitiation is necessary. Reinitiation of formal consultation may not be necessary because Reasonable and Prudent Measure Number 2, Term and Condition Number 2 provides procedures which the HTNF shall implement to change

William Dunkelberger                                    File No. 2017-F-0083

livestock grazing management to restore meadow habitat, riparian vegetation, and streambanks occurring in the 14 allotments back to the anticipated level of take specified above.

EFFECT OF TAKE

In the accompanying BO, the Service determined that this level of anticipated take is not likely to result in jeopardy to SNYLF and YT or result in adverse modification or destruction of critical habitat for these species.

REASONABLE AND PRUDENT MEASURES

The Service believes the following reasonable and prudent measures are necessary and appropriate to minimize impacts of incidental take of SNYLF and YT:

1) Protect stream, riparian, and meadow habitat within the 14 allotments discussed in the Proposed Action from negative effects of grazing and trailing as described above.

2) Conduct all monitoring associated with this Proposed Action and report monitoring results to the Service as scheduled. The HTNF did not provide certain specific information related to monitoring (*i.e.*, timing, frequency, location) in the Proposed Action; therefore, where specifics were missing, the Service has added clarification to the terms and conditions below.

TERMS AND CONDITIONS

In order to be exempt from the prohibitions of section 9 of the ESA, the HTNF must comply with the following terms and conditions, which implement the reasonable and prudent measures described above and outline required reporting/monitoring requirements. These terms and conditions are non-discretionary.

To implement Reasonable and Prudent Measure Number 1, the HTNF shall fully implement the following Terms and Conditions:

1) Based on the HTNF's assessment of habitat conditions, livestock grazing in meadow and riparian areas within the following allotments shall be permitted under the utilization criteria listed below:

   a) as described in the Proposed Action, livestock utilization of riparian/meadow herbaceous cover within occupied, critical habitat, or suitable habitat for SNYLF and YT will be grazed to early seral standards and shall not exceed 30 percent utilization or minimum 6-inch stubble height on the following allotments found within the **Bridgeport Ranger District**: Piute C&H Allotment, Sardine C&H Allotment, Poison S&G Allotment, Silver Creek S&G Allotment, Eagle Creek C&H Allotment, Little Walker C&H Allotment, Lost Cannon S&G Allotment, Mill Canyon S&G Allotment, Rickey S&G Allotment; and on the following allotments within the **Carson Ranger District**: Noble Canyon C&H Allotment,

Bull Canyon C&H Allotment, Charity Valley C&H Allotment, and Hope Valley C&H Allotment;

b)  as described in the Proposed Action, if meadow ecological status within occupied, critical habitat, or suitable habitat for SNYLF and YT is later determined to be in late seral status on the above listed allotments, then livestock utilization of meadow herbaceous cover shall not exceed 40 percent utilization or minimum 4-inch stubble height. Meadow habitat within the Murray Canyon C&H Allotment (Carson Ranger District) has been determined to be in late seral status;

c)  as described in the Proposed Action, if meadow ecological status within occupied, critical habitat, or suitable habitat for SNYLF and YT is determined to be in early seral status and has greater than 10 percent of the meadow area in bare soil and active erosion, the meadow area shall require total rest from grazing until the meadow has recovered and has moved to mid- or late seral status (Standard and Guide #120);

d)  as described in the Proposed Action, within occupied, critical habitat, or suitable habitat for SNYLF and YT for all 14 allotments, livestock utilization of sage and mountain brush plant communities can be grazed a maximum of 45 percent of the current annual growth of key grasses and 40 percent of the current annual growth of bitterbrush;

e)  as described in the Proposed Action, for all 14 allotments, livestock utilization of riparian woody vegetation (including aspen) shall not exceed 20 percent of the annual leader growth of mature riparian shrubs within all pastures and allotments with occupied habitat, critical habitat, or suitable habitat for SNYLF and YT;

f)  for all 14 allotments, livestock alteration levels for streambanks and natural ponds and lakeshores shall not exceed 10 percent within all pastures and allotments within occupied habitat, critical habitat, or suitable habitat for SNYLF and YT. In areas of the allotments outside of these categories, alteration shall not exceed 20 percent of streambanks and natural ponds and lakeshores; and

g)  as described in the Proposed Action, in YT allotments with occupied habitats and allotments with suitable breeding areas yet to be surveyed within critical habitat (Piute, Poison, Sardine, and Noble Canyon), the on-date would be August 1 into those portions of the allotment which contain occupied or unsurveyed suitable breeding habitats. Under certain conditions, this date can be modified to accommodate above and below average snowpack years. The HTNF shall coordinate with the Service when these exceptions occur.

2)  The HTNF shall ensure that range improvements (*e.g.*, fencing and gates) are maintained to standards identified in the Allotment management plan to ensure that trespass cattle are not using unauthorized areas in occupied, designated critical habitat, or suitable habitat. If the fences are found to have been damaged, they shall be repaired as soon as possible. If

William Dunkelberger                                      File No. 2017-F-0083

any livestock are found outside their designated areas, the HTNF shall follow established policy to ensure their timely removal.

3) The HTNF shall ensure that the authorized number, kind (*i.e.*, cattle or sheep), and class of animals, and period of use are adhered to as described in the Proposed Action.

4) The HTNF shall ensure that appropriate management actions (*e.g.*, herding, salting) as described in the Proposed Action shall be taken within occupied, critical habitat, or suitable habitat for SNYLF and YT on all 14 allotments to ensure that livestock are not congregating within riparian areas and known amphibian breeding areas.

5) Due to the high concentration of SNYLF and YT within the Research Natural Area (RNA) on the Piute Allotment, the HTNF shall ensure that trailing of sheep through occupied habitat within the RNA does not occur.

6) On allotments with sheep grazing, the HTNF shall identify stream/riparian areas within occupied, critical habitat, or suitable habitat for SNYLF and YT which are armored with rocks where sheep can trail across.

To implement Reasonable and Prudent Measure Number 2, the HTNF shall fully implement the following Terms and Conditions:

1) For the duration of the grazing permit, each year the HTNF shall conduct preseason and mid-season compliance evaluations (including photo documentation) and shall conduct utilization monitoring and streambank, pond, or lake alteration levels at the end of the grazing season within occupied, critical habitat, or suitable habitat for SNYLF and YT to ensure utilization and streambank alteration levels are not exceeded. Mid-season monitoring is only required on pastures within occupied, critical habitat, or suitable habitat for SNYLF and YT with authorized use greater than 30 days. Mid-season compliance evaluations are not required on allotments with sheep because they do not graze the same place more than once in a season.

2) The HTNF shall annually evaluate the monitoring data collected to determine if the applicable riparian/meadow herbaceous, and/or upland vegetation utilization, and/or woody vegetation utilization and/or streambank/pond/lake alteration criteria as outlined under Reasonable and Prudent Measure Number 1, Term and Condition Number 1, have not been exceeded. If any of these criteria are exceeded, the HTNF shall initiate the following action:

   a) the HTNF, in cooperation with the Service and permittees, shall develop and implement management strategies necessary within the affected use area (*e.g.,* herding, fencing, salting away from riparian areas, rest, or a combination of strategies) to ensure that the terms and conditions associated with RPM 1 are not exceeded.

William Dunkelberger                                          File No. 2017-F-0083

3) The HTNF shall implement a short-term implementation monitoring program which shall include:

    a) establishment of at least two areas per allotment that are occupied by SNYLF or YT, located within designated critical habitat, or considered suitable habitat;

    b) collection of end-of-season proper use criteria data (streambank, pond, or lake alteration and riparian, meadow, upland vegetation utilization) on an annual basis at each key area within pastures with occupied, or critical habitat for SNYLF and YT;

    c) for pastures in non-use status, end of season proper use criteria is not required within pastures with occupied, or critical habitat for SNYLF and YT; however, compliance monitoring shall be conducted to ensure that unauthorized use has not occurred; and

    d) for collection of end-of-season proper use criteria data (streambank, pond, lake alteration and riparian, meadow, upland vegetation utilization) and percent bare ground at least every other year at each area within allotments with only suitable habitat for SNYLF and YT. If presence/absence monitoring confirms absence of SNYLF and YT within the allotment, monitoring is no longer required; if monitoring confirms presence of SNYLF and YT then annual monitoring is required.

4) The HTNF shall implement a long-term effectiveness monitoring program which shall include:

    a) establishment of an appropriate number of long-term monitoring sites per allotment that are occupied by SNYLF or YT, or located within designated critical habitat;

    b) monitoring each of the above sites by the end of 2020 and every 3–5 years thereafter;

    c) monitoring, streambank, pond, or lakeshore stability, percent bare ground, and where applicable width-depth ratio at each long-term monitoring site. (examples of protocols which measure these long-term metrics include Weixelman *et al*. 1999, Archer *et al*. 2004, Burton *et al*. 2011, Batchelor *et al*. 2015, and Laine *et al*. 2015); and

    d) collection of long-term effectiveness monitoring within allotments with only suitable habitat for SNYLF and YT shall only be required if amphibian monitoring confirms presence of SNYLF and YT.

William Dunkelberger                                                    File No. 2017-F-0083

5) The HTNF shall ensure that the Service is provided with a report (address provided below) on the annual monitoring data collected on or before December 31 (or a HTNF and Service mutually agreed upon date) every year for the duration of the grazing permits. The report should briefly summarize for the previous grazing season: (1) Implementation and effectiveness of the terms and conditions; (2) documentation of take of SNYLF or YT, if any; and (3) actual livestock use with a description of any variation of use from the Proposed Action. If the report indicates that one or more of the Reasonable and Prudent Measure Number 1, Term and Condition Number 1 (a–h), have been exceeded, the written notice shall identify which management strategy that the HTNF has selected to implement to ensure the Terms and Conditions are not exceeded. The HTNF shall work with the Service to ensure the reporting requirements are completed on time and include all information requested in this BO. The first report shall be due to the Service on or before January 31, 2018.

6) If the baseline condition of the lakes, streams, or meadows occupied by SNYLF or YT or their designated critical habitat changes (*i.e.*, due to fire, drought), the HTNF shall contact the Service to identify the necessary changes to the Proposed Action.

7) The HTNF and the Stanislaus National Forest shall ensure that the Terms and Conditions of this biological opinion are implemented on the Murray Canyon Allotment.

Please send reporting documents to the following address:

> Field Supervisor
> Reno Fish and Wildlife Office
> 1340 Financial Boulevard, Suite 234
> Reno, Nevada  89502
> Telephone: (775) 861-6300

REPORTING REQUIREMENTS

Upon locating dead, injured, or sick threatened or endangered species during the entire length of time of the project (including monitoring), initial notification must be made to the Service's Division of Law Enforcement in Reno, Nevada, at telephone number (775) 861-6360 within 3 working days. Instructions for proper handling and disposition of such specimens will be issued by the Division of Law Enforcement. Care must be taken in handling sick or injured SNYLF or YT to ensure effective treatment and care and in handling dead specimens to preserve biological material in the best possible state. In conjunction with the care of sick and injured fish or wildlife and the preservation of biological materials from a dead specimen, the HTNF and the permittees have the responsibility to ensure that information relative to the date, time, and location of the amphibian, when found, and possible cause of injury or death of each is recorded and provided to the Service.

William Dunkelberger                                      File No. 2017-F-0083

CONSERVATION RECOMMENDATIONS

Section 7(a)(1) of the ESA directs Federal agencies to utilize their authorities to further the purposes of the ESA by carrying out conservation programs for the benefit of endangered and threatened species. Conservation recommendations are discretionary agency activities to implement recovery actions, to help implement recovery plans, to develop information, or otherwise further the purposes of the ESA.

For the Service to be kept informed of actions minimizing or avoiding adverse effects or benefiting listed species or their habitats, the Service requests notification of the implementation of any conservation recommendations. The following conservation recommendations were developed by the HTNF in cooperation with the Service:

Listed Species

The following conservation recommendations would help ensure long-term survival and recovery of all listed species found within the action area:

1. Provide copies of any other monitoring results used to determine the need for maintenance or improvement of habitat to promote healthy and productive meadow and riparian areas (Medina *et al*. 2005). Meeting objectives would ensure that significant progress is being made to achieve all USFS standards in all meadow and riparian areas.

The following conservation recommendations would help ensure long-term survival and recovery of SNYLF and YT:

1. Continue support and involvement in inventories and monitoring of SNYLF, YT, and their occupied habitats within the HTNF's Carson and Bridgeport Ranger Districts.

2. Continue support and involvement on implementing the SNYLF Conservation Strategy.

3. Establish other long-term population monitoring sites for SNYLF and/or YT similar to the Sardine Meadows program.

The following conservation recommendations would help ensure long-term survival and recovery of Paiute cutthroat trout within the HTNF's Carson Ranger District:

1. Continue support and involvement on implementing the Paiute Cutthroat Trout Recovery Project.

The following conservation recommendations would help ensure long-term survival and recovery of LCT within the HTNF's Carson and Bridgeport Ranger Districts:

1. Manage unoccupied historical LCT streams within the HTNF Carson and Bridgeport Ranger Districts as if they were occupied such that habitat quality is either maintained or

William Dunkelberger                                            File No. 2017-F-0083

improved such that future stocking of LCT into these streams is not delayed due to poor habitat conditions.

2. Continue support and involvement in inventories and monitoring of LCT and their occupied habitats within the HTNF, Carson and Bridgeport Ranger Districts.

3. Continue support and participation on the Walker Recovery Implementation Team.

4. Continue support and participation on the LCT Management Oversight Group.

The following conservation recommendations would help ensure long-term survival and recovery of Webbers ivesia (*Ivesia webberi*) within the HTNF Carson Ranger District:

1. Monitor existing protective measures (*i.e.*, fences and nonnative, invasive species treatments), perform maintenance and/or treatments as needed, and implement additional or new protective measures such as fencing, road closures, controlled management of livestock use, nonnative, invasive species control, and additional measures to avoid or minimize impacts to *Ivesia webberi* and its critical habitat.

Candidate Species

The following conservation recommendations would help ensure long-term protection of Whitebark pine (*Pinus albicaulis*) on the HTNF's Carson and Bridgeport Ranger Districts.

1. Continue support and involvement in the conservation of Whitebark pine by implementing the rangewide restoration strategy (Keane *et al*. 2012) and regional conservation strategies as they are developed for the species.

2. Maintain the Whitebark pine on the Forest Service Sensitive Species List.

Species of Concern

The following conservation recommendations would help ensure long-term protection of California spotted owl (*Strix occidentalis occidentalis*) and Bi-State sage-grouse (*Centrocercus urophasianus*) on the HTNF's Carson and Bridgeport Ranger Districts.

1. The Service published a positive 90-day finding to list California spotted owl on September 18, 2015 (Service 2015). The Service has initiated a status review for the California spotted owl and at the conclusion of this review we will issue a 12-month finding on whether or not the Service believes listing is warranted. As you may know, the USFS has initiated a Conservation Strategy for California spotted owl. When complete, the Conservation Strategy should provide management direction for the long-term persistence of the species and the habitat upon which it depends. We encourage the HTNF to participate in this effort and implement the Conservation Strategy once complete. You can follow the progress of the effort at the following website: http://www.fs.usda.gov/detail/r5/plants-animals/wildlife/?cid=STELPRD3854419

William Dunkelberger                                          File No. 2017-F-0083

2. Continue to work with the NDOW and CDFW to survey sage grouse leks annually.

3. Protect all functioning Bi-State sage-grouse nesting, brood-rearing, and wintering habitat and restore and enhance those habitats degraded or functioning at risk.

4. Continue to work with partners to implement state and local conservation plans which guide monitoring and threat identification and abatement. We encourage the engagement of local, State, and Federal wildlife biologists in the project planning process.

5. We recommend reliance on the latest Bi-State sage-grouse conservation guidance in the Bi-State Action Plan (Action Plan; Bi-State Technical Advisory Committee 2012). We encourage and support the implementation of all appropriate management direction identified in the Action Plan as the analysis and proposed projects are conducted. Additional recent guidance to consult during the planning process includes:

   o Secretarial Order No. 3336 – "*Rangeland Fire Prevention, Management, and Restoration*", and subsequent plans and reports

   o BLM 2015 – "*Greater Sage-Grouse Wildfire, Invasive Annual Grasses, and Conifer Expansion Assessment; Northern Great Basin*"

   o Chambers *et al.* 2014 – "*Using Resistance and Resilience Concepts to Reduce Impacts of Invasive Annual Grasses and Altered Fire Regimes on the Sagebrush Ecosystem and Greater Sage-Grouse: A Strategic Multi-Scale Approach*"

We would appreciate the HTNF sharing data and planning accomplishments to improve and update the Service's species information for both these species.

REINITIATION REQUIREMENT

This concludes formal consultation on the actions outlined in your December 2, 2016, request. As provided in 50 CFR §402.16, reinitiation of formal consultation is required where discretionary Federal agency involvement or control over an action has been retained (or is authorized by law) and if: (1) The amount or extent of incidental take is exceeded; (2) new information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion; (3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in this opinion; or (4) a new species is listed or critical habitat designated that may be affected by the action. In instances where the amount or extent of incidental take is exceeded, any operations causing such take must cease pending reinitiation.

William Dunkelberger

File No. 2017-F-0083

Please reference File No. 2017-F-0083 in future correspondence concerning this BO. We appreciate the cooperation of your staff throughout this consultation process. If you have any questions regarding this consultation, please contact me or Chad Mellison at (775) 861-6300.

Sincerely,

Carolyn W. Swed
Field Supervisor

Cc:
District Ranger, Carson Ranger District, Humboldt-Toiyabe National Forest, Carson City, Nevada
District Ranger, Bridgeport Ranger District, Humboldt-Toiyabe National Forest, Bridgeport, California
Chief, Sierra/Cascades Division, Sacramento Fish and Wildlife Office, Sacramento, California

William Dunkelberger                                                   File No. 2017-F-0083

## Literature Cited

Adams, M.J., C.A. Pearl, B. McCreary, S.K. Galvan, S.J. Wessell, W.H. Wente, C.W. Anderson, and A.B. Kuehl. 2009. Short-term effect of cattle exclosures on Columbia spotted frog (*Rana luteiventris*) populations and habitat in northeastern Oregon. Journal of Herpetology 43:132–138.

Agouridis, C.T., S.R. Workman, R.C. Warner, and G.D. Jennings. 2005. Livestock grazing management impacts on stream water quality: a review. Journal of the American Water Resources Association 41:591–606.

Alderfer, R.B., and R.R. Robinson. 1949. Runoff from pastures in relation to grazing intensity and soil compaction. Journal of the American Society of Agronomy 39:948–958.

Alford, R.A., and S.J. Richards. 1999. Global amphibian declines: a problem in applied ecology. Annual Review of Ecology and Systematics 30:133–165.

Allan, J.D. 1995. Stream ecology: structure and function of running waters. Chapman and Hall, New York. 388 pp.

Allan, J.D., M.S. Wipfli, J.P. Caouette, A. Prussian, and J. Rodgers. 2003. Influence of streamside vegetation on inputs of terrestrial invertebrates to salmonid food webs. Canadian Journal of Fisheries and Aquatic Sciences 60:309–320.

Allen-Diaz, B.H, S. McIlroy, K. Tate, L. Roche, and A. Lind. 2010. Determining the effects of livestock grazing on Yosemite toads (*Bufo canorus*) and their habitat: an adaptive management study. Final Report submitted to the U.S. Forest Service, Pacific Southwest Region, Vallejo, California. December 31, 2010. 22 pp. + appendicies.

American Fisheries Society (AFS). 1980. Management and protection of western riparian stream ecosystems. American Fisheries Society, Western Division, Bethesda, Maryland. 24 pp.

Archer, E.K., B.B. Roper, R.C. Henderson, N. Bouwes, S.C. Mellison, and J.L. Kershner. 2004. Testing common stream sampling methods for broad-scale, long-term monitoring. General Technical Report RMRS–GTR–122. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 15 pp.

Arismendi, I., M. Safeeq, S.L. Johnson, J.B. Dunham, and R. Haggerty. 2013. Increasing synchrony of high temperature and low flow in western North American streams: double trouble for coldwater biota? Hydrobiologia 712:61–70.

Arkle, R.S., and D.S. Pilliod. 2015. Persistence at distributional edges: Columbia spotted frog habitat in the arid Great Basin, USA. Ecology and Evolution 5:3704–3724.

Armour, C.L. 1977. Effects of deteriorated range streams on trout. Bureau of Land Management, Idaho State Office, Boise, Idaho. 7 pp.

Arno, S.F. 2000. Fire in western forest ecosystems. Pages 97–120 in K.J. Brown and J.K. Smith (editors.), Wildland fire and ecosystems: effects of fire on flora. General Technical Report RMRS–GTR–42–volume 2. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 257 pp.

Ashton, D.T., S.B. Marks, H.H. Welsh Jr. 2006. Evidence of continued effects from timber harvesting on lotic amphibians in redwood forest of northwestern California. Forest Ecology and Management 221:183–193.

Bahls, P. 1992. The status of fish populations and management of high mountain lakes in the western United States. Northwest Science 66:183–193.

Bancroft, B.A., N.J. Baker, and A.R. Blaustein. 2008. A meta-analysis of the effects of ultraviolet B radiation and its synergistic interactions with pH, contaminants, and disease on amphibian survival. Conservation Biology 22:987–996.

Bartelt, P.E. 1998. *Bufo boreas* (Western toad). Mortality. Herpetological Review 29:96.

Batchelor, J.L., W.J. Ripple, T.M. Wilson, and L.E. Painter. 2015. Restoration of riparian areas following the removal of cattle in the northwestern Great Basin. Environmental Management 55:930–942

Bates, B.C., Z.W. Kundzewicz, S. Wu, and J.P. Palutikof (editors). 2008. Climate change and water. Technical Paper of the Intergovernmental Panel on Climate Change, IPCC Secretariat, Geneva. 210 pp.

Beesley, D. 1996. Reconstructing the landscape: an environmental history, 1820–1960. Pages 3–24 in Sierra Nevada ecosystem project: final report to Congress. Volume II, Assessments and scientific basis for management options. Center for Water and Wildland Resources, University of California, Davis, California.

Behnke, R.J., and M. Zarn. 1976. Biology and management of threatened and endangered western trouts.  General Technical Report GTR–RM–28. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experimental Station. 45 pp.

Behnke, R.J., and R.F. Raleigh. 1979. Grazing and the riparian zone: impacts and management perspectives. Pages 263–267 in R.R. Johnson, and J.F. McCormick (technical coordinators), Strategies for protection and management of floodplain wetlands and other riparian ecosystems. Proceedings of the symposium: December 11–13, 1978. Callaway Gardens, Georgia. General Technical Report WO–12. Washington, DC: U.S. Department of Agriculture, Forest Service. 410 pp.

Belsky, A.J., and D.M. Blumenthal. 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the interior west. Conservation Biology 11:315–327.

Belsky, A.J., A. Matzke, and S. Uselman. 1999. Survey of livestock influences on stream and riparian ecosystems in the western United States. Journal of Soil and Water Conservation 54:419–431.

Bengeyfield, P. 2006. Managing cows with streams in mind. Rangelands 28:3–6.

Beschta, R.L., D.L. Donahue, D.A. DellaSala, J.J. Rhodes, J.R. Karr, M.H. O'Brian, T.L. Fleischner, C.D. Williams. 2013. Adapting to climate change on western public lands: addressing the ecological effects of domestic, wild, and feral ungulates. Environmental Management 51:474–491.

Bilby, R.E., and P.A. Bisson. 1998. Function and distribution of large woody debris. Pages 324–346 in R.J. Naiman, and R.E. Bilby (editors), River ecology and management: lessons from the pacific coastal ecoregion. Springer, New York.

Bi-State Technical Advisory Committee. 2012. Bi-State action plan: past, present, and future actions for the conservation of the greater sage grouse Bi-State distinct population segment. Prepared for the Bi-State Executive Oversight Committee for Conservation of Greater Sage Grouse. March 15, 2012. 108 pp + appendicies.

Bjornn, T.C., and D.W. Reiser. 1991. Habitat requirements of salmonids in streams. American Fisheries Society Special Publication 19:83–138.

Blaustein, A.R., D.G. Hokit, R.K. O'Hara, R.A. Holt. 1994. Pathogenic fungus contributes to amphibian losses in the Pacific Northwest. Biological Conservation 67:251–254.

Blaustein A.R., L.K. Belden, D.H. Olson, D.M. Green, T.L. Root, and J.M. Kiesecker. 2001. Amphibian breeding and climate change. Conservation Biology 15:1804–1809.

Blaustein A.R., S.C. Walls, B.A. Bancroft, J. J. Lawler, C.L. Searle, and S.S. Gervasi. 2010. Direct and indirect effects of climate change on amphibian populations. Diversity 2:281–313.

Bohn, C. 1989. Management of winter soil temperatures to control streambank erosion. Pages 69–71 in R.E. Gresswell, B.A. Barton, and J.L. Kershner (editors), Practical approaches to riparian resource management: An educational workshop.  May 8–11, 1989. Bureau of Land Management, Billings, Montana. 193 pp.

Bohn, C., and J. C. Buckhouse. 1985. Coliforms as an indicator of water quality in wildland streams. Journal of Soil and Water Conservation 40:95–97.

Boone, M.D., P.S. Corn, M.A. Donnelly, E.E. Little, and P.H. Niewiarowski. 2003. Physical stressors. Pages 129–151 in G.L. Linder, S.K. Krest, and D.W. Sparling (editors), Amphibian decline: an integrated analysis of multiple stressor effects. SETAC Press, Pensacola, Florida.

Boone, M.D., R.D. Semlitsch, E.E. Little, and M.C. Doyle. 2007. Multiple stressors in amphibian communities: effects of chemical contamination, bullfrogs, and fish. Ecological Applications 17:291–301.

Bosch, L.M. Carrascal, L. Durán, S. Walker, and M.C. Fisher. 2007. Climate change and outbreaks of amphibian chytridiomycosis in montane areas of central Spain; is there a link? Proceedngs of the Royal Society Biological Sciences 274:253–260.

Bowers, W., B. Hosford, A. Oakley, and C. Bond. 1979. Wildlife habitats in managed rangelands - the Great Basin of Southeastern Oregon, native trout. General Technical Report GTR–PNW–84. Portland, Oregon: U.S. Department of Agriculture, Forest Service, Pacific Northwest Forest and Range Experimental Station. 16 pp.

Bradford, D.F. 1983. Winterkill, oxygen relations, and energy metabolism of a submerged dormant amphibian, *Rana muscosa*. Ecology 64:1171–1183.

Bradford, D.F. 1989. Allotopic distribution of native frogs and introduced fishes in high Sierra Nevada lakes of California: implications of the negative effect of fish introductions. Copeia 1989:775–778.

Bradford, D. F. 1991. Mass mortality and extinction in a high elevation population of *Rana muscosa*. Journal of Herpetology 25:174–177.

Bradford, D. F., F. Tabatabai, and D. M. Graber. 1993. Isolation of remaining populations of the native frog, Rana muscosa, by introduced fishes in Sequoia and Kings Canyon National Parks, California. Conservation Biology 7:882–888.

Bradford, D.F., D.M. Graber, and F. Tabatabai. 1994. Population declines of the native frog, *Rana muscosa*, in Sequoia and Kings Canyon National Parks, California. The Southwestern Naturalist 39:322–327.

Bradford, D. F., S. D. Cooper, T. M. Jenkins, Jr., K. Kratz, O. Sarnelle, and A. D. Brown. 1998. Influences of natural acidity and introduced fish on faunal assemblages in California alpine lakes. Canadian Journal of Fisheries and Aquatic Sciences 55:2478–2491.

Briggs, C.J., R.A. Knapp, and V.T. Vredenburg. 2010. Enzootic and epizootic dynamics of the chytrid fungal pathogen of amphibians. Proceedings of the National Academy of Sciences 107:9695–9700.

Brooks, M.L. 2008. Plant invasions and fire regimes. Pages 33–45 in K. Zouhar, J.K. Smith, S. Sutherland, and M.L. Brooks (editors), Wildland fire in ecosystems: fire and nonnative invasive plants. General Technical Report RMRS–GTR–42–volume 6. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 355 pp.

Brookshire, E.N.J., J.B. Kauffman, D. Lytjen, and N. Otting. 2002. Cumulative effects of wild ungulate and livestock herbivory on riparian willows. Oecologia 132:559–566.

Bryant, F.T., R.E. Blaser, and J.R. Peterson. 1972. Effects of trampling by cattle on bluegrass yield and soil compaction of a Meadowville loam. Agronomy Journal 64:331–334.

Buck, J.C., E.A. Scheessele, R.A. Relyea, and A. R. Blaustein. 2012. The effects of multiple stressors on wetland communities: pesticides, pathogens, and competing amphibians. Freshwater Biology 57:61–73.

Bull, E.L., and M.P. Hayes. 2000. Livestock effects on reproduction of the Columbia spotted frog. Journal of Range Management 53:291–294.

Bureau of Land Management (BLM). 2015. Greater Sage-Grouse Wildfire, Invasive Annual Grasses, and Conifer Expansion Assessment; Northern Great Basin. 148 pp. + appendices.

Burkhart, J.G., J.R. Bidwell, D.J. Fort, and S.R. Sheffield. 2003. Chemical stressors. Pages 111–128 in G.L. Linder, S.K. Krest, and D.W. Sparling (editors), Amphibian decline: an integrated analysis of multiple stressor effects. SETAC Press, Pensacola, Florida.

Burton, E.C., M.J. Gray, A.C. Schmutzer, D.L. Miller. 2009. Differential responses of postmetamorphic amphibians to cattle grazing in wetlands. Journal of Wildlife Management 73:269–277.

Burton, T.A., S.J. Smith, E.R. Cowley. 2011. Riparian area management: Multiple indicator monitoring (MIM) of stream channels and streamside vegetation. Technical Reference 1737-23. BLM/OC/ST-10/003+1737. U.S. Department of the Interior, Bureau of Land Management, National Operations Center, Denver, Colorado. 155 pp.

Butler, D.M., D.H. Franklin, N.N. Ranells, M.H. Poore, and J.T. Green, Jr. 2006. Ground cover impacts on sediment and phosphorus export from manured riparian pasture. Journal of Environmental Quality 35:2178–2185.

Butler, D.M., N.N. Ranells, D.H. Franklin, M.H. Poore, and J.T. Green, Jr. 2007. Ground cover impacts on nitrogen export from manured riparian pasture. Journal of Environmental Quality 36:155–162.

Carey, C. 1993. Hypothesis concerning the causes of the disappearance of boreal toads from the mountain of Colorado. Conservation Biology 7:355–361.

Carey, C., and M.A. Alexander. 2003. Climate change and amphibian declines: is there a link? Diversity and Distributions 9:111–121.

William Dunkelberger

File No. 2017-F-0083

Carey, C., J.E. Bruzgul, L.J. Livo, M.L. Walling, K.A. Kuehl, B.F. Dixon, A.P. Pessier, R.A. Alford, and K.B. Rogers. 2006. Experimental exposures of boreal toads (*Bufo boreas*) to a pathogenic chytrid fungus. EcoHealth 3:5–21.

Chambers, J.C., D.A. Pyke, J.D. Maestas, M. Pellant, C.S. Boyd, S.B. Campbell, S. Espinosa, D.W. Havlina, K.E. Mayer, A. Wuenschel. 2014. Using resistance and resilience concepts to reduce impacts of invasive annual grasses and altered fire regimes on the sagebrush ecosystem and greater sage-grouse: a strategic multi-scale approach. General Technical Report RMRS-GTR-326. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 73 pp.

Chaney, E., W. Elmore, and W.S. Platts. 1990. Livestock grazing on western riparian areas. Environmental Protection Agency, Northwest Resource Information Center, Eagle, Idaho. 45 pp.

Chaney, E., W. Elmore, and W. S. Platts. 1993. Managing change, livestock grazing on western riparian areas. Environmental Protection Agency, Northwest Resource Information Center, Eagle, Idaho. 31 pp.

Chapman, D.W. 1988. Critical review of variables used to define effects of fines in redds of large salmonids. Transactions of the American Fisheries Society 117:1–21.

Clark, R.N., and D.R. Gibbons. 1991. Recreation. American Fisheries Society Special Publication 19:459–481.

Clary, W.P., and B.F. Webster. 1989. Managing grazing of riparian areas in the intermountain region. General Technical Report GTR–INT–263. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 11 pp.

Clary, W.P., E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers). 1992. Proceedings-Symposium on ecology and management of riparian shrub communities. General Technical Report GTR–INT–289. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 232 pp.

Clary, W.P., and W.C. Leininger. 2000. Stubble height as a tool for management of riparian areas. Journal of Range Management 53:562–573.

Clary, W.P., and J.W. Kinney. 2002. Streambank and vegetation response to simulated cattle grazing. Wetlands 22:139–148.

Clary, W.P., and W.H. Kruse. 2004. Livestock grazing in riparian areas: environmental impacts, management practices, and management implications. Pages 237–258 in M.B. Baker, P.F. Ffolliott, L.F. DeBano, and D.G. Neary (editors), Riparian areas of the southwestern United States: hydrology, ecology, and management. Lewis Publishers, New York.

William Dunkelberger                                              File No. 2017-F-0083

Coats, R., M. Costa-Cabral, J. Riverson, J. Reuter, G. Sahoo, G. Schladow, and B. Wolfe. 2013. Projected 21st century trends in hydroclimatology of the Tahoe basin. Climatic Change 116:51–69.

Coates, P.S., and D.J. Delehanty. 2010. Nest predation of greater sage-grouse in relation to microhabitat factors and predators. Journal of Wildlife Management 74:240–248.

Cole, D.N., and P.B. Landres. 1996. Threats to wilderness ecosystems: impacts and research needs. Ecological Applications 6:168–184.

Cope, O.B. (Editor). 1979. Proceedings of the Forum - Grazing and riparian/stream ecosystems; November 3–4, 1978. Denver, Colorado. Trout Unlimited, Vienna, Virginia. 94 pp.

Corn, P.S. 2005. Climate change and amphibians. Animal Biodiversity and Conservation 28:59–67.

Cowley, E.R. 2002. Guidelines for establishing allowable levels of streambank alteration. Department of Interior, Bureau of Land Management. Information Bulletin No. ID-2002-172. Boise, Idaho. 12 p.

Cummins, K.W. 1974. Structure and function of stream ecosystems. BioScience 24:631–641.

Cunjak, R.A. 1996. Winter habitat of selected stream fishes and potential impacts from land-use activity. Canadian Journal of Fisheries and Aquatic Sciences 53 (Supplement 1):267–282.

Davidson, C., M.F. Benard, H.B. Shaffer, J.M. Parker, C. O'Leary, J.M. Conlon, and L.A. Rollins-Smith. 2007. Effects of chytrid and carbaryl exposure on survival, growth, and skin peptide defense in foothill yellow-legged frogs. Environmental Science and Technology 41:1771–1776.

Dobkin, D.S., A.C. Rich, and W.H. Pyle. 1998. Habitat and avifaunal recovery from livestock grazing in a riparian meadow system of the northwestern Great Basin. Conservation Biology 12:209–221.

Dodge, C.M. 2017. Electronic message from Celeste Dodge, San Francisco State University, to Chad Mellison, USFWS, on thesis research results. February 28, 2017.

Dodge, C.M. and V.T. Vredenburg. 2012. The sad song of the Yosemite toad: The role of the amphibian chytrid fungus in an enigmatic decline. Presentation Abstract. Disease and Epidemiology I: The Preliminary Program for 97th ESA Annual Meeting (August 5–10, 2012). 1 pg.

Doran, J.W., J.S. Schepers, and N.P. Swanson. 1981. Chemical and bacteriological quality of pasture runoff. Journal of Soil and Water Conservation 36:166–171.

Drost, C.A., and G. M. Fellers. 1994. Decline of frog species in the Yosemite section of the Sierra Nevada. United States Department of the Interior, National Park Service, Cooperative National Park Studies Unit, The University of California at Davis, Technical Report (NPS/WRUC/NRTR 94–02 [UC CPSU TR #56]):iv+56 pp.

Drost, C.A. and G.M. Fellers, 1996. Collapse of a regional frog fauna in the Yosemite area of the California Sierra Nevada, USA. Conservation Biology 10:414–425.

Duff, D.A. 1983. Livestock grazing impacts on aquatic habitat in Big Creek, Utah. Pages 129–142 in J.W. Menke (editor), Proceedings of the workshop on livestock and wildlife-fisheries relationships in the Great Basin; May 3–5, 1977. Sparks, Nevada. Agricultural Science Special Publication 3301. University of California, Division of Agricultural Sciences, Berkeley, California.

Dull, R.A. 1999. Palynological evidence for 19th century grazing induced vegetation change in the southern Sierra Nevada, California, U.S.A. Journal of Biogeography 26:899–912.

Dunham, J.B., G. Chandler, B. Rieman, and D. Martin. 2005. Measuring stream temperature with digital data loggers: a user's guide. General Technical Report RMRS–GTR–150WWW. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 15 pp.

Elmore, W., and R.L. Beschta. 1987. Riparian areas: perceptions in management. Rangeland 9:260–265.

Epanchin, P.L., R.A. Knapp, and S.P. Lawler. 2010. Nonnative trout impact an alpine-nesting bird by altering aquatic-insect subsidies. Ecology 91:2406–2415.

Erman, N.A. 1996. Status of aquatic invertebrates. In: Sierra Nevada ecosystem project, final report to congress. Volume II, Chapter 35. Assessments and scientific basis for management options. Center for Water and Wildland Resources, University of California, Davis, California.

Fellers, G.M., D.E. Green, and J.E. Longcore. 2001. Oral chytridiomycosis in the mountain yellow-legged frog (*Rana muscosa*). Copeia 2001:945–953.

Ficke, A.D., C.A. Myrick, and L.J. Hansen. 2007. Potential impacts of global climate change on freshwater fisheries. Reviews in Fish Biology and Fisheries 17:581–613.

Finlay, J.C., and V.T. Vredenburg. 2007. Introduced trout sever trophic connections in watersheds: consequences for a declining amphibian. Ecology 88:2187–2198.

Fisher, M.C., T.W.J. Garner, and S.F. Walker. 2009. Global emergence of *Batrachochytrium dendrobatidis* and amphibian chytridiomycosis in space, time, and host. Annual Review of Microbiology 63:291–310.

William Dunkelberger                                    File No. 2017-F-0083

Fitch, L., and B.W. Adams. 1998. Can cows and fish co-exist? Canadian Journal of Plant Science 78:191–198.

Fleischner, T.L. 1994. Ecological costs of livestock grazing in western North America. Conservation Biology 8:629–644.

Flenniken, M., R.R. McEldowney, W.C. Leinninger, G.W. Frasier, and M.J. Trlica. 2001. Hydrologic responses of a montane riparian ecosystem following cattle use. Journal of Range Management 54:567–574.

Frenzel, E. 2012. Using prescribed fire to restore tree-invaded mountain meadows: a case study from the Lake Tahoe Basin, California and Nevada USA. Masters Thesis, University of California, Davis. 33 pp.

Gary, H.L., S.R. Johnson, and S.L. Ponce. 1983. Cattle grazing impact on surface water quality in a Colorado front range. Journal of Soil and Water Conservation 38:124–128.

General Accounting Office (GAO). 1988. Public rangelands: some riparian areas restored but widespread improvements will be slow. Report to Congress GA/RCED–88–105. Resources, Community, and Economic Development Division, Washington, DC. 85 pp.

Gerick, A.A., R.G. Munshaw, W.J. Palen, S.A. Combes, and S.M. O'Regan. 2014. Thermal physiology and species distribution models reveal climate vulnerability to temperate amphibians. Journal of Biogeography 41:713–723.

Gillespie, G.R. 2002. Impacts of sediment loads, tadpole density, and food type on the growth and development of tadpoles of the spotted tree frog *Litoria spenceri*: an in-stream experiment. Biological Conservation 106:141–150.

Goss, L.M. 2013. Understanding the relationship between livestock disturbance, the protocols used to measure that disturbance, and stream conditions. Masters Thesis, Utah State University, Logan, Utah. 107 pp.

Grasso, R.L., R.M. Coleman, and C. Davidson. 2010. Palatability and antipredator response of Yosemite toads (*Anaxyrus canorus*) to nonnative brook trout (*Salvelinus fontinalis*) in the Sierra Nevada Mountains of California. Copeia 3:457–462.

Grant, E.H.C.; D.A.W.Miller; B.R. Schmidt; M.J. Adams; S.M. Amburgey; T. Chambert; S.S. Cruickshank; R.N. Fisher; D.M. Green; B.R. Hossack; P.T.J. Johnson; M.B. Joseph; T.A.G. Rittenhouse; M.E. Ryan; J.H. Waddle; S.C. Walls; L.L. Bailey; G.M. Fellers; T.A. Gorman; A.M. Ray; D.S. Pilliod; S.J. Price; D. Saenz; W. Sadinski; E. Muths. 2016. Quantitative evidence for the effects of multiple drivers on continental-scale amphibian declines. Scientific Reports 6:25625; doi: 10.1038/srep25625.

Gray, M.J., D.L. Miller, A.C. Schmutzer, C.A. Baldwin. 2007. Frog virus 3 prevalence in tadpole populations inhabiting cattle-access and non-access wetlands in Tennessee, USA. Diseases of Aquatic Organisms 77:97–103.

Green, D.E. and C. K. Sherman. 2001. Diagnostic histological findings in Yosemite toads (*Bufo canorus*) from a die-off in the 1970s. Journal of Herpetology 35:92–103.

Green, D.M. and J.B. Kauffman. 1995. Succession and livestock grazing in a northeast Oregon riparian ecosystem. Journal of Range Management 48:307–313.

Gresswell, R.E., B.A. Barton, and J.L. Kershner (editors). 1989. Practical approaches to riparian resource management: An educational workshop; May 8–11, 1989. Bureau of Land Management, Billings, Montana. 193 pp.

Grinnell, J., and T.I. Storer. 1924. Animal life in Yosemite: an account of the mammals, birds, reptiles, and amphibians in a cross-section of the Sierra Nevada. University of California Press. Berkeley, California. 752 pp.

Gunderson, D.R. 1968. Floodplain use related to stream morphology and fish populations. Journal of Wildlife Management 32:507–514.

Hanski, I. 1998. Metapopulation dynamics. Nature 396:41–49.

Hansen, A.J., R.P. Neilson, V.H. Dale, C.H. Flather, L.R. Iverson, D.J. Currie, S. Shafer, R. Cook, and P.J. Bartlein. 2001. Global change in forests: responses of species, communities, and biomes. BioScience 51:765–779.

Hanson, C.L., A.R. Kuhlmon, C.J. Erickson, and J. K. Lewis. 1970. Grazing effects on runoff and vegetation on western South Dakota rangelands. Journal of Range Management 23:418–420.

Herbst, D.B., M.T. Bogan, S.K. Roll, and H.D. Safford. 2012. Effects of livestock exclusion on in-stream habitat and benthic invertebrate assemblages in montane streams. Freshwater Biology 57:204–217.

Hof, C., M.B. Araújo, W. Jetz, and C. Rahbek. 2011. Additive threats from pathogens, climate, and land-use change for global amphibian diversity. Nature 480:516–519.

Holechek, J.L. 1988. An approach for setting the stocking rate. Rangelands 10:10–14.

Holechek, J.L., H. Gomez, F. Molinar, and D. Galt. 1999. Grazing studies: what we've learned. Rangelands 21:12–16.

Hooper, M.J., G.T. Ankley, D.A. Cristol, L.A. Maryoung, P.D. Noyes, K.E. Pinkerton. 2013. Interactions between chemical and climate stressors: a role for mechanistic toxicology in assessing climate change risks. Environmental Toxicology and Chemistry 32:32–48.

Howard, A., and J.C. Munger. 2003. Effects of livestock grazing on the invertebrate prey base and on the survival and growth of larvae of the Columbia spotted frog, *Rana luteiventris*. Bureau of Land Management Technical Bulletin No. 03–7. Boise, Idaho. April 2003. 28 pp.

Humboldt-Toiyabe National Forest (HTNF). 2005a. Golden Canyon Creek: 2005 stream and riparian habitat survey report. Carson Ranger District, Carson City, Nevada. 38 pp.

Humboldt-Toiyabe National Forest (HTNF). 2005b. Murray Canyon Creek: 2005 stream and riparian habitat survey report. Carson Ranger District, Carson City, Nevada. 33 pp.

Inkley, D.B., M.G. Anderson, A.R. Blaustein, V.R. Burkett, B. Felzer, B. Griffith, J. Price, and T.L. Root. 2004. Global climate change and wildlife in North America. Wildlife Society Technical Review 04–2. The Wildlife Society, Bethesda, Maryland. 26 pp.

Intergovernmental Panel on Climate Change (IPCC). 2002. Climate Change and Biodiversity. IPCC Technical Paper V.  H. Gitay, A. Suárez, T. Watson, and D.J. Dokken (editors), WMO-UNEP. 86 pp. *http://www.ipcc.ch/pub/tpbiodiv.pdf*

Isaak, D.J., and W.A. Hubert. 2001. A hypothesis about factors that affect maximum summer stream temperatures across montane landscapes. Journal of the American Water Resources Association 37:351–366.

Jansen, A., and M. Healey. 2003. Frog communities and wetland condition: relationships with grazing by domestic livestock along an Australian floodplain river. Biological Conservation 109:207–219.

Jennings, M.R. 1996. Status of amphibians. Pages 921–944 in Sierra Nevada ecosystem project: final report to Congress. Volume II, Assessments and scientific basis for management options. Center for Water and Wildland Resources, University of California, Davis, California.

Jennings, M.R., and M.P. Hayes. 1994. Amphibian and reptile species of special concern in California. Inland Fisheries Division, California Department of Fish and Game, Rancho Cordova, California. 255 pp.

Johnson, R.R., and D.A. Jones (technical coordinators). 1977. Importance, preservation, and management of riparian habitat: a symposium. Tucson, Arizona, July 9, 1977. General Technical Report GTR–RM–43. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 217 pp.

Johnson, R.R., C.D. Ziebell, D.R. Patton, P.F. Ffolliott, and R.H. Hamre (technical coordinators). 1985. Riparian ecosystems and their management: reconciling conflicting uses. General Technical Report GTR–RM–120. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 523 pp.

Kadir,T.L. Mazur, C. Milanes, and K. Randles. 2013. Indicators of Climate Change in California. California Environmental Protection Agency, Office of Environmental Health Hazard Assessment, Sacramento, California. 228 pp. + appendicies.

Karlstrom, E.L. 1962. The toad genus Bufo in the Sierra Nevada of California: ecological and systematic relationships. University of California Publications in Zoology 62:1–104.

Kattelmann, R., and M. Embury. 1996. Riparian areas and wetlands. Pages 201–273 in Sierra Nevada ecosystem project: final report to Congress. Volume III, Assessments, commissioned reports, and background information. Center for Water and Wildland Resources, University of California, Davis, California.

Kauffman, J.B., W.C. Krueger, and M. Vavra. 1983a. Impacts of cattle on streambanks in northeastern Oregon. Journal of Range Management 36:683–685.

Kauffman, J.B., W.C. Krueger, and M. Vavra. 1983b. Effects of late season cattle grazing on riparian plant communities. Journal of Range Management 36:685–691.

Kauffman, J.B., and W.C. Krueger. 1984. Livestock impacts on riparian ecosystems and streamside management implications. A review. Journal of Range Management 37:430–438.

Kaushal, S.S., G.E. Likens, N.A. Jaworski, M.L. Pace, A.M. Sides, D. Seekell, K.T. Belt, D.H. Secor, R.L. Wingate. 2010. Rising stream and river temperatures in the United States. Frontiers in Ecology and the Environment 8:461–466.

Keane, R.E., K.C. Ryan, T.T. Veblen, C.D. Allen, J. Logan, and B. Hawkes. 2002. Cascading effects of fire exclusion in Rocky Mountain ecosystems: a literature review. General Technical Report RMRS–GTR–91. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 24 pp.

Keane, R.E., D.F. Tomback, C.A. Aubry, A.D. Bower, E.M. Campbell, C.L. Cripps, M.B. Jenkins, M.F. Mahalovich, M. Manning, S.T. McKinney, M.P. Murray, D.L. Perkins, D.P. Reinhart, C. Ryan, A.W. Schoettle, and C.M. Smith. 2012. A range-wide restoration strategy for whitebark pine (*Pinus albicaulis*). General Technical Report RMRS–GTR–279. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 108 pp.

Kie, J.G., and B.B. Boroski. 1996. Cattle distribution, habitats, and diets in the Sierra Nevada of California. Journal of Range Management 49:482–488.

Kiesecker, J.M., and A.R. Blaustein. 1995. Synergism between UV-B radiation and a pathogen magnifies amphibian embryo mortality in nature. Proceedings of the National Academy of Sciences 92:11049–11052.

Kiesecker, J.M., D.P. Chivers, and A.R. Blaustein. 1996. The use of chemical cues in predator recognition by western toad tadpoles. Animal Behavior 52:1237–1245.

Kilpatrick, A.M., C.J. Briggs, and P. Daszak. 2010. The ecology and impact of chytridiomycosis: an emerging disease of amphibians. Trends in Ecology and Evolution 25:109–118.

Kinch, G. 1989. Riparian area management: grazing management in riparian areas. Technical Reference 1737–4. Bureau of Land Management, Denver, Colorado. 44 pp.

Kinney, W.C. 1996. Conditions of rangelands before 1905. Pages 31–45 in Sierra Nevada ecosystem project: final report to congress. Volume II, Assessments and scientific basis for management options. Center for Water and Wildland Resources, University of California, Davis, California.

Knapp R.A. 1996. Non-native trout in natural lakes of the Sierra Nevada: an analysis of their distribution and impacts on native aquatic biota. In: Sierra Nevada ecosystem project, final report to congress. Volume III, Chapter 8. Assessments and scientific basis for management options. Center for Water and Wildland Resources, University of California, Davis, California.

Knapp R.A. 2005. Effects of non-native fish and habitat characteristics on lentic herpetofauna in Yosemite National Park, USA. Biological Conservation 121:265–279.

Knapp, R.A., and K.R. Matthews. 1996. Livestock grazing, golden trout, and streams in the Golden Trout Wilderness, California: Impacts and management implications. North American Journal of Fisheries Management 16:805–820.

Knapp R.A. and R.K. Matthews. 2000. Non-native fish introductions and the decline of the mountain yellow-legged frog from within protected areas. Conservation Biology 14:428–438.

Knapp R.A., R.K. Matthews, and O. Sarnelle. 2001. Resistance and resilience of alpine lake fauna to fish introductions. Ecological Monographs 71:401–421.

Knapp, R.A., D.M. Boiano, and V.T. Vredenburg. 2007. Removal of non-native fish results in a population expansion of a declining amphibian (mountain yellow-legged frog, *Rana muscosa*). Biological Conservation 135:11–20.

Knapp, R.A., C.J. Briggs, T.C. Smith, and J.R. Maurer. 2011. Nowhere to hide: impact of a temperature sensitive amphibian pathogen along an elevation gradient in the temperate zone. Ecosphere 2(8): Article 93, 1–26.

Knapp, R.A., G.M. Fellers, P.M. Kleeman, D.A.W. Miller, V.T. Vredenburg, E.B. Rosenblum, and C.J. Briggs. 2016. Large-scale recovery of an endangered amphibian despite ongoing exposure to multiple stressors. Proceedings of the National Academy of Sciences 113:11889–11894.

William Dunkelberger                                      File No. 2017-F-0083

Kondolf, G.M. 1993. Lag in stream channel adjustment to livestock exclosure, White Mountains, California. Restoration Ecology 1:226–230.

Kosco, B.H., and J.W. Bartolome. 1981. Forest grazing: past and future. Journal of Range Management 34:248–251.

Kovalichik, B.L., and W. Elmore. 1992. Effects of cattle grazing systems on willow dominated plant associations in central Oregon. Pages 111–119 in W.P. Clary, E.D. McArthur, D. Bedunah, and C.L. Wambolt (compilers), Proceedings-Symposium on ecology and management of riparian shrub communities. General Technical Report GTR–INT–289. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 232 pp.

Kruess, A., and T. Tscharntke. 2002. Contrasting responses of plant and insect diversity to variation in grazing intensity. Biological Conservation 106:293–302.

Lacan, I., K. Matthews, and K. Feldman. 2008. Interaction of an introduced predator with future effects of climate change in recruitment dynamics of the imperiled Sierra Nevada yellow-legged frog. Herpetological Conservation and Biology 3:211–223.

Laine, C.M., K.M. Kettenring, and B.B. Roper. 2015. An assessment of metrics to measure seasonal variation in and grazing effects on riparian plant communities. Western North American Naturalist 75:102–114.

Larson, R.E., W.C. Krueger, M.R. George, M.R. Barrington. J.C. Buckhouse, and D.E. Johnson. 1998. Livestock influences on riparian zones and fish habitat: literature classification. Journal of Range Management 51:661–664.

Lawler, J.J., S.L. Shafer, B.A. Bancroft, and A.R. Blaustein. 2010. Projected climate impacts for amphibians of the Western Hemisphere. Conservation Biology 24:38–50.

Lemly, A.D. 1998. Bacterial growth on stream insects; potential use in bioassessment. North American Benthological Society 17:228–238.

Li, H.W., G.A. Lamberti, T.N. Pearsons, C.K. Tait, J.L. Li, and J.C. Buckhouse. 1994. Cumulative effects of riparian disturbances along high desert trout streams of the John Day Basin, Oregon. Transactions of the American Fisheries Society 123:627–640.

Liacos, L.G. 1962. Water yield as influenced by degree of grazing in the California winter grasslands. Journal of Range Management 15:34–42.

Lind A.J., R. Grasso, J. Nelson, K. Vincent, C. Liang, K. Tate, L. Roche, B. Allen-Diaz, and S. McIlroy. 2011. Determining the effects of livestock grazing on Yosemite toads (*Anaxyrus* [*Bufo*] *canorus*) and their habitat: an adaptive management study. Final Report addendum submitted to the U.S. Forest Service, Pacific Southwest Region, Vallejo, California. 23 pp. + appendix.

William Dunkelberger                                            File No. 2017-F-0083

Lushby, G.C. 1970. Hydrologic and biotic effects of grazing vs. non-grazing near Grand Junction, Colorado. Journal of Range Management 23:256–260.

Lyons, J., B.M. Weigel, L.K. Paine, and D.J. Undersander. 2000. Influence of intensive rotational grazing on bank erosion, fish habitat quality, and fish communities in southwestern Wisconsin trout streams. Journal of Soil and Water Conservation 55:271–276.

Magilligan, F.J., and P.F. McDowell. 1997. Stream channel adjustments following elimination of cattle grazing. Journal of the American Water Resources Association 33:867–878.

Maloney, S.B., A.R. Tiedemann, S.A. Higgins, T.M. Quigley, and D.B. Marx. 1999. Influence of stream characteristics and grazing intensity on stream temperatures in eastern Oregon. General Technical Report GTR–PNW–459. Portland, Oregon: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 19 pp.

Marcuson, P.E. 1977. The effect of cattle grazing on brown trout in Rock Creek, Montana. Montana Department of Fish and Game Federal Aid Project F–20–R–21–11a. 16 pp.

Marcuson, P.E. 1983. Overgrazed streambanks depress fishery production in Rock Creek, Montana. Pages 143–157 in J.W. Menke (editor), Proceedings of the workshop on livestock and wildlife-fisheries relationships in the Great Basin; May 3–5, 1977. Sparks, Nevada.  Agricultural Sciences Special Publication 3301. University of California, Department of Agricultural Sciences, Berkeley.

Marlow, C.B., and T.M. Pogacnik. 1985. Time of grazing and cattle-induced damage to streambanks. Pages 279–284 in R.R. Johnson, C.D. Ziebell, D.R. Patton, P.F. Ffolliott, and R.H. Hamre (technical coordinators), Riparian ecosystems and their management: reconciling conflicting uses. First North American riparian conference: April 16-18, 1985. Tucson, Arizona. General Technical Report GTR–RM–120. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 523 pp.

Marlow, C.B., and T.M. Pogacnik. 1986. Cattle feeding and resting patterns in a foothills riparian zone. Journal of Range Management 39:212–217.

Martin, D.L. 2008. Decline, movement, and habitat utilization of the Yosemite toad (*Bufo canorus*): an endangered anuran endemic to the Sierra Nevada of California. Doctoral thesis. University of California, Santa Barbara, California. 393 pp.

Matthews, K.R. 1996. Habitat selection and movement patterns of California golden trout in degraded and recovering stream sections in the Golden Trout Wilderness, California. North American Journal of Fisheries Management 16:579–590.

Matthews, K.R., K.L. Pope, H.K. Preisler, and R.K. Knapp. 2001. Effects of non-native trout on Pacific treefrogs (*Hyla regilla*) in the Sierra Nevada. Copeia 2001:1130–1137.

William Dunkelberger                                                    File No. 2017-F-0083

McCarty, J.P. 2001. Ecological consequences of recent climate change. Conservation Biology 15:320–331.

McIlroy, S.K., A.J. Lind, B.H. Allen-Diaz, L.M. Roche, W.E. Frost, R.L. Grasso, and K.W. Tate. 2013. Determining the effects of cattle grazing treatments on Yosemite toads (*Anaxyrus* [=*Bufo*] *canorus*) in montane meadows. PLoS ONE 8:e79263, pp. 1–8.

McIntosh, B.A., J.R. Sedell, R.F. Thurow, R.C., S.E. Clarke, and G.L. Chandler. 2000. Historical changes in pool habitats in the Columbia River Basin. Ecological Applications 10:1478–1496.

McKelvey, K.S., C.N. Skinner, C. Chang, D.C. Erman, S.J. Husari, D.J. Parsons, J.W. Van Wagtendonk, and C.P. Weatherspoon. 1996. An overview of fire in the Sierra Nevada. Pages 1033–1040 in Sierra Nevada Ecosystem Project: Final Report to Congress, Volume II, Assessments and scientific basis for management options. University of California, Centers for Water and Wildland Resources, Davis.

Medina, A.L., J.N. Rinne, and P. Roni. 2005. Riparian restoration through grazing management: considerations for monitoring project effectiveness. Pages 97–126 in P. Roni (editor), Monitoring stream and watershed restoration. American Fisheries Society, Bethesda, Maryland.

Meehan, W.R., and W.S. Platts. 1978. Livestock grazing and the aquatic environment. Journal of Soil and Water Conservation 33:274–278.

Meehan, W.R., F.J. Swanson, and J.R. Sedell. 1977. Influences of riparian vegetation on aquatic ecosystems with particular reference to salmonid fishes and their food supply. Pages 137–145 in R.R. Johnson, and D.A. Jones (technical coordinators), Importance, preservation and management of riparian habitat: a symposium. Tucson, Arizona, July 9, 1977. General Technical Report GTR–RM–43. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 217 pp.

Menke, J.W. (editor). 1983. Proceedings of the workshop on livestock and wildlife-fisheries relationships in the Great Basin; May 3–5, 1977. Sparks, Nevada. Special Publication 3301. University of California, Division of Agricultural Sciences, Berkeley, California.

Menke, J.W, C. Davis, and P. Beesley. 1996. Rangeland assessment. Pages 901–972 in Sierra Nevada ecosystem project, final report to congress, Volume III, Assessments and scientific basis for management options. Center for Water and Wildland Resources, University of California, Davis, California.

Miller, D., M. Gray, and A. Storfer. 2011. Ecopathology of ranaviruses infecting amphibians. Viruses 3:2351–2373.

Miller, J.D., and H.D. Safford. 2012. Trends in wildfire severity: 1984 to 2010 in the Sierra Nevada, Modoc plateau, and southern Cascades, California, USA. Fire Ecology 8:41–57.

Miller, J.D., H.D. Safford, M. Crimmins, and A.E. Thode. 2009. Quantitative evidence for increasing forest fire severity in the Sierra Nevada and southern Cascade Mountains, California and Nevada, USA. Ecosystems 12:16–32.

Minshall, G.W. 1967. Role of allochthonous detritus in the trophic structure of a woodland springbrook community. Ecology 48:139–149.

Minshall, G.W., S.E. Jensen, and W.S. Platts. 1989. The ecology of stream and riparian habitats of the Great Basin Region: A community profile. U.S. Fish and Wildlife Service Biological Report 85 (7.24). 142 pp.

Morgan, J.A.T., V.T. Vredenburg, L.J. Rachowicz, R.A. Knapp, M.J. Stice, T. Tunstall, R.E. Bingham, J.M. Parker, J.E. Longcore, C. Moritz, C.L. Briggs, J.W. Taylor. 2007. Population genetics of the frog-killing fungus *Batrachochytrium dendrobatidis*. Proceedings of the National Academy of Sciences 104:13845–13850.

Moyle, P.B. 2002. Inland Fishes of California. University of California Press. Berkeley, Califoirnia. 502 pp.

Mullally, D.P., and J.D. Cunningham. 1956. Ecological relations of *Rana muscosa* at high elevations in the Sierra Nevada. Herpetologica 12:189–198.

Muths, E., P.S. Corn, A.P. Pessier, and D.E. Green. 2003. Evidence for disease-related amphibian decline in Colorado. Biological Conservation 110:357–365.

Myers, L.H. 1989. Grazing and riparian management in southwestern Montana. Pages 117–120 in R.E. Gresswell, B.A. Barton, and J.L. Kershner (editors), Practical approaches to riparian resource management: an educational workshop. Bureau of Land Management, Billings, Montana. 193 pp.

Myers, L., and B. Whited. 2012. The impact of cattle grazing in high elevation Sierra Nevada mountain meadows over widely variable annual climatic conditions. Journal of Environmental Protection 3:823–837.

Myers, T.J., and S. Swanson. 1992. Variation of stream stability with stream type and livestock bank damage in northern Nevada. Water Resources Bulletin 28:743–754.

Myers, T.J., and S. Swanson. 1995. Impact of deferred rotation grazing on stream characteristics in central Nevada: a case study. North American Journal of Fisheries Management 15:428–439.

Naiman, R.J., and H. Décamps. 1997. The ecology of interfaces: riparian zones. Annual Review of Ecology and Systematics 28:621–658.

Naiman, R.J., K.L. Fetherston, S.J. McKay, and J. Chen. 1998. Riparian forests. Pages 289–323 in R.J. Naiman, and R.E. Bilby (editors), River ecology and management: lessons from the pacific coastal ecoregion. Springer, New York.

National Research Council. 2002. Riparian areas: functions and strategies for management. National Academy Press, Washington, DC. 428 pp.

Nusslé, S., K.R. Matthews, and S.M. Carlson. 2015. Mediating water temperature increases due to livestock and global change in high elevation meadow streams of the Golden Trout Wilderness. PLoS One 10(11):e0142426. doi:10.1371/journal. pone.0142426.

Odion, D., T. Dudley, and C. D'Antonio. 1988. Cattle grazing in southeastern Sierran meadows: ecosystem change and prospects for recovery. Plant biology of eastern California. The Mary DeDecker Symposium, Natural History of the White Inyo Range. Univ of Calif. White Mt. Research Station 2: 277-292.

Ohmart, R.D., and B.W. Anderson. 1982. North American desert riparian ecosystems. Pages 433–466 in G.L. Bender (editor), Reference handbook on the deserts of North America. Greenwood Press, Westport, Connecticut.

Opdam, P., and D. Wascher. 2004. Climate change meets habitat fragmentation: linking landscape and biogeographical scale levels in research and conservation. Biological Conservation 117:285–297.

Orr, H.K. 1960. Soil porosity and bulk density on grazed and protected Kentucky bluegrass range in the Black Hills. Journal of Range Management 13:80–86.

Overton, C.K., G.L. Chandler, and J.A. Pisano. 1994. Northern/Intermountain regions' fish habitat inventory: grazed, rested, and ungrazed reference stream reaches, Silver King Creek, California. General Technical Report GTR–INT–311. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 27 pp.

Owens, L.B., W.M. Edwards, and R.W. Van Keuren. 1996. Sediment losses from a pastured watershed before and after stream fencing. Journal of Soil and Water Conservation 51:90–94.

Parmesan, C. 2006. Ecological and evolutionary responses to recent climate change. Annual Review of Ecology, Evolution, and Systematics 37:637–669.

Parsons, C.T., P.A. Momont, T. Delcurto, M. McInnis, and M.L. Porath. 2003. Cattle distribution patterns and vegetation use in mountain riparian areas. Journal of Range Management 56:334–341.

Patten, D.T. 1998. Riparian ecosystems of semi-arid North America: diversity and human impacts. Wetlands 18:498–512.

William Dunkelberger                                    File No. 2017-F-0083

Paull, S.H., and P.T.J. Johnson. 2011. High temperature enhances host pathology in a snail-trematode system: possible consequences of climate change for the emergence of disease. Freshwater Biology 56:767–778.

Peek, J.M., and P.D. Dalke (editors). 1982. Wildlife - livestock relationships symposium; Proceedings 10, April 20–22, 1982. Coeur d'Alene, Idaho. University of Idaho, Forest, Wildlife, and Range Experiment Station, Moscow. 614 pp.

Peterson, D.P., B.E. Rieman, M.K. Young, J.A. Brammer. 2010. Modeling predicts that redd trampling by cattle may contribute to population declines of native trout. Ecological Applications 20:954–966.

Pierce, D.W., T.P. Barnett, H.G. Hidalgo, T. Das, C. Bonfils, B.D. Santer, G. Bala, M.D. Dettinger, D.R. Cayan, A. Mirin, A.W. Wood, and T. Nozawa. 2008. Attribution of declining western U.S. snowpack to human effects. Journal of Climate 21:6425–6444.

Pilliod, D.S., R.S. Arkle, J.M. Robertson, M.A. Murphy, and W.C. Funk. 2015. Effects of changing climate on aquatic habitat and connectivity for remnant populations of a wide-ranging frog species in an arid landscape. Ecology and Evolution 5:3979–3994.

Platts, W.S. 1979. Livestock grazing and riparian/stream ecosystems - an overview. Pages 39–45 in O.B. Cope (editor), Proceedings of the Forum – Grazing and riparian/stream ecosystems; November 3–4, 1976. Denver, Colorado. Trout Unlimited, Vienna, Virginia. 94 pp.

Platts, W.S. 1981. Influence of forest and rangeland management on anadromous fish habitat in western North America - effects of livestock grazing. General Technical Report GTR–PNW–124. Portland, Oregon: U.S. Department of Agriculture, Forest Service, Pacific Northwest Forest and Range Experiment Station. 25 pp.

Platts, W.S. 1983. Vegetation requirements for fisheries habitats. Pages 184–188 in S.B. Monson and N. Shaw (compilers), Proceedings of symposia: managing intermountain rangelands - improvement of range and wildlife habitats. General Technical Report GTR–INT–157. Ogden, Utah: U.S. Department of Agriculture, Forest Service, Intermountain Research Station. 194 pp.

Platts, W.S. 1990. Managing fisheries and wildlife on rangelands grazed by livestock, a guidance document for biologists. Nevada Department of Wildlife, Reno. 446 pp.

Platts, W.S. 1991. Livestock grazing. American Fisheries Society Special Publication 19:389–423.

Poff, B., K.A. Koestner, D.G. Leary; and V. Henderson. 2011. Threats to riparian ecosystems in western North America: an analysis of existing literature. Journal of the American Water Resources Association 47:1241–1254.

William Dunkelberger                                                      File No. 2017-F-0083

Pope, K., and K.R. Matthews. 2001. Movement ecology and seasonal distribution of mountain yellow-legged frogs, *Rana muscosa*, in a high-elevation Sierra Nevada basin. Copeia 2001:787–793.

Pounds, J.A., A.C.O.Q. Carnaval, and P.S. Corn. 2007. Climate change, biodiversity loss, and amphibian declines. Pages 19–20 in C. Gascon, J.P. Collins, R.D. Moore, D.R. Church, J.E. McKay, and J.R. Mendelson III (editors), Amphibian Conservation Action Plan. Proceedings: IUCN/SSC Amphibian Conservation Summit 2005. IUCN/SSC Specialist Group. Gland, Switzerland and Cambridge, United Kingdom. 64 pp.

Pounds, J.A., M.R. Bustamante, L.A. Coloma, J.A. Consuegra, M.P.L. Fogden, P.N. Foster, E. La Marca, K.L. Masters, A. Merino-Viteri, R. Puschendorf, S.R. Ron, G. Arturo Sanchez-Azofeifa, C.J. Still, and B.E. Young. 2006. Widespread amphibian extinctions from epidemic disease driven by global warming. Nature 439:161–167.

PRBO Conservation Science. 2011. Projected Effects of Climate Change in California: Ecoregional Summaries Emphasizing Consequences for Wildlife. Version 1.0. 68 pp. http://data.prbo.org/apps/bssc/climatechange

Rachowicz, L.J., and V.T. Vredenburg. 2004. Transmission of *Batrachochytrium dendrobatidis* within and between amphibian life stages. Diseases of Aquatic Organisms 61:75–83.

Rachowicz, L.J., J-M. Hero, R.A. Alford, J.W. Taylor, J.A.T. Morgan, V.T. Vredenburg, J.P. Collins, C.J. Briggs. 2005. The novel and endemic pathogen hypotheses: competing explanations for the origin of emerging infectious diseases of wildlife. Conservation Biology 19:1441–1448.

Rahel, F.J. 2004. Unauthorized fish introductions: fisheries management of the people, for the people, or by the people? American Fisheries Society Symposium 44:431–443.

Rahel, F.J., and J.D. Olden. 2008. Assessing the effects of climate change on aquatic invasive species. Conservation Biology 22:512–533.

Ratliff, R.D. 1985. Meadows on the Sierra Nevada of California: state of knowledge. General Technical Report PSW–GTR–84. Berkeley, California: U.S. Department of Agriculture, Forest Service, Pacific Southwest Forest and Range Experiment Station. 52 pp.

Rauzi, F., and C.L. Hanson. 1966. Water intake and runoff as affected by intensity of grazing. Journal of Range Management 19:351–356.

Reeves, M.K., P. Jensen, C.L. Dolph, M. Holyoak, and K.A. Trust. 2010. Multiple stressors and the cause of amphibian abnormalities. Ecological Monographs 80:423–440.

Relyea, R.A. 2009. A cocktail of contaminants: how mixtures of pesticides at low concentrations affect aquatic communities. Oecologia 159:363–376.

William Dunkelberger                                                File No. 2017-F-0083

Richardson, D.M., P.W. Rundel, S.T. Jackson, R.O. Teskey, J. Aronson, A. Bytnerowicz, M.J. Wingfield, and S. Proches. 2007. Human impacts in pine forests: past, present, and future. Annual Reviews in Ecology, Evolution, and Systematics 38:275–297.

Rieman, B.E., and D.J. Isaak. 2010. Climate change, aquatic ecosystems, and fishes in the Rocky Mountain west: implications and alternatives for management. General Technical Report RMRS–GTR–250. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 46 pp.

Roche, L.M., B. Allen-Diaz, D.J. Eastburn, and K.W. Tate. 2012a. Cattle grazing and Yosemite toad (*Bufo canorus* Camp) breeding habitat in Sierra Nevada meadows. Rangeland Ecology and Managment 65:56–65.

Roche, L.M., A.M. Latimer, D.J. Eastburn, and K.W. Tate. 2012b. Cattle grazing and conservation of a meadow-dependent amphibian species in the Sierra Nevada. PLoS ONE 7:e35734. Doi:10.1371/journal.pone.0035734. pp. 1-11.

Rohr, J.R., A.M. Schotthoefer, T.R. Raffel, H.J. Carrick, N. Halstead, J.T. Hoverman, C.M. Johnson, L.B. Johnson, C. Lieske, M.D. Piwoni, P.K. Schoff, and V.R. Beasley. 2008. Agrochemicals increase trematode infections in a declining amphibian species. Nature 455:1235–1239.

Rohr, J.R., and B.D. Palmer. 2013. Climate change, multiple stressors, and the decline of ectotherms. Conservation Biology 27:741–751.

Roper, B. 2015. Improving management of livestock disturbance in riparian zones on Federal lands. U.S. Forest Service, National Stream and Aquatic Ecology Center, Fort Collins, Colorado. StreamNotes, August 2015. 15 pp.

Ross, D.A., J.K. Reaser, P. Kleeman, and D.L. Drake. 1999. *Rana luteiventris* (Columbia spotted frog). Mortality and site fidelity. Herpetological Review 30:163.

Ryan, M.E., W.J. Palen, M.J. Adams, and R.M. Rochefort. 2014. Amphibians in the climate vise: loss and restoration of resilience of montane wetland ecosystems in the western US. Frontiers in Ecology and the Environment 12:232–240.

Sarr, D.A. 2002. Riparian livestock exclosure research in the western United States: a critique and some recommendations. Environmental Management 30:516–526.

Sauer, J.R., W.A. Link, J.E. Fallon, K.L. Pardieck, and D.J. Ziolieck Jr. 2013. The North American breeding bird survey 1966–2011: summary analysis and species accounts. North American Fauna 79:1–32.

Saunders, W.C., and K.D. Fausch. 2007. Improved grazing management increases terrestrial invertebrate inputs that feed trout in Wyoming rangeland streams. Transactions of the American Fisheries Society 136:1216–1230.

Saunders, W.C., and K.D. Fausch. 2012. Grazing management influences the subsidy of terrestrial prey to trout in central Rocky Mountain streams (USA). Freshwater Biology 57:1512–1529.

Schindler, D.E., R.A. Knapp, and P.R. Leavitt. 2001. Alteration of nutrient cycles and algal production resulting from fish introductions into mountain lakes. Ecosystems 4:308–321.

Schmutzer, A.C., M.J. Gray, E.C. Burton, and D.L. Miller. 2008. Impacts of cattle on amphibian larvae and the aquatic environment. Freshwater Biology 53:2613–2625.

Schneider, P., S.J. Hook, R.G. Radocinski, G.K. Corlett, G.C. Hulley, S.G. Schladow, and T.E. Steissberg. 2009. Satellite observations indicate rapid warming trend for lakes in California and Nevada. Geophysical Research Letters 36:L22402. 6 pp.

Schulz, T.T., and W.C. Leininger. 1990. Differences in riparian vegetation structure between grazed and ungrazed areas and exclosures. Journal of Range Management 43:295–299.

Secretarial Order No. 3336. 2015. Rangeland Fire Prevention, Management and Restoration. The Secretary of the Interior. Washington. January 5, 2015. 5pp.

Settele, J., R. Scholes, R. Betts, S. Bunn, P. Leadley, D. Nepstad, J.T. Overpeck, and M.A. Taboada. 2014. Terrestrial and inland water systems. Pages 271–359 in C.B. Field, V.R. Barros, D.J. Dokken, K.J. Mach, M.D. Mastrandrea, T.E. Bilir, M. Chatterjee, K.L. Ebi, Y.O. Estrada, R.C. Genova, B. Girma, E.S. Kissel, A.N. Levy, S. MacCracken, P.R. Mastrandrea, and L.L. White (editors), Climate Change 2014: Impacts, Adaptation, and Vulnerability. Part A: Global and Sectoral Aspects. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, United Kingdom and New York, New York, USA.

Sherman, C.K. and M.L. Morton. 1993. Population declines of Yosemite toads in the eastern Sierra Nevada of California. Journal of Herpetology 27:186–198.

Shovlain, A.M., D.H. Olson, G.M. Riegel, and W.J. Ripple. 2005. Oregon spotted frog (*Rana pretiosa*) habitat use and herbage (or biomass) removal of grazing at Jack Creek, Klamath County, Oregon. M.S. Thesis, Oregon State University, Corvallis, Oregon. 29 pp.

Sierra Nevada Ecosystem Project (SNEP). 1996. Sierra Nevada Ecosystem Project, final report to Congress. Volume I, Assessment Summaries and Management Strategies, Centers for water and Wildland Resources, Report No. 36, University of California, Davis, California. Cooperative report of the PSW Research Station, PSW Region, USDA, for the Sierra Nevada Framework Project, Sacramento, California.

William Dunkelberger                                        File No. 2017-F-0083

Smith, M.A., J.D. Rodgers, J.L. Dodd, and Q.D. Skinner. 1992. Habitat selection by cattle along an ephemeral channel. Journal of Range Management 45:385–390.

Sparling, D.W. 2010. Water quality criteria for amphibians. Pages 105–120 in C.K. Dodd Jr. (editor), Amphibian ecology and conservation: a handbook of techniques. Oxford University Press, New York.

Stabler, F. 1985. Increasing summer flow in small streams through management of riparian areas and adjacent vegetation: a synthesis. Pages 310–314 in R.R. Johnson, C.D. Ziebell, D.R. Patton, P.F. Ffolliott, and R.H. Hamre (technical coordinators), Riparian ecosystems and their management: reconciling conflicting uses. First North American Riparian Conference. General Technical Report GTR–RM–120. Fort Collins, Colorado: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station. 523 pp.

Stebbins, R.C. 1985. A field guide to western reptiles and amphibians. Houghton Mifflin. Boston.

Stephens, M.R. 2001. Phylogeography of the *Bufo boreas* (Anura, Bufonidae) species complex and the biogeography of California. MS Thesis, Sonoma State University. 62 pp.

Stephens, S.L., and N.G. Sugihara. 2006. Fire management and policy since European settlement. Pages 431–443 in N.G. Sugihara, J.W. Van Wagtendonk, J. Fites-Kaufman, K.E. Shaffer, and A.E. Thode (editors), Fire in California Ecosystems. University of California Press, Berkeley, California.

Stewart, I.T., D.R. Cayan, and D.M. Dettinger. 2005. Changes toward earlier streamflow timing across the western North America. Journal of Climate 18:1136–1155.

Storch, R.L. 1979. Livestock/streamside management programs in eastern Oregon. Pages 56–59 in O.B. Cope (editor), Proceedings of the Forum - Grazing and riparian/stream ecosystems; November 3–4, 1978. Denver, Colorado. Trout Unlimited, Vienna, Virginia. 94 pp.

Strand, M., and R.W. Merritt. 1999. Impacts of livestock grazing activities on stream insect communities and the riverine environment. American Entomologist 45:13–29.

U.S. Department of Agriculture and U.S. Department of Interior. 1999. Utilization studies and residual measurements. Interagency Technical Reference BLM/RS/ST-96/004+1730. Bureau of Land Management, National Business Center, Denver, Colorado. 139 pp + appendices.

U.S. Fish and Wildlife Service (Service). 2014. Endangered and threatened wildlife and plants: Endangered status for the Sierra Nevada yellow-legged frog and the northern distinct population segment of the mountain yellow-legged, and threatened status for the Yosemite toad; Final Rule. Federal Register 79:24256–24310. April 29, 2014.

William Dunkelberger                                      File No. 2017-F-0083

U.S. Fish and Wildlife Service (Service). 2015. Endangered and threatened wildlife and plants: 90-Day Findings on 25 petitions. Federal Register 80:56423–56432. September 18, 2015.

U.S. Fish and Wildlife Service (Service). 2016. Endangered and threatened wildlife and plants: Designation of critical habitat for the Sierra Nevada yellow-legged frog, the northern distinct population segment of the mountain yellow-legged, and the Yosemite toad; Final Rule. Federal Register 81:59046–59119. August 26, 2016.

U.S. Fish and Wildlife Service (Service) and National Oceanic and Atmospheric Administration. 2016. Interagency Cooperation–Endangered Species Act of 1973, as Amended; Definition of Destruction or Adverse Modification of Critical Habitat. Federal Register 81:7214–7226. February 11, 2016.

U.S. Forest Service (USFS). 1986. Toiyabe National Forest Land and Resource Management Plan. Toiyabe National Forest, Sparks, Nevada. 316 pp.

U.S. Forest Service (USFS). 2001a. Sierra Nevada Forest Plan Amendment Final Environmental Impact Statement. Pacific Southwest Region, Vallejo, California. January 2001.

U.S. Forest Service (USFS). 2001b. Sierra Nevada Forest Plan Amendment Final Environmental Impact Statement Record of Decision. Pacific Southwest Region, Vallejo, California. January 2001. 55 pp. + appendicies.

U.S. Forest Service (USFS). 2004. Sierra Nevada Forest Plan Amendment Final Supplemental Environmental Impact Statement Record of Decision. Pacific Southwest Region, Vallejo, California. January 2004. 72 pp.

U.S. Forest Service (USFS). 2005a. Forest Service Manual (FSM) 2200. Range Management. National Headquarters, Washington, DC.

U.S. Forest Service (USFS). 2005b. Forest Service Handbook (FSH) Intermountain Region, Amendment Number 2209.21-2005-1. Rangeland Ecosystem Analysis and Monitoring Handbook. Ogden, Utah. 22 pp.

U.S. Forest Service (USFS). 2016a. Greater Sage-grouse Bi-State Distinct Population Segment Forest Plan Record of Decision. Humboldt-Toiyabe National Forest, Sparks, Nevada. May 2016. 35 pp. + attachments.

U.S. Forest Service (USFS). 2016b. Biological Assessment: Effects from continued Rangeland Program Management on Sierra Nevada yellow-legged frog, Yosemite toad, and their designated Critical Habitat. Humboldt-Toiyabe National Forest, Sparks, Nevada. November 30, 2016. 116 pp. + appendices.

William Dunkelberger                                    File No. 2017-F-0083

U.S. Forest Service (USFS), CDFW, NPS, and USFWS. 2014. Mountain yellow-legged frog Conservation Assessment for the Sierra Nevada Mountains of California, USA. Brown, C. M.P. Hayes, G.A. Green, and D.C. Macfarlane (Technical Coordinators). July, 2014. 138 pp.

U.S. Forest Service (USFS), CDFW, NPS, and USFWS. 2015. Yosemite Toad Conservation Assessment. Brown, C. M.P. Hayes, G.A. Green, D.C. Macfarlane, and A.J. Lind (Technical Coordinators). January, 2015. 122 pp.

Valentine, J.F. 2001. Grazing management (second edition). Academic Press, San Diego, California. 659 pp.

Van de Water, K., and M. North. 2010. Fire history of coniferous riparian forests in the Sierra Nevada. Forest Ecology and Management 260:384–395.

Van Velson, R. 1979. Effects of livestock grazing upon rainbow trout in Otter Creek, Nebraska. Pages 53–55 in O.B. Cope (editor), Proceedings of the Forum - Grazing and riparian/stream ecosystems; November 3–4, 1978. Denver, Colorado. Trout Unlimited, Vienna, Virginia. 94 pp.

Van Wagtendonk, J.W., and J. Fites-Kaufman. 2006. Sierra Nevada bioregion. Pages 264–294 in N.G. Sugihara, J.W. Van Wagtendonk, J. Fites-Kaufman, K.E. Shaffer, and A.E. Thode (editors), Fire in California Ecosystems. University of California Press, Berkeley, California.

Vankat, J.L., and J. Major. 1978. Vegetation changes in Sequoia National Park, California. Journal of Biogeography 5:377–402.

Vannote, R.L., G.W. Minshall, K.W. Cummins, J.R. Sedell, and C.E. Cushing. 1980. The river continuum concept. Canadian Journal of Fisheries and Aquatic Sciences 37:130–137.

Vavra, M., W.A. Laycock, and R.D. Pieper (editors). 1994. Ecological implications of livestock herbivory in the West. Society for Range Management. Denver, Colorado. 297 pp.

Viers, J.H., S.E. Purdy, R.A. Peek, A. Fryoff-Hung, N.R. Santos, J.V. Katz, J.D. Emmons, D.V. Dolan, and S.M. Yarnell. 2013. Montane meadows on the Sierra Nevada: changing hydroclimatic conditions and concepts for vulnerability assessment. Technical Report prepared for the National Fish and Wildlife Foundation and Resources Legacy Fund by the Center for Watershed Sciences, University of California. Davis, California. January 2013.

Vredenburg, V.T. 2004. Reversing introduced species effects: Experimental removal of introduced fish leads to rapid recovery of a declining frog. Proceedings of the National Academy of Sciences 101:7646–7650.

Vredenburg, V.T., and B.D. Wake. 2007. Global declines of amphibians. Encyclopedia of Biodiversity 2007:1–9.

Vredenburg, V.T., R.A. Knapp, T.S. Tunstall, and C.J. Briggs. 2010. Dynamics of an emerging disease drive large-scale amphibian population extinctions. Proceedings of the National Academy of Sciences 107:9689–9694.

Webb, B.W., D.M. Hannah, R.D. Moore, L.E. Brown, and F. Nobilis. 2008. Recent advances in stream and river temperature research. Hydrological Processes 22:902–918.

Weber, C., C. Nilsson, L. Lind, K.T. Alfredsen, and L. Polvi. 2013. Winter disturbances and riverine fish in temperate and cold regions. BioScience 63:199–210.

Wehner, M., D.R. Easterling; J.H. Lawrimore, R.R. Heim Jr., R.S. Vose, and B.D. Santer. 2011. Projections of future drought in the continental United States and Mexico. Journal of Hydrometeorology 12:1359–1377.

Weixelman, D., D.C. Zamudio, and K.A. Zamudio. 1999. Eastern Sierra Nevada Riparian Field Guide. U.S. Department of Agriculture, U.S. Forest Service, Intermountain Region R4-ECOL-99-01. Humboldt-Toiyabe National Forest, Sparks, Nevada.

Weixelman, D., and G. Bakker. 2005. USFS Region 5 range monitoring project 2004 report. Adaptive Management Services, U.S. Forest Service, Nevada City, California. 36 pp.

Weldon, C., L.H. du Preez, A.D. Hyatt, R. Muller, and R. Speare. 2004. Origin of the amphibian chytrid fungus. Emerging Infectious Diseases 10:2100–2105.

Westerman, A.G., W. van der Schalie, S.L. Levine, B. Palmer, D. Shank, and R.G. Stahl. 2003. Linking stressors with potential effects on amphibian populations. Pages 73–109 in G.L. Linder, S.K. Krest, and D.W. Sparling (editors), Amphibian decline: an integrated analysis of multiple stressor effects. Pensacola, Florida, USA: Society of Environmental Toxicology and Chemistry.

Wood, P.J., and P.D. Armitage. 1997. Biological effects of fine sediment in the lotic environment. Environmental Management 21:203–217.

Wyman, S., D. Bailey, M. Borman, S. Cote, J. Eisner, W. Elmore, B. Leinard, S. Leonard, F. Reed, S. Swanson, L. Van Riper, T. Westfall, R. Wiley, and A. Winward. 2006. Riparian area management: grazing management processes and strategies for riparian-wetland areas. Technical Reference 1737-20. BLM/ST/ST–06/002+1737. Department of the Interior, Bureau of Land Management, National Science and Technology Center, Denver, Colorado. 105 pp.

Zaimes, G.N., R.C. Schultz, and T.M. Isenhart. 2004. Streambank erosion adjacent to riparian forest buffers, rowcrop fields, and continuously-grazed pastures along Bear Creek in central Iowa. Journal of Soil and Water Conservation 59:19–27.

William Dunkelberger                                          File No. 2017-F-0083

## APPENDIX 1: TOIYABE NATIONAL FOREST PLAN

**Standards and Guidelines**

**RANGE MANAGEMENT**
1.      Coordinate trailing activities with adjacent National Forest and/or BLM allotments (Forest Plan (FP) p. IV-26).
2.      Maintain range administration improvements at a level sufficient to meet the purpose of the project and for the life of the project (FP p. IV-26).
3.      Consolidate administration responsibilities where Forest lands are adjacent to public lands (FP p. IV-26).
4.      Develop allotment management plans for all active range allotments and wild free-roaming horse and burro territories (FP p. IV-26).
6.      Ensure that water developments and other range improvements meet wildlife needs (FP p. IV-26).
7.      Where feasible, locate all range improvements away from travel corridors, especially trails, popular fisheries, and other water courses. When not feasible to separate the uses, incorporate design and landscape management principles to mitigate visual impacts in accordance with the Visual Landscape Handbook (FP p. IV-26).
10.     Describe ecological sites, develop SCORE cards to rate ecological status and resource values, and define management strategies for rangeland management (FP p. IV-26).
11.     Utilize Toiyabe National Forest range suitability standards (FP p. IV-26).
12.     Strive to achieve or maintain a minimum of 60 percent ground cover on upland rangelands with the exceptions of low sagebrush types, Wyoming big sagebrush types, crested wheatgrass seeding, pinyon/juniper types, and south facing sagebrush types on granitic slopes of the Sierra Nevada (FP p. IV-26).
13.     Minimize recreation-range conflicts through Allotment Management Plan (FP p. IV-26).
14.     Conduct monitoring and evaluation in accordance with FSH 2209.21, Range Environmental Analysis Handbook, and the Nevada Rangeland Monitoring Handbook (FP p. IV-26).
15.     Achieve or maintain rangeland in satisfactory condition which is defined as: (1) having a resource value rating (RVR) of 50 or above for vegetation or other features; or (2) being in a mid-succession or higher class of ecological status; and (3) having a stable or upward trend in soil and vegetation.

NOTE:   Criteria for RVR of vegetation include species, growth form, foliage type, forage value, proper use factor, production, cover, density, frequency, abundance, or other. The criteria used depend upon the particular use or benefit of highest importance of the site or area. For example, status of soil and vegetation on a watershed may be the most important resource value; or the production of browse on key deer winter range; or vegetative cover along stream; or plant diversity as related to scenic beauty (FP p. IV-26, 27).

16.     Ensure that permittees maintain structural improvements in accordance with grazing permits (FP p. IV-27).

William Dunkelberger                                    File No. 2017-F-0083

17.  Update allotment and territory management plans that are not consistent with the Forest Plan, following the schedule found in Chapter V (FP p. IV-27).

18.  Complete range analysis, including inventory and evaluation, following Regional standards and the schedule set by the Forest Supervisor (FP p. IV-27).

19.  Develop allotment management plan in consultation with all parties involved, including permittee(s), state, or other federal agencies, and any other organizations or individuals (FP p. IV-27).

20.  Each allotment management plan shall present administrative and management requirements of the specific range allotment or wild free-roaming horse or burro territory. Each plan will contain sections on objectives, actions, monitoring, and evaluation.

   A.  The action section will include seasons of use, number of livestock permitted, the grazing system, schedule of range rehabilitation, and schedules for initiating and maintaining range improvements. Schedules are to include priorities, responsibilities, and planned completion dates. The action section must also include a statement of actions required to allow for other uses and resources, and for resolving conflicts.

   B.  The monitoring and evaluation section will address actual use by livestock, production and utilization, ecological, status and trends, and permittee compliance with management requirements (FP p. IV-27).

21.  Implement non-continuous use management systems on all livestock grazing allotments. When feasible, use a rest rotation system when significant range is in unsatisfactory condition (FP p. IV-27).

22.  Prepare an annual operating plan for each grazing allotment. The annual operating plan is the action plan that implements management decisions during the current year. Annual operating plans should be mutually developed by the District Ranger and permittee. The annual operating plan will consist of a narrative and graphics.

   A.  The narrative will include, where applicable:

      1.  Clear and definite instructions concerning management of livestock while on the allotment. This should include the schedule for each unit to be grazed, expected amount of time each unit will be grazed, allowable forage, utilization, how the livestock will be moved from unit to unit, and standards for livestock removal from the allotment.

      2.  Range improvement maintenance responsibility for the current year, when the maintenance will be accomplished, and the maintenance standards to be attained.

      3.  A list of range improvement projects to be started or completed during the current year.

      4.  Any necessary instructions concerning trailing and/or trucking livestock to and/or the allotment.

      5.  Special instructions on camp sanitation and fire prevention responsibilities of the permittee.

      6.  Multiple-use coordination requirements with which the permittee is expected to comply, including animal control practices and compliance with endangered and threatened species requirements.

William Dunkelberger                                    File No. 2017-F-0083

      B.     The graphic section should include:
          1.     A map showing allotment and management unit boundaries, range improvements, closed areas, and special management situations.
          2.     Acceptable forms for recording actual use, losses, improvement maintenance, and other management data (FP p. IV-27, 28).

23.     Involve livestock permittees, other federal and state agencies, and interested parties in the development of allotment and territory management plans. Utilize the Coordinated Resource Management and Planning Process (CRMP) as appropriate (FP p. IV-28).

25.     Forage Utilization Standards described below are to be used as maximum standards for the development of proper use criteria. Design of management systems will include the specific utilization standards to be applied. These standards should be applied based on utilization of key plant species by key area. Soil disturbance may also be used to determine proper use and is often the best measure of proper use on sheep ranges and on granitic slopes (FP p. IV-28).

### TABLE IV-6 MAXIMUM FORAGE UTILIZATION STANDARDS (IV-29)

| Management System | Vegetation Type | Maximum percent Utilization By Key Species | | | |
| --- | --- | --- | --- | --- | --- |
| | | GRASS OR FORB | | SHRUB | |
| Season Long | | Conditions Class | | Conditions Class | |
| | | Unsatisfactory | Satisfactory | Unsatisfactory | Satisfactory |
| | Aspen Sagebrush, Mountain brush and grassland | 40% | 45% | 30% | 40% |
| | Riparian | 45% | 55% | 20% | 30% |
| | Alpine | 30% | 40% | 20% | 30% |
| Rest or Deferred | Sagebrush, Mountain brush and grassland, Aspen | 45% | 55% | 40% | 50% |
| | Riparian | 55% | 65% | 25% | 35% |
| | Alpine | 40% | 45% | 25% | 35% |

26.     Proper use criteria will be established, in writing, for each unit of each crazing allotment. Proper use criteria are a mandatory part of each allotment management plan. Long-term trend studies are also mandatory to determine if proper use criteria are correct and to determine what is occurring in regard to range condition. Proper use criteria will be developed through ID team input. It is necessary that criteria be based on the factor that becomes critical first - the limiting factor. In some range units or pastures, it may be necessary to establish more than one set of proper use criteria. This is especially true where riparian areas are involved. Establishing proper use criteria requires ID team involvement. Proper use criteria define the permissible grazing level in the range unit or pasture. The following standards must be observed when identifying limiting factors and proper use criteria:

William Dunkelberger                                      File No. 2017-F-0083

A.   Soil and vegetation are the basic resources. The condition of these two resources must be maintained or improved. If they are in satisfactory condition, then they must be maintained in this condition. If they are in less than satisfactory condition, then allowance must be made for improvement in condition. Any use causing a downtrend condition of these two resources should be modified or elimination whether caused by livestock, wildlife or any other use.

B.   After requirements for the soil and vegetative resources have been provided, the other resources, such as livestock grazing, wildlife, and aesthetics, can be considered. This is the point where the ID team is involved.

Trampling of soils by grazing animals may result in either soil displacement or soil compaction. This effect of grazing may become a limiting factor before the maximum allowed utilization of the key plant species is reached. In this situation, the amount of soil displacement or compaction will determine the limit of allowable grazing use rather than utilization of key species. Proper use guides based on soil displacement should generally be as follows: On steeper slopes and on loose sandy soils, evidence of trampling should not exceed 10 percent (light) as determined within sample plots. Usually trampling can be tolerated on slopes less than five percent and on slopes up 11 to 30 percent with heavier textured soils. Certain stream bank zones may be an exception. Soil compaction is detrimental on heavy soils, particularly if they are wet. Meadows are most susceptible to compaction. Proper use is defined as moderate compaction or less (FP p. IV-30).

27.   Allow no livestock grazing two grazing seasons after prescribed or natural fires and plantings or seedings (FP p. IV- 30).

28.   Complete livestock adjustments needed to obtain an acceptable balance between available livestock forage and livestock numbers and season of use (FP p. IV-30).

30.   Allow livestock conversions based on resource needs, capability, and management objectives and not solely based on the desires of the livestock

A.   Conversions will be made in accordance with a management plan, and current range analysis, and if the necessary range improvement structures are in place.

B.   When conversions are made mainly for convenience of the permittee, the range improvement structures necessary to complete the conversion will be financed and constructed by the permittee. Construction will be in accordance with Forest Service standards (FP p. IV-31).

## SOIL AND WATER

1.   For purposes of carrying out portions of the State Water Quality Management Plan pertaining to activities on the Forest:

A.   Meet responsibilities in the Management Agency Agreement between the State Water Resource Control Board, State of California, and the Forest Service, dated April 1, 1981.

B.   Meet responsibilities in the Memorandum of Understanding between the Forest Service and the Division of Environmental Protection, Nevada Department of Conservation and National Resources (FP p. IV-40).

William Dunkelberger                                      File No. 2017-F-0083

3.  Implement "Best Management Practices" for protection and improvement of water quality and soil productivity as described in Water Quality Management for National Forest System Lands in California and the state of Nevada non-designated area water quality management plan "Handbook of Best Management Practices" (FP p. IV-40).
4.  Meet or exceed state water quality standards as found in California's "North Lahontan Basin Water Quality Control Plan" and the "The State of Nevada Water Pollution Control Regulations" (FP p. IV-40).
6.  Soil disturbing activities will not exceed estimated soil loss tolerance limits Forest-wide (300 lbs/acre/year for granitic and 500 lbs/acre/year for other soils). Exceptions may occur on specific sites where maintenance of soil productivity is not feasible (*e.g.*, construction projects) or where research or administration studies demonstrate more accurate tolerance limits. The modified Universal Soil Loss Equation, the R1/R4 Sediment Yield Model, or other appropriate methodologies will be used to evaluate soil loss differences between project alternatives (FP p. IV-40).
7.  Conduct Order II Soil Survey or field verified Order III Soil Survey on significant site disturbing or vegetative manipulation projects and on rangeland benchmarks (FP p. IV-41).

**RIPARIAN AREAS**
1.  All standards and guidelines listed for soil, water, and range management applies to riparian areas (FP p. IV-42).
2.  Recognize the importance and distinctive values of riparian areas when implementing management activities. Give preferential consideration to riparian area-dependent resources over other resources in cases of unsolvable conflicts (FP p. IV-42).
3.  Delineate and evaluate riparian area prior to implementing any project activity (FP p. IV-42).
4.  Design range and wildlife habitat improvement projects and/or silvicultural prescriptions in riparian areas to benefit riparian area dependent resources (FP p. IV- 42).
5.  Manage riparian areas to achieve or maintain a medium or high ecological status (FP p. IV-42).
6.  Give priority to range, wildlife habitat, and watershed improvement projects that will rehabilitate riparian areas that cannot be restored in a timely manner by other management techniques. Use fencing for protection of riparian areas only where no other viable alternative exists (FP p. IV-42).
7.  On streams where Lahontan cutthroat and Paiute cutthroat trout are present or scheduled for introduction, the riparian areas should be maintained or improved to a "good" or "excellent" resource value rating for fisheries (FP p. IV-42).
8.  Maintain or improve the Biotic Condition Index (BCI) on 95 percent of the streams to a minimum standard of 85 BCI (FP p. IV-42.)
10. Strive to achieve and maintain at least 90 percent of natural bank stability for streams supporting Lahontan or Paiute cutthroat trout, and 80 percent on all other streams (FP p. IV-42).
11. Locate salt and sheep bedgrounds outside riparian areas (FP p. IV-42.)
12. Place new livestock water developments outside riparian areas (FP p. IV-42).

William Dunkelberger                                    File No. 2017-F-0083

13.  Move inventoried water developments out of riparian areas when and where feasible (FP p. IV-42).

15.  Avoid direct and indirect support of floodplain development and new construction in wetlands wherever there is a practical alternative (FP p. IV-43).

16.  Capitalize on opportunities to resolve and preserve the natural and beneficial values served by floodplain and to preserve, enhance, and manage the natural and beneficial values of wetlands (FP p. IV-43).

**WILDLIFE AND FISH**

4.  Manage ecosystems containing sensitive plant and animal and threatened and endangered animal populations to maintain or increase these populations and to achieve recovery (FP p. IV-49).

5.  Coordinate management practices which may affect threatened and endangered animal species with the US Fish and Wildlife Service, and California and Nevada state wildlife agencies (FP p. IV-50).

7.  Apply grazing management system aimed at improving key habitat for big game animals and fisheries. As a maximum, browse utilization by livestock or wild horse on key winter ranges will not exceed 30 percent on those areas prior to big game use (FP p. IV-50).

8.  Minimize disturbing activities (grazing, timber, mining, etc.) on key mule deer habitat (*e.g.*, fawning areas, winter rage, riparian areas, holding areas, migration corridors) (FP p. IV-50).

9.  Manage habitats of wolverine, Mount Lyell salamander, yellow warbler, and other wildlife species that may have declining populations or narrow habitat requirements, to assure viable populations at reasonable distributions. Encourage surveys and other data gathering activities for these species (FP p. IV-50).

12.  Manage aspen stands at a midsuccession or higher ecological status with emphasis on improving age-class structure (FP p. IV-50).

15.  Perform field inventories to identify habitat occupied the threatened and endangered species. Determine habitat needs and management strategies (FP p. IV-50).

113

William Dunkelberger                                    File No. 2017-F-0083

**APPENDIX 2. 2004 SIERRA NEVADA FOREST PLAN AMENDMENT**

**AQUATIC MANAGEMENT STRATEGY GOALS**

Water Quality: Maintain and restore water quality to meet goals of the Clean Water Act and Safe Drinking Water Act, providing water that is fishable, swimmable, and suitable for drinking after normal treatment (SNFPA 2004 ROD p. 32).

Species Viability: Maintain and restore habitat to support viable populations of native and desired non-native plant, invertebrate, and vertebrate riparian-dependent species. Prevent new introductions of invasive species. Where invasive species are adversely affecting the viability of native species, work cooperatively with appropriate State and Federal wildlife agencies to reduce impacts to native populations (SNFPA 2004 ROD p. 32).

Plant and Animal Community Diversity: Maintain and restore the species composition and structural diversity of plant and animal communities in riparian areas, wetlands, and meadows to provide desired habitats and ecological functions (SNFPA 2004 ROD p. 32).

Special Habitats: Maintain and restore the distribution and health of biotic communities in special aquatic habitats (such as springs, seeps, vernal pools, fens, bogs, and marshes) to perpetuate their unique functions and biological diversity (SNFPA 2004 ROD p. 32).

Watershed Connectivity: Maintain and restore spatial and temporal connectivity for aquatic and riparian species within and between watersheds to provide physically, chemically and biologically unobstructed movement for their survival, migration and reproduction (SNFPA 2004 ROD p. 32).

Floodplains and Water Tables: Maintain and restore the connections of floodplains, channels, and water tables to distribute flood flows and sustain diverse habitats (SNFPA 2004 ROD p. 32).

Watershed Condition: Maintain and restore soils with favorable infiltration characteristics and diverse vegetative cover to absorb and filter precipitation and to sustain favorable conditions of stream flows (SNFPA 2004 ROD p. 32).

Streamflow Patterns and Sediment Regimes: Maintain and restore in-stream flows sufficient to sustain desired conditions of riparian, aquatic, wetland, and meadow habitats and keep sediment regimes as close as possible to those with which aquatic and riparian biota evolved (SNFPA 2004 ROD p. 33).

Stream Banks and Shorelines: Maintain and restore the physical structure and condition of stream banks and shorelines to minimize erosion and sustain desired habitat diversity (SNFPA 2004 ROD p. 33).

William Dunkelberger

File No. 2017-F-0083

## STRATEGY AND OBJECTIVES

The aquatic, riparian, and meadow ecosystem strategy includes the following key elements:

- a description of the desired conditions for aquatic, riparian, and meadows habitats developed from AMS goals (see following under Riparian Conservation Areas and Critical Aquatic Refuges);

- a set of land allocations, specifically riparian conservation areas and critical aquatic refuges, that delineate aquatic, riparian and meadow habitats, which are to be managed consistent with the following riparian conservation objectives (RCOs) and associated standards and guidelines (see below); and

- an adaptive management program that includes monitoring and research activities specifically aimed at assessing effects of management activities on the willow flycatcher and Yosemite toad.

Riparian Conservation Objective #1: Ensure that identified beneficial uses for the water body are adequately protected. Identify the specific beneficial uses for the project area, water quality goals from the Regional Basin Plan, and the manner in which the standards and guidelines will protect the beneficial uses (SNFPA 2004 ROD p. 33).

Riparian Conservation Objective #2: Maintain or restore: (1) the geomorphic and biological characteristics of special aquatic features, including lakes, meadows, bogs, fens, wetlands, vernal pools, springs; (2) streams, including in stream flows; and (3) hydrologic connectivity both within and between watersheds to provide for the habitat needs of aquatic-dependent species (SNFPA 2004 ROD p. 33).

Riparian Conservation Objective #3: Ensure a renewable supply of large down logs that: (1) can reach the stream channel and (2) provide suitable habitat within and adjacent to the RCA (SNFPA 2004 ROD p. 33).

Riparian Conservation Objective #4: Ensure that management activities, including fuels reduction actions, within RCAs and CARs enhance or maintain physical and biological characteristics associated with aquatic- and riparian-dependent species (SNFPA 2004 ROD p. 33).

Riparian Conservation Objective #5: Preserve, restore, or enhance special aquatic features, such as meadows, lakes, ponds, bogs, fens, and wetlands, to provide the ecological conditions and processes needed to recover or enhance the viability of species that rely on these areas (SNFPA 2004 ROD p. 33).

Riparian Conservation Objective #6: Identify and implement restoration actions to maintain, restore or enhance water quality and maintain, restore, or enhance habitat for riparian and aquatic species (SNFPA 2004 ROD p. 34).

William Dunkelberger                                    File No. 2017-F-0083

## LAND ALLOCATIONS AND DESIRED CONDITIONS

### Riparian Conservation Areas - Designation

Riparian conservation area (RCA) widths are described below. RCA widths shown below may be adjusted at the project level if a landscape analysis has been completed and a site-specific RCO analysis demonstrates a need for different widths (SNFPA 2004 ROD p. 42).

Perennial Streams: 300 feet on each side of the stream, measured from the bank full edge of the stream

Seasonally Flowing Streams (includes intermittent and ephemeral streams): 150 feet on each side of the stream, measured from the bank full edge of the stream

Streams in Inner Gorge [1]: top of inner gorge

Special Aquatic Features [2] or Perennial Streams with Riparian Conditions extending more than 150 feet from edge of streambank or Seasonally Flowing streams with riparian conditions extending more than 50 feet from edge of streambank: 300 feet from edge of feature or riparian vegetation, whichever width is greater

Other hydrological or topographic depressions without a defined channel: RCA width and protection measures determined through project level analysis.

### Riparian Conservation Areas - Desired Future Condition

Water quality meets the goals of the Clean Water Act and Safe Drinking Water Act; it is fishable, swimmable, and suitable for drinking after normal treatment (SNFPA 2004 ROD p. 42, 43).

Habitat supports viable populations of native and desired non-native plant, invertebrate, and vertebrate riparian and aquatic-dependent species (SNFPA 2004 ROD p. 42, 43).

New introductions of invasive species are prevented. Where invasive species are adversely affecting the viability of native species, the appropriate State and Federal wildlife agencies have reduced impacts to native populations (SNFPA 2004 ROD p. 42, 43).

Species composition and structural diversity of plant and animal communities in riparian areas, wetlands, and meadows provide desired habitat conditions and ecological functions (SNFPA 2004 ROD p. 42, 43).

The distribution and health of biotic communities in special aquatic habitats (such as springs, seeps, vernal pools, fens, bogs, and marshes) perpetuates their unique functions and biological diversity (SNFPA 2004 ROD p. 42, 43).

William Dunkelberger                                    File No. 2017-F-0083

Spatial and temporal connectivity for riparian and aquatic-dependent species within and between watersheds provides physically, chemically and biologically unobstructed movement for their survival, migration and reproduction (SNFPA 2004 ROD p. 42, 43).

The connections of floodplains, channels, and water tables distribute flood flows and sustain diverse habitats (SNFPA 2004 ROD p. 42, 43).

Soils with favorable infiltration characteristics and diverse vegetative cover absorb and filter precipitation and sustain favorable conditions of stream flows (SNFPA 2004 ROD p. 42, 43).

In-stream flows are sufficient to sustain desired conditions of riparian, aquatic, wetland, and meadow habitats and keep sediment regimes as close as possible to those with which aquatic and riparian biota evolved (SNFPA 2004 ROD p. 42, 43).

The physical structure and condition of stream banks and shorelines minimizes erosion and sustains desired habitat diversity (SNFPA 2004 ROD p. 42, 43).

The ecological status of meadow vegetation is late seral (50 percent or more of the relative cover of the herbaceous layer is late seral with high similarity to the potential natural community). A diversity of age classes of hardwood shrubs is present and regeneration is occurring (SNFPA 2004 ROD p. 42, 43).

Meadows are hydrologically functional. Sites of accelerated erosion, such as gullies and headcuts are stabilized or recovering. Vegetation roots occur throughout the available soil profile. Meadows with perennial and intermittent streams have the following characteristics: (1) stream energy from high flows is dissipated, reducing erosion and improving water quality, (2) streams filter sediment and capture bedload, aiding floodplain development, (3) meadow conditions enhance floodwater retention and groundwater recharge, and (4) root masses stabilize stream banks against cutting action (SNFPA 2004 ROD p. 42, 43).

**Critical Aquatic Refuges - Designation**

Critical aquatic refuges (CARs) are subwatersheds, generally ranging between 10,000 to 40,000 acres, with some as small 500 acres and some as large as 100,000 acres, that contain either (SNFPA 2004 ROD p. 43):

  • known locations of threatened, endangered, or sensitive species,

  • highly vulnerable populations of native plant or animal species, or

  • localized populations of rare native aquatic- or riparian-dependent plant or animal species.

Critical aquatic refuges are shown on maps in Volume 4, Appendix I of the SNFPA FEIS (January 2001), beginning on page I-53. The boundaries of CARs may be refined during landscape analysis based on the findings from conservation assessments or verification of the presence and condition of habitat for threatened, endangered, and sensitive species. Additional CARs may be added by individual national forests.

William Dunkelberger                                    File No. 2017-F-0083

## Critical Aquatic Refuges - Desired Future Condition

Critical aquatic refuges provide habitat for native fish, amphibian and aquatic invertebrate populations. Remnant plant and animal populations in aquatic communities are maintained and restored.

Streams in meadows, lower elevation grasslands, and hardwood ecosystems have vegetation and channel bank conditions that approach historic potential.

Water quality meets State stream standards.

## Standards and Guidelines that Apply to All Land Allocations

### #51

Grazing utilization in annual grasslands will maintain a minimum of 60 percent cover. Where grasslands are in satisfactory condition and annual precipitation is greater than 10 inches, manage for 700 pounds residual dry matter (RDM) per acre. Where grasslands are in satisfactory condition and annual precipitation is less than 10 inches, manage for 400 pounds RDM per acre. Where grasslands are in unsatisfactory condition and annual precipitation is greater than 10 inches, manage for 1,000 pounds RDM per acre; manage for 700 pounds RDM per acre where grasslands are in unsatisfactory condition and precipitation is less than 10 inches. Adjust these standards, as needed, based on grassland condition. This standard and guideline only applies to grazing utilization.

### #52

Where professional judgment and quantifiable measurements find that current practices are maintaining range in good to excellent condition, the grazing utilization standards above may be modified to allow for the Forest Service, in partnership with individual permittees, to rigorously test and evaluate alternative standards.

### #53

Exclude livestock from standing water and saturated soils in wet meadows and associated streams and springs occupied by Yosemite toads or identified as "essential habitat" in the conservation assessment for the Yosemite toad during the breeding and rearing season (through metamorphosis). Wet meadow habitat for Yosemite toads is defined as relatively open meadows with low to moderate amounts of woody vegetation that have standing water on June 1 or for more than 2 weeks following snow melt. Specific breeding and rearing season dates will be determined locally. If physical exclusion of livestock is impractical, then exclude grazing from the entire meadow. This standard does not apply to pack and saddle stock.

### #54

Exclusions in standard and guideline #53 above may be waived if an interdisciplinary team has developed a site-specific management plan to minimize impacts to the Yosemite toad and its habitat by managing the movement of stock around wet areas. Such plans are to include a requirement for systematically monitoring a sample of occupied Yosemite toad sites within the meadow to: (1) assess habitat conditions and (2) assess Yosemite toad occupancy and population

William Dunkelberger                                    File No. 2017-F-0083

dynamics. Every 3 years from the date of the plan, evaluate monitoring data. Modify or suspend grazing if Yosemite toad conservation is not being accomplished. Plans must be approved by the authorized officer and incorporated into all allotment plans and/or special use permits governing use within the occupied habitat.

#### #55

Complete one survey cycle in suitable habitat for the Yosemite toad within this species' historic range to determine presence of Yosemite toads.

### Standard and Guidelines for Riparian Conservation Areas and Critical Aquatic Refuges

#### #91

Designate riparian conservation area (RCA) widths as described in Part B of this appendix. The RCA widths displayed in Part B may be adjusted at the project level if a landscape analysis has been completed and a site-specific RCO analysis demonstrates a need for different widths.

#### #92

Evaluate new proposed management activities within CARs and RCAs during environmental analysis to determine consistency with the riparian conservation objectives at the project level and the AMS goals for the landscape. Ensure that appropriate mitigation measures are enacted to (1) minimize the risk of activity-related sediment entering aquatic systems and (2) minimize impacts to habitat for aquatic- or riparian-dependent plant and animal species.

#### #93

Identify existing uses and activities in CARs and RCAs during landscape analysis. At the time of permit reissuance, evaluate and consider actions needed for consistency with RCOs.

#### #94

As part of project-level analysis, conduct peer reviews for projects that propose ground-disturbing activities in more than 25 percent of the RCA or more than 15 percent of a CAR.

### Standards and Guidelines Associated with RCO #1

#### #95

For waters designated as "Water Quality Limited" (Clean Water Act Section 303(d)), participate in the development of Total Maximum Daily Loads (TMDLs) and TMDL Implementation Plans. Execute applicable elements of completed TMDL Implementation Plans.

#### #96

Ensure that management activities do not adversely affect water temperatures necessary for local aquatic- and riparian-dependent species assemblages.

#### #97

Limit pesticide applications to cases where project level analysis indicates that pesticide applications are consistent with riparian conservation objectives.

William Dunkelberger

File No. 2017-F-0083

**#98**

Within 500 feet of known occupied sites for the California red-legged frog, Cascades frog, Yosemite toad, foothill yellow-legged frog, mountain yellow-legged frog, and northern leopard frog, design pesticide applications to avoid adverse effects to individuals and their habitats.

**#99**

Prohibit storage of fuels and other toxic materials within RCAs and CARs except at designated administrative sites and sites covered by a Special Use Authorization. Prohibit refueling within RCAs and CARs unless there are no other alternatives. Ensure that spill plans are reviewed and up-to-date.

**Standards and Guidelines Associated with RCO #2**

**#102**

Prior to activities that could adversely affect streams, determine if relevant stream characteristics are within the range of natural variability. If characteristics are outside the range of natural variability, implement mitigation measures and short-term restoration actions needed to prevent further declines or cause an upward trend in conditions. Evaluate required long-term restoration actions and implement them according to their status among other restoration needs.

**#103**

Prevent disturbance to streambanks and natural lake and pond shorelines caused by resource activities (*e.g.*, livestock, off-highway vehicles, and dispersed recreation) from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines. Disturbance includes bank sloughing, chiseling, trampling, and other means of exposing bare soil or cutting plant roots. This standard does not apply to developed recreation sites, sites authorized under Special Use Permits and designated off-highway vehicle routes.

**#104**

In stream reaches occupied by, or identified as "essential habitat" in the conservation assessment for, the Lahontan and Paiute cutthroat trout and the Little Kern golden trout, limit streambank disturbance from livestock to 10 percent of the occupied or "essential habitat" stream reach (Conservation assessments are described in the record of decision). Cooperate with State and Federal agencies to develop streambank disturbance standards for threatened, endangered, and sensitive species. Use the regional streambank assessment protocol. Implement corrective action where disturbance limits have been exceeded.

**#105**

At either the landscape or project-scale, determine if the age class, structural diversity, composition, and cover of riparian vegetation are within the range of natural variability for the vegetative community. If conditions are outside the range of natural variability, consider implementing mitigation and/or restoration actions that will result in an upward trend. Actions could include restoration of aspen or other riparian vegetation where conifer encroachment is identified as a problem.

William Dunkelberger                                   File No. 2017-F-0083

## Standards and Guidelines Associated with RCO #3

### #108

Determine if the level of coarse large woody debris (CWD) is within the range of natural variability in terms of frequency and distribution and is sufficient to sustain stream channel physical complexity and stability. Ensure proposed management activities move conditions toward the range of natural variability.

## Standards and Guidelines Associated with RCO #4

### #116

Identify roads, trails, OHV trails and staging areas, developed recreation sites, dispersed campgrounds, special use permits, grazing permits, and day use sites during landscape analysis. Identify conditions that degrade water quality or habitat for aquatic and riparian-dependent species. At the project level, evaluate and consider actions to ensure consistency with standards and guidelines or desired conditions.

## Standards and Guidelines Associated with RCO #5

### #117

Assess the hydrologic function of meadow habitats and other special aquatic features during range management analysis. Ensure that characteristics of special features are, at a minimum, at Proper Functioning Condition, as defined in the appropriate Technical Reports (or their successor publications): (1) "Process for Assessing PFC" TR 1737-9 (1993), "PFC for Lotic Areas" USDI TR 1737-15 (1998) or (2) "PFC for Lentic Riparian-Wetland Areas" USDI TR 1737-11 (1994).

### #118

Prohibit or mitigate ground-disturbing activities that adversely affect hydrologic processes that maintain water flow, water quality, or water temperature critical to sustaining bog and fen ecosystems and plant species that depend on these ecosystems. During project analysis, survey, map, and develop measures to protect bogs and fens from such activities as trampling by livestock, pack stock, humans, and wheeled vehicles. Criteria for defining bogs and fens include, but are not limited to, presence of: (1) sphagnum moss (Spagnum spp.), (2) mosses belonging to the genus Meessia, and (3) sundew (Drosera spp.) Complete initial plant inventories of bogs and fens within active grazing allotments prior to re-issuing permits.

### #119

Locate new facilities for gathering livestock and pack stock outside of meadows and riparian conservation areas. During project-level planning, evaluate and consider relocating existing livestock facilities outside of meadows and riparian areas. Prior to re-issuing grazing permits, assess the compatibility of livestock management facilities located in riparian conservation areas with riparian conservation objectives.

William Dunkelberger

File No. 2017-F-0083

**#120**
Under season-long grazing:
Range Management
- For meadows in early seral status: limit livestock utilization of grass and grass-like plants to 30 percent (or minimum 6-inch stubble height).
- For meadows in late seral status: limit livestock utilization of grass and grass-like plants to a maximum of 40 percent (or minimum 4-inch stubble height).

Determine ecological status on all key areas monitored for grazing utilization prior to establishing utilization levels. Use Regional ecological scorecards and range plant list in regional range handbooks to determine ecological status. Analyze meadow ecological status every 3 to 5 years. If meadow ecological status is determined to be moving in a downward trend, modify or suspend grazing. Include ecological status data in a spatially explicit Geographical Information System database. Under intensive grazing systems (such as rest-rotation and deferred rotation) where meadows are receiving a period of rest, utilization levels can be higher than the levels described above if the meadow is maintained in late seral status and meadow-associated species are not being impacted. Degraded meadows (such as those in early seral status with greater than 10 percent of the meadow area in bare soil and active erosion) require total rest from grazing until they have recovered and have moved to mid- or late seral status.

**#121**
Limit browsing to no more than 20 percent of the annual leader growth of mature riparian shrubs and no more than 20 percent of individual seedlings. Remove livestock from any area of an allotment when browsing indicates a change in livestock preference from grazing herbaceous vegetation to browsing woody riparian vegetation.

**Standards and Guidelines Associated with RCO #6**

**#122**
Recommend restoration practices in: (1) areas with compaction in excess of soil quality standards, (2) areas with lowered water tables, or (3) areas that are either actively down cutting or that have historic gullies. Identify other management practices, for example, road building, recreational use, grazing, and timber harvests that may be contributing to the observed degradation.

William Dunkelberger                                    File No. 2017-F-0083

**Appendix 3**

**Greater Sage-grouse Bi-state Distinct Population Segment Forest Plan Amendment**

**Table ROD-1. Standards and guidelines**

| All Activities | Selected Standards and Guidelines |
|---|---|
| | AA-S-01: Project proposals shall include best management practices (BMPs) for each resource as appropriate to restore, conserve, and enhance bi-state DPS and its habitat. |
| | AA-S-04: Habitat restoration projects shall meet one or more of the following habitat needs: Promote the maintenance of large, intact sagebrush communities; limit the expansion or dominance of invasive species, including cheatgrass; maintain or improve soil site stability, hydrologic function, and biological integrity; and enhance the native plant community. |
| | AA-S-05: Subject to valid existing rights, require buffers, timing limitations, or offsite habitat restoration for new or renewed disturbance actions to mitigate potential long term impacts. |
| | AA-S-06: Require site-specific project mitigation to insure no permanent net loss of habitat due to project disturbance. |
| | AA-S-08: Subject to valid and existing rights, do not install tall structures that could serve as predator perches or decrease the use of an area within 4 miles of an active or pending lek |
| | AA-S-09: Do not authorize/install new fences unless necessary for safety or environmental protection reasons. If fences must be installed, they should be at least 1.2 miles from active and pending leks, and, should be let-down fences when not needed for the purpose of their installation. |
| **Range: Permitting** | RP-S-01: Grazing permits, annual operating instructions, or other appropriate mechanism for livestock management shall include terms, conditions, and direction to move toward or maintain bi-state DPS habitat desired conditions. |
| | RP-G-01: In bi-state DPS habitat, consider closure of grazing allotments, pastures, or portions of pastures, or managing the allotment as a forage reserve as consistent with maintaining sage-grouse habitat based on desired conditions as opportunities arise under applicable regulations, where removal of livestock grazing would enhance the ability to achieve desired bi-state DPS habitat conditions (table 1a or 1b). |
| **Range: Utilization Standards** | RU-S-01: Manage livestock grazing to maintain residual cover of herbaceous vegetation so as to reduce predation during breeding/nesting season (March 1 to June 30 critical disturbance period dates may shift 2 weeks back or forward in atypically dry or |

William Dunkelberger                                        File No. 2017-F-0083

| | | | |
|---|---|---|---|
| | wet years based on observations of breeding/nesting activity). | | |
| | **RU-S-02: Manage livestock grazing in accordance with the utilization standards in this table.** | | |
| | **Community Type** | **Percent Utilization of Key Species** | **Terms and Conditions** |
| | Mountain Big Sagebrush | <45% herbaceous species; <35% shrub species | Livestock removed in 5 days of reaching utilization level |
| | Wyoming and Basin Big Sagebrush | <35% herbaceous species; <35% shrub species | Livestock removed in 5 days of reaching utilization level |
| | Black Sagebrush | <35% herbaceous species; <35% shrub species | Livestock removed in 5 days of reaching utilization level |
| | Riparian and Wet Meadows | <50% herbaceous species; <35% woody species (current year's growth); or average stubble height of at least 4−6 inches (depending on site capability and potential) for herbaceous riparian vegetation | Average stubble height 4−6 inches: Livestock removed in 5 days of reaching utilization level based on site; or (sequential action) no grazing from May 15−August 30 in broodrearing habitat |
| **Range: Improvements (All)** | RI-S-01: Any new structural range improvements and location of supplements (salt or protein blocks) shall not retard the conservation, enhancement, or restoration of bi-state DPS habitat. | | |
| | RI-S-02: Salting or supplemental feeding stations shall not be located within 2 miles of an active lek and 0.6 miles from riparian areas. | | |
| **Range: Improvements** | RI-S-03: Water developments (tanks/troughs) shall be drained when not in use, unless they are needed by other species, so they do not | | |

William Dunkelberger                                    File No. 2017-F-0083

| **(Water)** | create a breeding habitat for mosquitos that carry diseases such as West Nile Virus. |
| --- | --- |
| | RI-S-04: Wildlife escape ramps shall be installed and maintained in water troughs or open water facilities with vertical embankments that pose a drowning risk to birds. |
| | RI-S-05: Water developments at springs and seeps shall be maintained to preserve the continuity of predevelopment riparian areas. Modifications to the developments shall be neutral or beneficial to the bi-state DPS. |
| | RI-S-06: Livestock watering and handling facilities (corrals, chutes, dipping vats, etc.) or sheep bedding grounds shall not be located within 2 miles of an active lek and 0.6 miles from riparian areas. |
| | RI-G-01: Authorize new water development for diversion from spring or seep only when habitat would benefit from the development. The intent of this guideline is to move toward desired habitat conditions when restoring habitat or mitigating disturbance. |

William Dunkelberger

File No. 2017-F-0083

**Appendix 4.** Maps of allotments with currently occupied habitat or designated critical habitat for the Sierra Nevada yellow-legged frog or Yosemite toad.



Figure 4A. Distribution of occupied, critical habitat and suitable habitat for SNYLF on the Piute Allotment.

William Dunkelberger

File No. 2017-F-0083



Figure 4B. Distribution of occupied, critical habitat and suitable habitat for YT on the Piute Allotment.



Figure 4C. Red polygon represents area on the allotment were grazing primarily occurs on the Piute Allotment. Also depicted is the Research and Natural Area (RNA) which is located in the lower right hand corner of the map.

William Dunkelberger                                    File No. 2017-F-0083



Figure 4D. Distribution of suitable habitat for SNYLF on the Sardine Allotment.



Figure 4E. Distribution of occupied, critical habitat and suitable habitat for YT on the Sardine Allotment. Note the avoidance area in the Levitt, Koenig, and Latopie Lakes area.

William Dunkelberger

File No. 2017-F-0083



Figure 4F. Distribution of occupied, critical habitat and suitable habitat for SNYLF on the Silver Creek Allotment.

William Dunkelberger                                   File No. 2017-F-0083



Figure 4G. Distribution of suitable habitat for YT on the Silver Creek Allotment.

William Dunkelberger                                                    File No. 2017-F-0083



Figure 4H. Bedding locations for sheep on the Silver Creek Allotment.

William Dunkelberger                                    File No. 2017-F-0083



Figure 4I. Distribution of suitable habitat for SNYLF on the Poison Creek Allotment.

William Dunkelberger                                          File No. 2017-F-0083



Figure 4J. Distribution of occupied and suitable habitat for YT on the Poison Creek Allotment.

William Dunkelberger                                          File No. 2017-F-0083



Figure 4K. Trailing route on the Poison Creek Allotment.



Figure 4L. Figure 13. Trailing route on the Poison Allotment continued.

William Dunkelberger                                    File No. 2017-F-0083



Figure 4M. Distribution of occupied, critical habitat and suitable habitat for SNYLF on the
Noble Canyon Allotment.



Figure 4N. Distribution of occupied, critical habitat and suitable habitat for YT on the Noble Canyon Allotment.

William Dunkelberger

File No. 2017-F-0083



Figure 4O. Distribution of suitable habitat for SNYLF on the Bull Canyon Allotment.

William Dunkelberger                                      File No. 2017-F-0083



Figure 4P. Distribution of critical habitat and suitable habitat for YT on the Bull Canyon Allotment.

William Dunkelberger

File No. 2017-F-0083



Figure 4Q. Distribution of suitable habitat for SNYLF on the Murray Canyon Allotment.

William Dunkelberger

File No. 2017-F-0083



Figure 4R. Distribution of critical habitat and suitable habitat for YT on the Murray Canyon Allotment.

William Dunkelberger                                      File No. 2017-F-0083

**Appendix 5**. Grazing systems being implemented on each allotment.

| Allotment | Kind | System | Map | Comments |
|---|---|---|---|---|
| Piute (b) | Sheep | Once over hearding[1] | General use area map in BA | The allotment is grazed by up to 1000 ewe/lamb pairs from 8/1-10/31 not to exceed 1500 sheep head months. Grazing is deferred until after 8/1. Grazing is not allowed in the RNA and much of the southwest portion of the allotment is not grazed. Sheep are actively grazed along the eastern edge of critical habitat on the West Walker River, upstream of Cascade Creek to Tower Canyon. |
| Sardine (b) | Cow | Season long | Some avoidance areas map in BA | Grazing by 125 cow/calf pairs from 7/16-9/15. Within the allotment, use from livestock does not occur in the Levitt, Koenig, and Latopie Lakes area. |
| Noble Canyon (c) | Cow | Rest-rotation and Deferred (3 grazing units) | - | The allotment is grazed on a 3 unit rest-rotation schedule where 1 pasture is rested every 2 years. All 144c/c will not be on the allotment on or around 6/26 (permitted on date); approximately 30c/c pair enter the allotment on or around 6/26 with the remaining 114c/c entering around mid-July (Silver Mountain Unit and Noble Canyon Unit) or later (Raymond Meadows Unit). Livestock will graze until September 30 or until utilization has been met, whichever comes first.<br><br>According to the rest rotation schedule, for the 2017 grazing season the Silver Mountain and Raymond Meadows units will be grazed and the Noble Canyon unit will be rested. There is no habitat within the Silver Mountain Unit, so the permittee will be authorized to graze as permitted (June 26 on date). Approx. 30c/c pair will enter the unit on or around 6/26 with the remaining 114 c/c pair being split between the Silver Mountain Unit and Raymond Meadows Units on or around mid-July (Silver Mountain) and then end of July for Raymond Meadows.<br><br>When the Raymond Meadows Unit is grazed, cattle will be trailed to Raymond Meadows first on or around July 31st and then once meadows have dried out cattle will be able to disperse in small herds and allowed to graze the remainder of the unit (Sherrod Lake and Kinney Meadows areas). The off date is September 30th, or until utilization has been met, whichever comes first.<br><br>When the Noble Canyon Unit is grazed, livestock will be kept low in the canyon until on or around July 31st when the upper meadows around Noble Lake are dried out. At that time they will be pushed up to the meadows around Noble Lake and allowed to slowly make their way back down the canyon with an off date of September 30th, or until utilization has been met, whichever comes first.<br><br>Rest Rotation Schedule: for the 2018 season, the silver mountain unit will be rested. For the 2019 season, the Raymond meadows unit will be rested. For the 2020 season, the noble canyon unit will be rested. For the 2021 season, the silver mountain unit will be rested. The rest schedule will continue in that pattern. |
| Poison Creek (b) | Sheep | Once over herding[1] | Trailing route map in BA | Grazing up to 1025 head of sheep from 6/19-10/15. Within the allotment, sheep graze under the direction of the sheep herders and are not allowed to roam throughout the allotment. The sheep herder makes camp at specific locations for just a few days. The sheep are herded from the camp bed ground location in a different direction from camp each day so they only graze within a given area one time, they are herded to water long enough to drink. Sheep drink by kneeling at the edge of the water and only wade in water if forced to do so, and the sheep are moved by the sheepherder to bed grounds some distance from streams, stock ponds, of meadows the rest of the day. |
| Bull Canyon (c) | Cow | Deferred | - | Deferred rotation. 2 units, but the Silver Hill Unit does not contain any habitat.<br><br>Cows will be trailed to the Bull Lake Unit on or around July 30th - avoiding the Elder Creek drainage and Asa Lake areas until the meadows have dried |

William Dunkelberger                                          File No. 2017-F-0083

| | | | | |
|---|---|---|---|---|
| | | | | out. In recent years cattle have been entering the unit earlier in July and removed around August 15th, but with the later on date now due to critical habitat for YT, cattle will graze the unit until the permitted date of September 15th, or until utilization has been met, whichever comes first. Cattle trail back down the Wolf Creek drainage and finish out the season on private lands within Wolf Creek. |
| Murray Canyon (c) | Cow | Season long | - | 175c/c pairs from 8/1-8/30 (to 9/9) Murray Canyon Allotment ("Murray") will be operated in conjunction with the upper, or Gardner unit of the Highland Lakes Allotment (occupied toad sites on the Stanislaus NF). Cattle will not be permitted on the upper unit until 30 days after turnout. Cattle normally are gathered from the lower unit, and turned loose, in small herds each day as the gather progresses, at various locations on the upper unit. Most of the cattle will not stay on the Gardner unit, as historically has been done when they were gathered from the lower unit.  Instead, they will be moved, after a rest period to Murray. Up to 40 pairs will be allowed to remain on the Gardner unit.<br><br>The rest of the cattle will be driven to the Murray Canyon Allotment for approximately 30 to 40 days. Cattle are removed from the allotment before September 10 (assuming livestock on date of July 1).  The permittee then will start bringing the cattle from the Murray allotment back to the upper, Gardner unit of the Highland Lakes allotment.<br><br>Reference the Adaptive Management Plan for Yosemite Toad Conservation Highland Lakes Grazing Allotment Stanislaus National Forest, Calaveras RD together with the Murray Canyon Allotment on the Humboldt-Toiyabe National Forest. |
| Silver Creek (b) | Sheep | Once over herding[1] | Bedding area map in BA | Grazing with up to 1700 ewe/lamb pairs not to exceed 2700 sheep head months within the season of 6/15 to 10/31. Stream corridors on Silver Creek and Wolf Creek are alternately rested every other year. |
| Buckeye (b) | Cow | Season long | - | Grazing by 150 head of cattle from 6/22-9/11 an additional 45 head of cattle graze from 7/3-9/11. Use starts in unit 2, then to unit 3, then to unit 4 and unit 1 is utilized to gather and ship near the end of the season |
| Eagle Creek (b) | Cow | Rest rotation | - | Grazing by 150 head of cattle from 7/16-9/15 on a 4-year rest rotation, the entire allotment is rested once every four year. 2017 is a rest year for the allotment, the next scheduled rest year is 2021. |
| Little Walker (b) | Cow | Rest rotation on southern unit | - | Grazing by 528 head of cattle from 6/16-9/15. Use starts in the Sawmill, Wheeler and stockade units then moves to Long Valley and New Range, Willow Flat, Rickey and Dep Wash then moves to Mud Springs and McMillan. Cowcamp is used for short-term holding and sorting at the beginning and end of the season. Upper Molybdenite is rested every other year, use is usually late season, not to exceed 50 head months. |
| Lost Cannon (b) | Sheep | Once over herding[1] | - | Grazing by up to 735 ewe/lamb pairs from 5/20 to 6/15. Then by up to 725 ewe/lamb pairs from 9/16-922. Another band of 740 ewe/lamb pairs enters the allotment mid-September and spends 1-3 days trailing across the allotment. |
| Mill Canyon (b) | Sheep | Once over herding[1] | Trailing route map in BA | Grazing by up to 1025 ewe/lamb pairs from 6/1-6/25. Use begins at the north end of the allotment and works to the south near the end of the season. |
| Rickey (b) | Sheep | Once over herding[1] | Trailing route map in BA | Grazing by up to 900 ewe/lamb pairs. Use starts on the Labrosse Unit, a discontinuous allotment portion of the Rickey Allotment covered under File No. 2016-I-0344. Use on the Labrosse unit of the allotment is completed by 7/31 when sheep will trail to the Rickey Peak unit. Use on the Rickey Peak portion starts between 7/15 and 7/31 and ends on 9/30. |
| South Swauger (b) | Sheep | Once over herding[1] | - | Grazing by up to 1200 ewe/lamb pairs from 7/6 to 7/26. Then a second band of up to 1200 ewe/lamb pairs from 8/11 to 8/28.. |
| Wolf Creek (c) | Cow | Deferred/Season long | - | Deferred and season long. Livestock are trucked to the Wolf Creek Corrals on or around June 16th where they graze until they are split up into groups (usually 3, with the 3rd group going to Bull Canyon Allotment). 1 group stays on the private land until the end of September. 1 Group (90c/c pairs) trails to the Wolf Creek Allotment (FS lands) on or around June 16th, but in recent years we have pushed the date back to on or around July 1st. Cattle are sometimes trailed directly to the southern portion of the allotment (the tin house) and then allowed to disperse and move their way north down the canyon back towards the private land but are pushed back up on occasion; or they are brought to the first meadows in the northern portion and then |

145

William Dunkelberger                                   File No. 2017-F-0083

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | allowed to graze there until being pushed up the canyon (toward the tin house). Cattle are removed from the Wolf Creek Allotment by September 30th or once utilization has been met, whichever comes first. |
| Charity Valley (c) | Cow | Deferred (on/off Permit) 2 units- private land and then NFS lands | - | Deferred. On/Off Permit. Cattle enter NFS lands on or around July 15th. Cattle are turned loose in small herds in the Sawmill Creek area and allowed to disperse and graze NFS lands until October 15 when they are brought back to private land within Charity Valley. |
| Hope Valley (c) | Cow | Deferred (3 units) | - | Deferred Rotation. 3 grazing units; only the Scott's Lake Unit contains SNYLF and YT suitable habitat. Cattle (103 c/c pairs) usually enter the Scott's Lake Unit on or around June 26, they are turned loose in small herds and are allowed to graze until utilization is met, which is usually in mid to end of August; they are then gathered and brought back to the highway 89 corrals where they are split into two groups (51/c pairs and 52c/c pairs). 1 group is pushed to the Horsethief Meadows Units and the other to the Horse Meadows Unit where they graze until October 25 or until utilization has been met, whichever comes first. There is a 4th unit- the South Hope Valley pasture that is required to be rested until we complete NEPA on it. The Scott's Lake Unit dries out faster than the other 2 currently used units, which is why we utilize that side first. |

[1]Once over herding refers to sheep being herded to a bed ground and then herded in a different direction from the bed ground each day and then return to that bed ground for up to 5 nights in some cases. In that case the grazing is done in a spoke and wheel type configuration until utilization is met and the herd is moved to the next bed ground. When two bands are on the allotment together for an extended amount of time (more than a few days) the two bands are utilizing different portions of the allotment. When the band is authorized for only a few days the band is moving directly from bed ground to bed ground and it may be possible that they are traveling over ground that was already visited or will be visited by another band.