## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CALIFORNIA CATTLEMEN'S
ASSOCIATION, *et al.*,

             Plaintiffs,

    v.

UNITED STATES FISH & WILDLIFE
SERVICE, *et al.*,

             Defendants,
and

CENTER FOR BIOLOGICAL
DIVERSITY, *et al.*,

             Defendant-Intervenors.

CASE NO. 1:17-CV-01536-TNM

### DECLARATION OF SHERRI BRENNAN

I, SHERRI BRENNAN, declare:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. My husband Bob and I are owners of Brennan Ranch, a cattle ranch in Sonora, California. The Brennan family has been ranching for four generations under the "bar OB" brand. Bob and Sherri Brennan have been running Brennan Ranch for 30 years with the "quarter circle b" brand. Their adult children are the fifth generation on the ranch and currently operate under the family "bar OB" brand that was

registered in the 1870s. Brennan Ranch currently provides for four generations living on the Ranch. During the previous ten years, Brennan Ranch's annual receipts have never exceeded $750,000.

3.  Brennan Ranch has capacity for 550 adult animals and their associated offspring. The animals are primarily cattle with approximately 50 horses, bulls, and stallions. We operate on approximately 800 acres of privately owned ground and 3,600 acres of privately leased ground for 8 months of the year. During the summer months, we operate on three federal-land allotments, which cover approximately 60,000 acres, and associated private timber ground, which is approximately 3,000 acres.

4.  We have been members of the California Cattlemen's Association and California Farm Bureau for over 30 years. My knowledge about ranching and endangered species in and near our Ranch comes from more than 30 years of experience running our cattle operation; my interactions with the U.S. Forest Service; and my studies resulting in a Bachelor of Science Degree from California Polytechnic State University, San Luis Obispo.

5.  One of Brennan Ranch's permits, the Long Valley Eagle Meadow Allotment (Eagle Meadow Allotment), allows the Ranch to graze cattle in the Summit Ranger District of the Stanislaus National Forest. Attached to this declaration as Exhibit 1 (2016 Grazing Permit) and Exhibit 2 (2017 Grazing Permit), respectively, are true and accurate copies of the Annual Operating Instructions for the Eagle

Meadow Allotment for the 2016 and 2017 Grazing Seasons. We use this allotment for grazing our cattle between July 1 and September 30 of each year (Grazing Season).

6.      I am aware that the United State Fish and Wildlife Service designated certain land in California as critical habitat for the Yosemite Toad. I became aware of the proposed rule, *Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Sierra Nevada Yellow-Legged Frog, the Northern DPS of the Mountain Yellow-Legged Frog, and the Yosemite Toad,* 78 Fed. Reg. 24,516 (proposed Apr. 25, 2013), because some of the land within the Eagle Meadow Allotment is included within this proposed critical-habitat designation.

7.      Upon proposal of this designation, the Forest Service modified Brennan Ranch's grazing permit for the Eagle Meadow Allotment to protect the Yosemite Toad. Our Ranch has operated within these restrictions since the designation was proposed in April 2013.

8.      The critical-habitat designation was finalized in 2016 through the *Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Sierra Nevada Yellow-Legged Frog, the Northern DPS of the Mountain Yellow-Legged Frog, and the Yosemite Toad*, 81 Fed. Reg. 59,046 (Aug. 26, 2016) (the Final Rule).

9.      This designation has harmed Brennan Ranch by, among other things, restricting the Ranch's grazing practices. For example, during the Grazing Season, our cattle enter the Eagle Meadow Allotment in the front unit of the Niagara Unit, usually between June 15 and July 1, depending on range readiness, and they graze for approximately three-to-four weeks until utilization standards are met, after which

they are moved into the lower Eagles unit. "Utilization" refers to the maximum amount of forage (or plant material) permitted to be consumed by animals during a grazing period. The Annual Operating Instructions for the Eagle Meadow Allotment set forth a utilization standard, which a permittee may not exceed. For example, for 2016, the Forest Service permitted Brennan Ranch a 60% utilization, which means that the Ranch's cattle may consume no more than 60% of the forage in the Eagle Meadow Allotment. *See* Ex. 1, *2016 Grazing Permit*, III.B. To prevent over-utilization, the permittee is tasked with the obligation of monitoring the use throughout the season

10.     Before 2014, Brennan Ranch kept its cattle out of a portion of the Niagara Unit in the Eagle Meadow Allotment, called Shell Meadow, while the Yosemite Toad undergoes metamorphosis. Metamorphosis is the process through which the toads change from egg to tadpole to sub-adult. Metamorphosis usually occurs during the summer months, and from my experience, it lasts between seven and fourteen days. Typically, certain soil conditions must exist for the toad to begin its metamorphosis. It is my understanding that Shell Meadow has become of particular interest to wildlife managers because of the potential vulnerable state of the toad during its beginning stages of life. As a result, the Forest Service restricted Brennan Ranch's grazing patterns. *See* Ex. 1, *2016 Grazing Permit*, II.C.; Ex. 2, *2017 Grazing Permit*, II.E.5.

11.     Because of Brennan Ranch's successful management of the Eagle Meadow Allotment prior to 2017, the Forest Service granted Brennan Ranch 60%

utilization in all of the units. *See* Ex. 1, *2016 Grazing Permit*, III.B. 60% utilization allowed us to graze all 150 pair of cattle, comply with the utilization standards, and provide the time needed before moving the cattle into the next two units. The two units that the cattle move onto after the Niagara Unit contain Larkspur, a plant that is extremely poisonous to cattle during its blooming stage. Thus, we must wait until the plant has matured past the blooming stage before we can allow our cattle to move off the Niagara Unit. In 2017, as a result of the Final Rule's critical-habitat designation, the Forest Service changed the Eagle Meadow Allotment Permit and restricted our utilization. The permitted utilization dropped from 60% to 40% in the Niagara Unit, meaning the Ranch was restricted to graze 40% of the available forage, as opposed to the previously allowed 60%. Ex. 2, *2017 Grazing Permit*, II.E.1.

12.     This year, to avoid exceeding the 40% utilization in the Niagara Unit, the Ranch had to reduce its turnout numbers in the Niagara Unit from 150 cow/calf pairs to 120 cow/calf pairs. This means that Brennan Ranch has lost the ability to use feed on the Eagle Meadow Allotment for which it already paid. Further, and more importantly, the Ranch will also lose the feed that would have been available if it could put all 150 pair onto the rest of the Eagle Meadow Allotment. Instead, the Ranch now has to pay to feed the cattle that have been left at winter pasture. The extra cost of feeding the cattle at their winter pasture amounts to approximately $900 per month. We also incur additional costs associated with driving to Stanislaus County, where the winter pasture is located, to check on the well-being of these cattle and associated management activities.

13.     The Eagle Meadow Allotment is by far the most productive feed allotment that Brennan Ranch uses. Our calves have weighed (on average) approximately 50-to-75 pounds more than calves who feed off the other allotments. This additional weight equates to approximately $17,000-worth of increased pounds gained each year.

14.     Due to the numerous restrictions imposed by the 2017 Grazing Permit, we are required to physically fence off parts of the Eagle Meadow Allotment (the "Enclosures") to exclude cattle from Great Gray Owl Protected Activity Center, Willow Fly Catcher Limited Operating period, and Yosemite Toad breeding areas. Our Ranch puts up and takes down approximately eight miles of fence each year, including a ½-mile fence around Shell Meadow, part of the Yosemite Toad's habitat. Our cattle are kept out of the Shell Meadow Enclosure during the entire Grazing Season. This fencing blocks access to approximately 25 acres and prevents our cattle from grazing there.

15.     This fence is electrified and cannot stay up through the winter months. For this reason, the Ranch must put the fence up before cattle get to the allotment at the beginning of the Grazing Season, and take it back down once they leave at the end of the Grazing Season. The fence costs our Ranch approximately $350 in labor two times per year ($700 per year). Brennan Ranch will continue to incur these expenses as long as the Final Rule's designation remains in force.

16.     Brennan Ranch also incurs expenses in maintaining the electrified fencing, which is the target for vandalism and other tampering. Our ranch usually ends

up paying for a significant portion of fencing materials every year because parts of the fence end up stolen or damaged every year by recreationists and others using the public lands. We spend approximately $300 every year on fencing materials. Ex. 2, *2017 Grazing Permit*, II.D. The Ranch incurs additional expenses monitoring the fence throughout the Grazing Season. And it will be required to incur these expenses as long as the Final Rule is in place.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _____ day of _____, 2018 at _____, California.

SIGNED: _____

**SHERRI BRENNAN**

up pay ... ... parts of the fence end up stolen or damaged every year by recreationists and others using the public lands. We spend approximately $300 every year on fencing materials. Ex. 2, *2017 Grazing Permit*, II.D. The Ranch incurs additional expenses monitoring the fence throughout the Grazing Season. And it will be required to incur these expenses as long as the Final Rule is in place.

* * *

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of August, 2018 at Sonora, California.

SIGNED: *Sherri Brennan*
**SHERRI BRENNAN**

# EXHIBIT 1

**ANNUAL OPERATING INSTRUCTIONS**
**Robert and Sherrine Brennan**
**Long Valley - Eagle Meadow Allotment**

**2016 Grazing Season**

## I. INTRODUCTION

This document is the annual supplement to the Long Valley - Eagle Meadow term grazing permit and allotment management plan. This is a part of the term grazing permit. All the provisions of the term grazing permit and the applicable Standards and Guidelines of the Stanislaus Land and Resources Management Plan are in force for the Long Valley - Eagle Meadow.

## II. ALLOTMENT MANAGEMENT FOR 2016:

### A. Permitted Livestock Number and Season:

| Permitted Number | Actual Number | Kind/Class | Season of Use |
|---|---|---|---|
| 150 | 150 | Cattle: Cow/Calf | 7/01 – 9/30 |
| | | | |
| 5 | 5 | Horses | Free stock for administration |

### B. Livestock Count:

Cattle can be counted as they enter the allotment. The District Ranger may waive the count. The District should be notified at least one week prior to the dates the permittee plans to bring the cattle onto the allotment. A mutually agreed time and place should be arranged so that a Forest Service representative can count the livestock. Failure to contact the District range specialist at least one week in advance may result in schedule conflicts and a delay in releasing livestock.

Records of all livestock brought onto the allotment must be provided within one week after the entry. This applies to both stock brought onto the allotment by the permittees and those brought by commercial livestock haulers. Shipping tickets form livestock haulers must be provided within one week of entry. However, if cattle are counted by a Forest Service representative, these tickets and records may not be needed.

**C. Livestock Movements: Rotation #1**

The permittee will be responsable for range readiness before coming onto the Forest.  For the 2016 grazing season rotation #1 shall be implamented. On or about 07/01 start in the Niagara unit for an extended time to relieve some of the pressure on lower Eagles area and allow the Larkspur to mature past its potent stage at the higher elevations.  Then move the cattle to the Eagle unit and hold them there until utilization is met or about August 31.  On or about August 31 move the cattle onto the Long Valley Unit for two - three weeks, and then gather into the Eagle Meadow gathering pasture above the corrals from where they're Shipped off Forest by September 30.

All livestock movement dates are approximate and are subject to utilization standards and guidelines.

Sufficient riding must be done throughout the grazing season to keep forage use in riparian areas within allowable levels, ensure an even distribution, and prevent livestock drift off the allotment.

Any extensions of the grazing season must be requested in writing at least 15 days in advance of the off-date for approved by the District Ranger.  This is to allow time for allotment inspection, billing and receipt of payment.

Livestock are not allowed to stray out of their authorized area.  Any remaining livestock on the forest more than five days after the end of the season, without range staff authorization, will be billed for that use.

**D. Improvements:**

The permittee is responsible for maintaining all assigned improvements. During the grazing season fences must hold livestock and be in good repair. All fences, including boundary fences, must be up before the cattle are on the allotment.  If serious or repeated problems occur with an improvement, contact the District range specialist so that a along-term solution can be found.

Adjacent permittees are responsible for working together in maintaining, putting up, and taking down allotment boundary fences.  A permittee taking non-use is still responsible for maintaining the assigned allotment boundary fences.

Range improvements can be replaced when structures become so old that normal maintenance and repair will no longer make them functional.  Normally this will involve a 50-50 sharing of materials and labor between the permittee and the Forest Service.  Contact the District range specialist to arrange this.

The permittee will be allowed to use a non green-stickered all-terrain vehicle and trailer in the vicinity of fence lines, and to help facilitate the management of the allotment including placement of salt. This use will be from June 1st through October 31st.

**Existing Improvements:**

| NAME | LOCATION |
|---|---|
| Niagara allotment boundary fence | T5N, R19E, Sections 5 and 8, and T6N, R19E, |
| Highway Fence | Section 32, about 2.5 miles total |
| Niagara-Eagle division fence | T5N, R19E, Section 2, and T6N, R19E, |
| Rim Trail | Section 35, about 0.75 mile total |
| Long Valley-Eagle Meadow fence/cattleguard | T5N, R19E, Section 13, about 0.5 mile |
| Eagle Meadow pasture fence | T5N, R19E, Sections 14 and 24, about 1.25 miles total |
| Long Valley Creek division fence/cattleguard | T5N, R20E, Sections 17 and 18, about 1 mi. |
| Sardine division fence/cattleguard | T5N, R20E, Sections 4 and 5, about 1 mile |
| Haypress allotment boundary fence | T5N, R20E, Sections 4 and 9, about 0.75 mi. |
| Cabin and Barn at Martin's Cow Camp | T5N, R19E, Section 13 |
| Corral at Martin's Cow Camp | T5N, R19E, Section 13 |
| Upper Private Fence & Cattleguard | T5N R20E Sec 7 & 8 |

**Improvements for Habitat Protection**

a. Extension of the Long Valley-Eagle Meadow fence. Starting behind Cowden's cabin until it meets natural boundary at the rocks, about 1/4 mile.

b. Maintain electric fence around the "1 acre" vole habitat in Lower Eagle Meadow for Great Grey Owl.    Permittee will maintain the fence.

c. Maintain electric fence around the Yosemite Toad meadow in the Niagara Unit.  The Forest Service will provide supplies. Permittee will maintain the fence.

## III.  ALLOTMENT MONITORING:

**The permittee is invited to take part in all range monitoring activities on the allotment.**

**A.  Range Readiness:**    Date:  Mid-June  Location:  Niagara Unit

| Indicator Species: | Growth Stage: |
|---|---|
| | |
| *Carex sps* | In full flower |
| *Veratrum californicum*, (corn lily) | 24 inches or higher |
| *Achillea lanulosa*, ( Western yarrow) | 4 inches or higher |

Range readiness includes both vegetative readiness and sufficient drying of the soil to prevent trampling damage.  Soil is too wet if you can rub a clump into a 1/4 inch "wire" in your hand.

**B.  Forage Use Checks:**

Depending on the rotation for the year, forage utilization checks will be conducted at the following areas:  Unnamed meadow below Dome Rock, Barn Meadow, Lower Eagle Meadow, Eagle Meadow, Red Rock Meadow, Sardine Meadow, or Long Valley Creek.  Inspections will occur around September 30th and/or when the cattle leave the allotment.  To prevent over utilization, and to make adjustments in cattle use as needed, the permittee should monitor use throughout the season.   If other sites are selected, the permittee will be invited to participate in the selection process.  The utilization standard for this allotment is 60%.  This is based on the condition of the meadows (late seral condition and good trend), as well as the rest rotation system the permittee currently uses (either the Sardine Unit or the Long Valley Unit is not grazed each year).

**Locations:**                                                **Allowable use (height/weight method):**

**Niagara Unit:**                                            **60% Utilization for all locations.**
T6N, R19E, Section 10, SE 1/4
Section 2 Road 5N09
Section 26, SW 1/4
(meadow below dome rock)

 **Barn Meadow:**                                          **Measure either *Carex integra* or**
 T5N, R19E, Section 14 NW 1/4                     ***C. nebraskensis* depending on which**
                                                                       **species best represents the location.**

**Sardine Meadow:**
T5N, R20E, Section 4 SW ¼

**Long Valley Unit:**
T5N, R20E, SE 1/4 Section 5

Lower Eagle Meadow:
T5N, R19E, NW 1/4 Section 12

Eagle Meadow Unit:
T5N, R19E, Section 13

**Management Requirements:**

1. **Streambanks:**

   Prevent livestock disturbance to meadow associated stream banks from exceeding 20% of a stream reach.

2. **Riparian Shrubs**

   Limit browsing to no more than 20 percent of the annual leader growth of mature riparian shrubs and no more than 20 percent of individual seedlings.

   Remove Livestock from any area of an allotment when browsing indicates a change in livestock preference from grazing herbaceous vegetation to browsing woody riparian vegetation.

3. **Meadow and Streamside Management Zones:**

   Prevent disturbance to meadow associated stream banks, natural lake and pond shorelines caused by livestock from exceeding 20% of the stream reach or 20% of natural lake and pond shorelines.

4. **Yosemite Toad:**

   On the Long Valley/ Eagle Meadow Allotment the survey for Yosomite Toads is now complete. Yosomite Toads have been found in three locations.

| Pasture/Unit | Site Location | Exclusion Method | Date of Map |
|---|---|---|---|
| Niagara Unit | T5N R19E Sec 26 | Fence | 2002 |
| Niagara Unit | T5N R19E Sec 35 | Herding | 2002 |
| Long Valley Unit | T5N R20E Sec 22 | Herding | 2002 |

**Management Requirements:**

a. Exclude cattle and horses from standing water and saturated soils in wet meadows, associated streams, and springs occupied by Yosemite Toads during the breeding season (determined locally).

b. If fencing of habitat is impractical, then exclude grazing from the entire meadow until the meadow has been dry for two weeks. Wet meadows are defined as relatively open meadows with low to moderatel amounts of woody vegetation that have standing water on June 1st or for more than two weeks following snow melt.

c. If a meadow has standing water after June 1st for more than two weeks, allow grazing only in those portions of the meadow where dry conditions exist.

**Strategies for Meeting Management Requirements:**

a. Draw cattle away by avoiding placement of salt near Yosemite toad habitats.

b. Continue to update permittee on toad presence & habitat inventories

**Other Management Recommendation/Instructions:**

Extensions must be requested two weeks in advance of off date.

Shell – Restoration implemented last fall. Maintenance of the electric exclosure fence is especially important this year to allow for recovery of meadow vegetation. A separate electric fence will be installed by the permittee around the restoration project as a mitigation to double secure the project.

5. **Great Grey Owl:**

The Great Gray Owl Protected Activity Center (PAC) in Lower Eagle Creek Meadow, T5N, R19E, Section 12 will be managed through fencing and maintaining stubble height. A "2 acre" area that provides optimal vole habitat will have electric fence placed around it, provided by the Forest Service and maintained by the permittee. An electric fence was chosen because it allows for the use of no gates into the area and will be easier to maintain close to a heavily used trail and fishing stream. The permittee will be as responsive as possible when notified of cows within the fence. The rest of the meadow that is dry and heavily used by gophers will require a 5 inch cover height. This cover height shall determine when cattle are to be moved out of this area. There still exits uncontrolled public use in this site that causes management issues with fencing and allowable use standards.

6. **Willow Flycatcher:**

**Management Requirements:**

a. If Willow Flycatchers are present in a known habitat site, exclude grazing from the entire meadow for the entire grazing season.

b. If Willow Flycatchers are not present in a known habitat site, allow late season grazing only (after August 15.)

c. If Willow Flycatchers are present in an emphasis habitat site, allow late season grazing only (after August 15.)

**Strategies recommended for Meeting Management Requirements:**

a. Monitor late season utilization on willows and meadow with permittee to assure standards are met.

b. Avoid placement of salt near Willow Flycatcher habitats.

c. Use herding as a management strategy.

## IV.  BILLING:

Payment of grazing fees must be received before the scheduled grazing start-date, regardless of any delays in this date.  Failure to pay on time causes a penalty to be assessed and interest charges to be added to the bill.  Permission to graze may be cancelled until the bill is paid.

Please make payments to "USDA Forest Service", and send then with the bill for collection to:

**USDA FOREST SERVICE**
**P.O. Box  894183**
**Los Angeles, CA   90189-4183**

## V. OTHER:

**A.  Salting** - Salt and supplemental feeds will be placed in lightly used areas and at least one quarter mile from riparian areas, other water sources, and livestock concentration points.

**B.  Dead Livestock** - As soon as possible, dead animals must be taken at least 100 feet from streams or lakes and out of sight of trails, roads, and campgrounds.

**C.  Age of Calves** - Forest Service regulations require that any calf over 6 months old at time of entry onto the allotment count as and be billed as an adult.

**D.  Private Lands** - The permittees are responsible for keeping their livestock off private land unless they have permission of the landowner to graze.  The Forest Service permit only applies to National Forest land and land waived to the Forest Service for grazing.

**E. Noxious and Invasive Weed Prevention -** Certified weed-free hay for horses and pack stock is highly recommended on the National Forest.

**F. Pesticides -** Application of pesticides to livestock in riparian conservation areas (RCA) and critical aquatic refuges (CAR) is prohibited.

## VI. TELEPHONE CONTACT:

| | | |
|---|---|---|
| 1. | Pat Boyer, District Range Contact | 586-3234 ext 647 |
| 2. | Susan Forbes, Forest Range Specialist | 523-3671 ext 236 |
| 3. | Adam Rich, Resource Management PAL | 965-3434 ext. 5366 |
| 4. | Molly Fuller, District Ranger (Summit) | 965-3434 ext. 5317 |
| 5. | Bob & Sherrie Brennan | Cell # 661-6419 |
| | | Home # 532-4225 |

## SIGNATURES AND DATES:

_____          _____

Permittee                                                                    Date


_____          _____

District Ranger                                                             Date

# EXHIBIT 2

# ANNUAL OPERATING INSTRUCTIONS
Eagle Meadow Allotment
2017 Grazing Season

## I.   INTRODUCTION

These instructions are the annual supplement to the term grazing permit (permit number 16-53-61A) and allotment management plan for the Eagle Meadow allotment. This document is a part of the term grazing permit. The permittee is responsible for following these annual operating instructions and all other terms and conditions included in the term grazing permit, which incorporates the standards and guidelines ("S&Gs") in the Stanislaus National Forest Forest Plan Direction ("Forest Plan Direction"), addressed in Section II.E., below.

## II.   ALLOTMENT MANAGEMENT FOR 2017

### A. Livestock Numbers and Season:

| *Allotment* | *Number* | *Kind/Class* | *Season of Use* |
|---|---|---|---|
| Eagle Meadow | 150 | Cow/Calf | 07/01 - 09/30 |
| Eagle Meadow | 5 | Horses | 07/01 - 09/30 |

Season of use is subject to change based on resource conditions. The Forest Service will notify the permittee in a timely manner if any changes in these dates (e.g., due to range readiness) will be necessary.

### B. Livestock Count:

Permittee must allow Forest Service range staff to count cattle as they enter the allotment unless the District Ranger waives the count. Permittee must notify range staff at least one week prior to the date(s) the permittee plans to bring cattle onto the allotment. A mutually agreed time and place will be arranged so that a Forest Service representative can count the livestock. Failure to contact the range specialist at least one week in advance may result in schedule conflicts and/or a delay in releasing livestock.

If the District Ranger waives the livestock count, the permittee must provide records of all livestock brought onto the allotment within one week after the entry. This applies to both stock brought onto the allotment by the permittees and those brought by commercial livestock haulers. Shipping tickets form livestock haulers must be provided within one week of entry.

### C. Livestock Movements:

All livestock movement dates are approximate and are subject to applicable Forest Plan Direction S&Gs.

Eagle Meadow Allotment

Cattle enter the allotment in the Niagara unit. When Forest Plan standards and guidelines are approached or met in the Niagara unit, cattle are moved to higher elevation units. In 2017, Rotation #2 is implemented. Two fences in the higher elevation units were removed (not by Forest Service or permittees) in 2016, which will make rotation through these units difficult. Until the fence is reconstructed, in years when Rotation #2 is implemented, please cattle herd away from the Long Valley unit. Also, monitor utilization levels to ensure they are met, and move

livestock if standards are approached. Towards the end of the season, cattle are moved to the Long Valley unit for two to three weeks before they are gathered into the Eagle Meadow gathering pasture. Cattle remain in the gathering pasture for one to two weeks.

### General Guidelines

Riding and herding are necessary to keep cattle distributed according to available feed and to maintain proper range standards established by the Stanislaus National Forest. Sufficient riding must be done throughout the grazing season to keep forage use in riparian areas within allowable levels, ensure an even distribution, break up livestock concentration and prevent livestock drift off the allotment. Livestock should not stray from their authorized area onto private land or other allotments. If this should happen, the permittee will be notified and is expected to round up the cattle and return them to the allotment.

As the end of the grazing season approaches, the permittee is to make a diligent effort to gather and remove his livestock from the range by the off-date. Permittee must remove livestock earlier if the District range specialist notifies the permittee that allowable use in all available pastures has been reached. The off-date is the date when all livestock must be off the allotment. **Any extensions of the grazing season must be requested in writing at least 15 days in advance of the off-date.** This is to allow time for allotment inspection, billing and receipt of payment. The permittee will be billed at the unauthorized use rate for any livestock remaining on the forest more than five days after the end of the season without prior range staff authorization. Repeated or willful unauthorized use outside of the grazing season or outside allotment boundaries will be cause for action to be taken against the term permit.

### D. Improvements:

The permittee is responsible for maintaining all assigned improvements before and throughout the grazing season, so that each improvement is fully functioning and in good repair. Adjacent permittees are responsible for working together in maintaining, putting up, and taking down allotment boundary fence. Permittees taking non-use are still responsible for maintaining assigned allotment boundary fences. If serious or repeated problems occur with an improvement, contact range staff and work cooperatively to find a long-term solution. The following improvements will be maintained to Forest Service standards throughout the grazing season:

| Number | Type | Name | Location |
|--------|------|------|----------|
| 7151A | Fence | Niagara Allotment Boundary Fence | T6N, R19E, Sec. 32; T5N, R19E, Secs. 5 & 8 |
| 7151B | Fence | Niagara-Eagle Division Fence | T5N, R19E, Sections 2 & 35 |
| 7151D | Fence | Eagle Meadow Pasture Fence | T5N, R19E, Sections 13 & 24 |
| 7151DD | Fence | Long Valley Drift Fence* | T5N, R20E, Sections 7 & 8 |
| 7151E | Fence | Long Valley Creek Division Fence | T5N, R20E, Sections 17 & 18 |
| 7151G | Fence | Haypress Allotment Boundary Fence | T5N, R20E, Sections 4 & 9 |
| 7151H | Fence | Enclosure Fence | T5N, R20E, Section 17 |
| 7151HH | Fence | Division fence East of Martin's Cow Camp | T5N, R20E, Sections 7, 8, & 18 |
| 7151K | Fence | Private Land Enclosure Fence | T5N, R20E, Section 17 |
| 7151L | Fence | Lower Eagle Meadow | T5N, R19E, Section 12 |
| 7151FF | Cattleguard | First cattleguard on Road 5N01 | T5N, R19E, Section 13 |
| 7151GG | Cattleguard | Second cattleguard on Road 5N01 | T5N, R19E, Section 13 |
| 7151I | Cattleguard | Cattleguard on 5N04 | T6N, R19E, Section 32 |
| 7151J | Cattleguard | Cattleguard at Sardine Meadow | T5N, R20E, Section 5 |

| 7934A | Cabin | Cabin at Martin's Cow Camp | T5N, R19E, Section 13 |
| 7934B | Corral | Corral at Martin's Cow Camp | T5N, R19E, Section 13 |
| 7934C | Barn | Barn at Martin's Cow Camp | T5N, R19E, Section 13 |

When structures are so old that normal maintenance and repair will no longer make them functional, work with range staff to schedule replacement. Normally this will involve a 50-50 sharing of costs between the permittee and the Forest Service.

**Use of an ATV on NFS lands is permitted on roads, trails or along fence lines in the allotment for maintenance, salting or other management duties.**

### E. Management Requirements/Standards and Guidelines

The following management requirements are required by the Forest Plan Direction and the 2014 Programmatic Biological Opinion on Nine Forest Programs on Nine National Forests in the Sierra Nevada of California for the Endangered Sierra Nevada Yellow-legged Frog, Endangered Northern Distinct Population Segment of the Mountain Yellow-legged Frog, and Threatened Yosemite Toad ("2014 Programmatic BiOp")[1] and 2015 site-specific appendage to the 2014 Programmatic BiOp covering grazing on the Bell Meadow allotment[2] issued by the U.S. Fish and Wildlife Service. These management requirements are intended to prevent long term degradation of rangeland and riparian resources and protect listed and sensitive species. As addressed in Section III below, Forest Service range personnel will conduct allotment inspections each year to monitor consistency with the permit terms and conditions and applicable management requirements.

1. **Meadows/Forage Grasses:**

   - Meadows: For meadows in late seral status: limit livestock utilization of grass and grass-like plants to a maximum of 40 percent (or minimum 4-inch stubble height). For meadows in early seral status: limit livestock utilization of grass and grass-like plants to 30 percent (or minimum 6-inch stubble height). See S&G 120 (Forest Plan Direction p. 191; 2014 Programmatic BiOp Appendix A). Note: there are no meadows in early-seral status on this allotment.

2. **Riparian Shrubs & Other Browse:**

   - Limit browsing to no more than 20 percent of the annual leader growth of mature riparian shrubs and no more than 20 percent of individual seedlings. Remove livestock from any area of an allotment when browsing indicates a change in livestock preference from grazing herbaceous vegetation to browsing woody riparian vegetation. See S&G 121 (Forest Plan Direction p. 191; 2014 Programmatic BiOp Appendix A).

---

[1] U.S. Fish and Wildlife Service, "Programmatic Biological Opinion on Nine Forest Programs on Nine National Forests in the Sierra Nevada of California for the Endangered Sierra Nevada Yellow-legged Frog, Endangered Northern Distinct Population Segment of the Mountain Yellow-legged Frog, and Threatened Yosemite Toad," (Dec. 19, 2014).

[2] U.S. Fish and Wildlife Service, "Appendage of Projects in Seven Forest Programs in Nine National Forests in the Sierra Nevada to the Programmatic Biological Opinion for the Endangered Sierra Nevada Yellow-legged frog, Endangered Northern Distinct Population Segment of the Mountain Yellow-legged Frog, and the Threatened Yosemite Toad" (Feb. 17, 2015).

- To protect hardwood regeneration, allow livestock to browse on no more than 20 percent of annual growth of hardwood seedlings and advanced regeneration.  See S&G 50 (Forest Plan Direction p. 50).

**3.   Streambank Disturbance:**

- Prevent disturbance to streambanks and natural lake and pond shorelines caused by livestock from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines. Disturbance includes bank sloughing, chiseling, trampling, and other means of exposing bare soil or cutting plant roots.  See S&G 103 (Forest Plan Direction p. 189; 2014 Programmatic BiOp Appendix A).

**4.  Special Aquatic Features**

Minimize livestock trampling in identified springs, seeps and fens within the allotment. See S&G 118 (Forest Plan Direction p. 191; 2014 Programmatic BiOp Appendix A).

**5.  Yosemite Toad:**

S&G 53 provides: Exclude livestock from standing water and saturated soils in wet meadows and associated streams and springs occupied by Yosemite toads or identified as 'essential habitat' in the conservation assessment for the Yosemite toad during the breeding and rearing season (through metamorphosis). Yosemite Toad breeding habitat on the Eagle Meadow allotment is managed according to the attached Site Specific Management Plan, which is intended to minimize impacts to the Yosemite toad and its habitat by managing the movement of stock around wet areas.

**6.  Great Gray Owl:**

The Great Gray Owl Protected Activity Center (PAC) in Lower Eagle Meadow will be managed to provide for Great Gray Owl habitat. An approximately 2 acre area that provides optimal vole habitat will have electric fence placed around it, provided by the Forest Service and maintained by the permittee The permittee will be as responsive as possible when notified of problems with the fence or cattle inside the fenced area. The unfenced drier part of the meadow requires a 5 inch cover height, which shall determine when cattle should be moved out of this area.  There still exits uncontrolled public use in this site that causes management issues with fencing and allowable use standards.

**7.  Other Management Considerations:**

Shell Meadow Restoration – A small electric exclosure fence may be installed around the disturbed area to facilitate recovery of meadow vegetation. The larger electric exclosure fence still needs to be maintained by the permittee, and shoul dbe up prior to turnout.

## III.  ALLOTMENT MONITORING

The permittee is invited to take part in all range monitoring activities on the allotment.

### F.  Range Readiness:

Range readiness includes both vegetative readiness and sufficient drying of the soil to prevent trampling damage.  Plant species and soils are checked for the characteristics listed below at the specified locations:

| Locations: | Species: | Indicators: |
|---|---|---|
| Niagara Unit | Carex sps. | In full flower |
| | Veratrum californicum, CornLily | 24 inches or taller |
| | Achillea lanulosa, Western yarrow | 4 inches or taller |

### G. Forage Use Checks:

The permittee is responsible for monitoring forage use and for ensuring that grazing does not exceed the standards and guidelines listed in Part 3 of the Term Grazing Permit. The permittee should perform forage use checks to assess forage use in the grazed units at least once during the grazing season and after cattle leave the allotment in the fall. Utilization monitoring will occur in the key areas identified below, depending on use patterns and rotation schedules. The permittee shall monitor forage use thoughout the season and make adjustments in livestock distribution as needed. Written results of any permittee performed monitoring and measurements should be provided to the range staff within 30 days of the end of the grazing season.

Range staff will monitor forage use and riparian standards throughout the season. When possible the permittee will be notified and asked to participate in monitoring conducted by range staff.

The following key areas and species will be monitored to ensure forage use standards are met:

| Location | Key Species | Method | Utilization Standard |
|---|---|---|---|
| Niagara Unit (Meadow below dome rock) | Carex nebraskensis or Carex integra, whichever best represents the location. | Height-weight method for all locations | 40% for all locations |
| Barn Meadow | | | |
| Sardine Meadow | | | |
| Long Valley | | | |
| Lower Eagle Meadow | | | |
| Eagle Meadow | | | |

## IV. OTHER

**A. Salting** - Salt and supplemental feeds will be placed in lightly used areas and located at least one-quarter mile from riparian areas, other water sources, and livestock concentration points. Salt will not be placed within tree plantations where the trees are less than three feet tall unless specifically authorized by the District Ranger.

**B. Dead Livestock** - The permittee is responsible for disposing of any dead livestock. As soon as possible after discovery, dead animals must be taken at least 100 feet from streams or lakes and out of sight of trails, roads, and campgrounds.

**C. Age of Calves** - Forest Service regulations require that any calf over 6 months old at time of entry onto the allotment count as and be billed as an adult.

**D. Private Lands** - The permittee is responsible for keeping their livestock off private land unless they have permission of the landowner for livestock grazing. The Forest Service permit only applies to National Forest land and land waived to the Forest Service for grazing.

**E. Noxious and Invasive Weed Prevention** – The Forest Service encourages use of certified weed-free hay for horses and pack stock on the Forest.

**F. Pesticides -** Application of pesticides to livestock in riparian conservation areas (RCA) and critical aquatic refuges (CAR) is prohibited.

**G. Permit Non-Compliance -** The permittee is expected to comply with all Terms and Conditions of the Permit. Should non-compliance become an issue, grazing permits may be suspended or cancelled, in whole or in part, for various reasons. Any action taken on a permit will be in compliance with the Region 5 Suspension and Cancellation Guidelines.

## V.   BILLING

**Bills for Collection -** Payment of grazing fees must be received prior to the scheduled grazing start-date regardless of any delays in actual start-date. Failure to pay by the due date causes an administrative penalty to be assessed and interest charges to be added to the subsequent billing. Permission to graze the cattle may be cancelled until the bill is paid. All payments must be made payable to "USDA Forest Service", and must be accompanied by the bill for collection. Please send the bills and payments to:

USDA FOREST SERVICE
C/O Citibank
P. O. Box
Los Angeles, CA 301550-1550

## VI.   SIGNATURES AND TELEPHONE CONTACTS

1. Summit District Ranger      (209) 965-3434 x 5317
2. Pat Boyer, Range Technician      (209) 586-3234 x 629 (office)
3. Dawn Coultrap, Range Specialist      (209) 288-6315
4. Bob Brennan, Permittee      (209) 661-6419 (cell)
5. Sherri Brennan, Permittee      (209) 532-4225 (home)

## SIGNATURES AND DATE

_____        _____

DISTRICT RANGER        GRAZING PERMITTEE

_____        _____

DATE        DATE