IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA CATTLEMEN'S ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH & WILDLIFE SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Defendant-Intervenors. | ) <br> ) <br> ) <br> ) CASE NO. 1:17-CV-01536-TNM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF SHERRI BRENNAN

I, SHERRI BRENNAN, declare:

1. The facts set forth in this declaration are based on my knowledge and, if called as a witness, I can competently testify to their truthfulness under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. My husband Bob and I are owners of Brennan Ranch, a cattle ranch in Sonora, California. One of Brennan Ranch's permits, the Long Valley Eagle Meadow Allotment (Eagle Meadow Allotment), allows the Ranch to graze cattle in the Summit Ranger District of the Stanislaus National Forest.

3. I am aware that counsel for the Plaintiffs are writing a reply brief in *California Cattlemen's Association v. United States Fish and Wildlife Service*, case no. 1:17-cv-01536-TNM.

4. I reviewed my August 21, 2018, declaration submitted in support of Plaintiffs' Motion for Summary Judgment, and I realized I had unintentionally provided Plaintiffs' counsel with the Draft 2017 Annual Operating Instructions (Draft Permit) instead of the Final 2017 Annual Operating Instructions (Final Permit).

5. During the 2017 Grazing Season, Brennan Ranch and the U.S. Forest Service spent several months negotiating the terms of the 2017 Annual Operating Instructions. Because the Final Permit was not signed until September 19, 2017, Brennan Ranch relied upon multiple drafts of the Annual Operating Instructions to run its cattle on the Eagle Meadow Allotment that year.

6. Attached to this declaration is a true and accurate copy of the Final 2017 Annual Operating Instructions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __11__ day of __October__ 2018 at __Sonora__, California.

SIGNED:

*Sherri Brennan*
SHERRI BRENNAN

# EXHIBIT 1

# ANNUAL OPERATING INSTRUCTIONS
Eagle Meadow Allotment
2017 Grazing Season

## I. INTRODUCTION

These instructions are the annual supplement to the term grazing permit (permit number 16-53-101C) and allotment management plan for the Eagle Meadow allotment. This document is a part of the term grazing permit. The permittee is responsible for following these annual operating instructions ("AOI") and all other terms and conditions included in the term grazing permit, which incorporates the standards and guidelines ("S&Gs") in the Stanislaus National Forest Forest Plan Direction ("Forest Plan Direction"),[1] addressed in Section II.E., below. A map of the Eagle Meadow allotment has been provided for reference.

## II. ALLOTMENT MANAGEMENT FOR 2017

### A. Livestock Numbers and Season:

| Allotment | Number | Kind/Class | Season of Use |
|---|---|---|---|
| Eagle Meadow | 150 | Cow/Calf | 07/01 - 09/30 |
| Eagle Meadow | 5 | Horses | 07/01 - 09/30 |

[handwritten annotation: b/o #'s & season — not AUM's]

Season of use is subject to change based on resource conditions. The Forest Service will notify the permittee in a timely manner if any changes in these dates (e.g., due to range readiness) will be necessary.

### B. Livestock Count:

Permittee must allow Forest Service range staff to count cattle as they enter the allotment unless the District Ranger waives the count. Permittee must notify range staff at least one week prior to the date(s) the permittee plans to bring cattle onto the allotment. A mutually agreed time and place will be arranged so that a Forest Service representative can count the livestock. Failure to contact the range specialist at least one week in advance may result in schedule conflicts and/or a delay in releasing livestock.

If the District Ranger waives the livestock count, the permittee must provide records of all livestock brought onto the allotment within one week after the entry. This applies to both stock brought onto the allotment by the permittees and those brought by commercial livestock haulers. Shipping tickets from livestock haulers must be provided within one week of entry.

### C. Livestock Movements:

All livestock movement dates are approximate and are subject to applicable Forest Plan Direction S&Gs.

---

[1] The Stanislaus National Forest "Forest Plan Direction" (last updated March 2017) presents the current Forest Plan management direction, based on the original 1991 Forest Plan, as modified through the Forest Plan amendment process. It is available online at https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd535378.pdf.

Eagle Meadow Allotment

Cattle enter the allotment in the Niagara unit. When Forest Plan Direction S&Gs are approached or met in the Niagara unit (measured at Barn Meadow), cattle are moved to the Lower Eagle unit. When utilization or riparian standards are approached or met in the Lower Eagle unit, the cattle are moved to the higher elevation units (Sardine, Haypress, and/or Long Valley). Towards the end of the season, cattle are moved to the Long Valley unit for two to three weeks before they are gathered into the Eagle Meadow gathering pasture. Cattle remain in the gathering pasture for one to two weeks before they are removed from the allotment.

Yosemite toad breeding habitat is found at three locations on the allotment and is managed as described in the S&G 53 Implmentation Plan for the Eagle Meadow Allotment ("Plan"), which is appended to and incorporated in the Term Grazing Permit. Pursuant to the exclusion methods in Table 1 of the Plan, livestock must be excluded from occupied Yosemite toad breeding habitat during the breeding and rearing season (through metamorphosis). The permittee will monitor utilization levels to ensure they are not exceeded, and move livestock if standards are approached.

General Guidelines

Riding and herding are necessary to keep cattle distributed according to available feed and to maintain proper range standards established by the Forest Plan Direction. Sufficient riding must be done throughout the grazing season to keep forage use in riparian areas within allowable levels, ensure an even distribution, break up livestock concentration and prevent livestock drift off the allotment. Livestock should not stray from their authorized area onto private land or other allotments. If this should happen, the permittee will be notified and is expected to round up the cattle and return them to the allotment.

As the end of the grazing season approaches, the permittee is to make a diligent effort to gather and remove his livestock from the range by the off-date. Permittee must remove livestock earlier if the District range specialist notifies the permittee that allowable use in all available pastures has been reached. The off-date is the date when all livestock must be off the allotment. **Any extensions of the grazing season must be requested in writing at least 15 days in advance of the off-date.** This is to allow time for allotment inspection, billing and receipt of payment. The permittee will be billed at the unauthorized use rate for any livestock remaining on the forest more than five days after the end of the season without prior range staff authorization. Repeated or willful unauthorized use outside of the grazing season or outside allotment boundaries will be cause for action to be taken against the term permit.

**D. Improvements:**

The permittee is responsible for maintaining all assigned improvements before and throughout the grazing season, so that each improvement is fully functioning and in good repair. Adjacent permittees are responsible for working together in maintaining, putting up, and taking down allotment boundary fence. Permittees taking non-use are still responsible for maintaining assigned allotment boundary fences. If serious or repeated problems occur with an improvement, contact range staff and work cooperatively to find a long-term solution. The following improvements will be maintained to Forest Service standards throughout the grazing season:

| Number | Type | Name | Location |
|---|---|---|---|
| 7151A | Fence | Niagara Allotment Boundary Fence | T6N, R19E, Sec. 32; T5N, R19E, Secs. 5 & 8 |
| 7151B | Fence | Niagara-Eagle Division Fence | T5N, R19E, Sections 2 & 35 |
| 7151D | Fence | Eagle Meadow Pasture Fence | T5N, R19E, Sections 13 & 24 |
| 7151DD | Fence | Long Valley Drift Fence* | T5N, R20E, Sections 7 & 8 |
| 7151E | Fence | Long Valley Creek Division Fence | T5N, R20E, Sections 17 & 18 |
| 7151G | Fence | Haypress Allotment Boundary Fence | T5N, R20E, Sections 4 & 9 |
| 7151H | Fence | Enclosure Fence | T5N, R20E, Section 17 |
| 7151HH | Fence | Division fence East of Martin's Cow Camp | T5N, R20E, Sections 7, 8, & 18 |
| 7151K | Fence | Private Land Enclosure Fence | T5N, R20E, Section 17 |
| 7151L | Fence | Lower Eagle Meadow | T5N, R19E, Section 12 |
| 7151FF | Cattleguard | First cattleguard on Road 5N01 | T5N, R19E, Section 13 |
| 7151GG | Cattleguard | Second cattleguard on Road 5N01 | T5N, R19E, Section 13 |
| 7151I | Cattleguard | Cattleguard on 5N04 | T6N, R19E, Section 32 |
| 7151J | Cattleguard | Cattleguard at Sardine Meadow | T5N, R20E, Section 5 |
| 7934A | Cabin | Cabin at Martin's Cow Camp | T5N, R19E, Section 13 |
| 7934B | Corral | Corral at Martin's Cow Camp | T5N, R19E, Section 13 |
| 7934C | Barn | Barn at Martin's Cow Camp | T5N, R19E, Section 13 |

When structures are so old that normal maintenance and repair will no longer make them functional, work with range staff to schedule replacement. Normally this will involve a 50-50 sharing of costs between the permittee and the Forest Service.

Permittee may use any off-highway vehicle ("OHV") in compliance with California Vehicle Code on National Forest System ("NFS") lands on roads, trails, or along fence lines in the allotment for maintenance, salting, or other management duties authorized by the term grazing permit. Permittee must comply with the specific requirements regarding OHV use found in Part 3 of the term grazing permit.

### E. Management Requirements/Standards and Guidelines

The following management requirements are required by Forest Plan Direction as amended in 2004 by the Sierra Nevada Forest Plan Amendment (SNFPA) and the December 19, 2014 Programmatic Biological Opinion on Nine Forest Programs on Nine National Forests in the Sierra Nevada of California for the Endangered Sierra Nevada Yellow-legged Frog, Endangered Northern Distinct Population Segment of the Mountain Yellow-legged Frog, and Threatened Yosemite Toad (FF08ESMF00-2014-F-0057), as amended by the June 15, 2017 Amendment of the Programmatic Biological Opinion on Nine Forest Programs on Nine National Forests in the Sierra Nevada of California for the Endangered Sierra Nevada Yellow-legged Frog, Endangered Northern Distinct Population Segment of the Mountain Yellow-legged Frog, and Threatened Yosemite Toad (FF08ESMF00-2014-0057-1) ("Three Amphibian BO") and 2015 site-specific  appendage to the Three Amphibian BO covering grazing on the Eagle Meadow allotment issued by the U.S. Fish and Wildlife Service. These management requirements are intended to prevent long term degradation of rangeland and riparian resources and protect listed and sensitive species. As addressed in Section III below, Forest Service range personnel will conduct allotment inspections each year to monitor consistency with the permit terms and conditions and applicable management requirements. Consistent with Part 1, Paragraph 3 of the Term Grazing Permit, the permittee is responsible for taking appropriate action, including monitoring, to ensure livestock are timely moved within the allotment or removed from the allotment consistent with the applicable terms and conditions of the Term Grazing Permit.

1. **Meadows/Forage Grasses:**

For meadows in late seral[2] status: limit livestock utilization of grass and grass-like plants to a maximum of 40 percent (or minimum 4-inch stubble height).

See S&G 120 (Forest Plan Direction p. 191; Three Amphibian BO Appendix A).

2. **Riparian Shrubs & Other Browse:**

Limit browsing to no more than 20 percent of the annual leader growth of mature riparian shrubs and no more than 20 percent of individual seedlings. Remove livestock from any area of an allotment when browsing indicates a change in livestock preference from grazing herbaceous vegetation to browsing woody riparian vegetation. See S&G 121 (Forest Plan Direction p. 191; Three Amphibian BO Appendix A).

To protect hardwood regeneration, allow livestock to browse on no more than 20 percent of annual growth of hardwood seedlings and advanced regeneration. See S&G 50 (Forest Plan Direction p. 50).

3. **Streambank Disturbance:**

Prevent disturbance to streambanks and natural lake and pond shorelines caused by livestock from exceeding 20 percent of stream reach or 20 percent of natural lake and pond shorelines. Disturbance includes bank sloughing, chiseling, trampling, and other means of exposing bare soil or cutting plant roots. See S&G 103 (Forest Plan Direction p. 189; Three Amphibian BO Appendix A).

4. **Special Aquatic Features:**

Minimize livestock trampling in identified springs, seeps and fens within the allotment. See S&G 118 (Forest Plan Direction p. 191; Three Amphibian BO Appendix A). The map provided shows the locations of known Special Aquatic Features on the allotment.

5. **Yosemite Toad:**

S&G 53 provides: "Exclude livestock from standing water and saturated soils in wet meadows and associated streams and springs occupied by Yosemite toads or identified as 'essential habitat' in the conservation assessment for the Yosemite toad during the breeding and rearing season (through metamorphosis). . . ." Forest Plan Direction p. 40. Yosemite toad breeding habitat on the Eagle Meadow allotment is managed according to the S&G 53 Implementation Plan for the Eagle Meadow Allotment ("Plan"), which is intended to minimize impacts to the Yosemite toad and its habitat. Under the Plan, which is appended to and incorporated in the Term Grazing Permit, livestock are excluded from occupied Yosemite toad breeding habitat during the breeding and rearing season (through metamorphosis). The map provided shows the locations of known occupied Yosemite toad breeding habitat on the allotment.

---

[2] Presently, this allotment contains only meadows in late seral status. Therefore the portion of S&G 120 that pertains to early seral status meadows ("limit livestock utilization of grass and grass-like plants to 30 percent (or minimum 6-inch stubble height") does not apply. Typically, the 40 percent utilization applies to meadow key areas; the 4-inch stubble height standard is applied to meadow and riparian key areas with a well-defined stream channel.

6. **Great Gray Owl:**

The Great Gray Owl Protected Activity Center ("PAC") in Lower Eagle Meadow will be managed to provide for Great Gray Owl habitat. An approximately 2 acre area that provides optimal vole habitat will have electric fence placed around it, provided by the Forest Service and maintained by the permittee. The permittee will be as responsive as possible when notified of problems with the fence or cattle inside the fenced area. The unfenced drier part of the meadow requires a 5 inch cover height, which determines when cattle should be moved out of the area.

7. **Water Quality:**

One of the Forest Goals described in the Forest Pan Direction is to "Maintain or improve water quality and watershed conditions to meet applicable state and federal requirements," including water quality standards established by the state and regional water boards. Forest Plan Direction p. 5. Meeting riparian S&Gs for forage use and streambank disturbance will facilitate this goal, as will herding, salting and other management practices that reduce cattle concentration in riparian areas and increase upland distribution.

### F. Other Management Considerations:

Shell Meadow Restoration – As an added precaution, a small electric exclosure fence may be installed and maintained by the Forest Service around the disturbed area to facilitate recovery of meadow vegetation. Permittee must still install the the larger electric exclosure fence prior to turnout and maintain this fence to exclude cattle from Shell Meadow.

### G. Amphibian Critical Habitat:

On August 26, 2016, FWS published a final rule in the Federal Register[3] designating critical habitat for the Yosemite toad and Sierra Nevada yellow-legged frog. On June 5, 2017, the Forest Service initiated formal consultation with FWS on impacts to critical habitat across the Sierra Nevada. On June 15, 2017, the FWS issued an amendment to the programmatic biological opinion to address impacts to critical habitat, titled "Amendment of the Programmatic Biological Opinion on Nine Forest Programs on Nine National Forests in the Sierra Nevada of California for the Endangered Sierra Nevada Yellow-legged Frog, Endangered Northern Distinct Population Segment of the Mountain Yellow-legged Frog, and Threatened Yosemite Toad" (FF08ESMF00-2014-0057-1). On August 9, 2017, the Forest Service formally submitted information regarding grazing on the Eagle Meadow allotment to the FWS for its consideration and for appendage to the Three Amphibian BO. Independently and in the interim until site- specific consultation is complete, the Forest Service will comply with its obligations under ESA Section 7(d) and make any necessary adjustments to this 2017 AOI.

### III. ALLOTMENT MONITORING

The Forest Service will conduct compliance, implementation and effectiveness monitoring to inform grazing management on the Eagle Meadow allotment and to meet the monitoring

---

[3] The Final Rule published on August 26, 2016 at 81 Fed. Reg. 59045 titled "Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Sierra Nevada Yellow-Legged Frog, the Northern DPS of the Mountain Yellow-Legged Frog, and the Yosemite Toad," is available at
https://www.federalregister.gov/documents/2016/08/26/2016-20352/endangered-and-threatened-wildlife-and-plants-designation-of-critical-habitat-for-the-sierra-nevada.

requirements described in the Three Amphibian BO. The permittee is invited to take part in all range monitoring activities on the allotment.

### A. Range Readiness:

Range readiness includes both vegetative readiness and sufficient drying of the soil to prevent trampling damage. Plant species and soils are checked for the characteristics listed below at the specified locations:

| Locations: | Species: | Indicators: |
|---|---|---|
| Niagara Unit | Carex sps. | In full flower |
| | Veratrum californicum, CornLily | 24 inches or taller |
| | Achillea lanulosa, Western yarrow | 4 inches or taller |

### B. Forage Use Checks:

The permittee is responsible for monitoring forage use and for ensuring that grazing does not exceed the Forest Plan Direction S&Gs listed in Part 3 of the Term Grazing Permit. The permittee should perform forage use checks to assess forage use in the grazed units at least once during the grazing season and after cattle leave the allotment in the fall. Utilization monitoring will occur in the key areas identified below, depending on use patterns and rotation schedules. The permittee shall monitor forage use thoughout the season and make adjustments in livestock distribution as needed. Written results of any permittee performed monitoring and measurements should be provided to the range staff within 30 days of the end of the grazing season.

Range staff will also monitor forage use and riparian standards throughout the season. When possible the permittee will be notified and asked to participate in monitoring conducted by range staff.

The following key areas and species will be monitored to ensure forage use standards are met:

| Location | Key Species | Method | Utilization Standard |
|---|---|---|---|
| Niagara Unit (Meadow below dome rock) | Carex nebraskensis or Carex integra, whichever best represents the location. | Height-weight method for all locations | 40% for all locations |
| Barn Meadow | | | |
| Sardine Meadow | | | |
| Long Valley | | | |
| Lower Eagle Meadow | | | |
| Eagle Meadow | | | |

## IV. OTHER

  A. **Salting** – Salt and supplemental feeds will be placed in lightly used areas and located at least one-quarter mile from riparian areas, other water sources, and livestock concentration points. Salt will not be placed within tree plantations where the trees are less than three feet tall unless specifically authorized by the District Ranger.

  B. **Dead Livestock** – The permittee is responsible for disposing of any dead livestock. As soon as possible after discovery, dead animals must be taken at least 100 feet from streams or lakes and out of sight of trails, roads, and campgrounds.

  C. **Age of Calves** – Forest Service regulations require that any calf over 6 months old at time of entry onto the allotment count as and be billed as an adult.

   D. **Private Lands** – The permittee is responsible for keeping their livestock off private land unless they have permission of the landowner for livestock grazing. The Forest Service permit only applies to National Forest land and land waived to the Forest Service for grazing.
   E. **Noxious and Invasive Weed Prevention** – The Forest Service encourages use of certified weed-free hay for horses and pack stock on the Forest.
   F. **Pesticides** – Application of pesticides to livestock in riparian conservation areas and critical aquatic refuges is prohibited.
   G. **Permit Non-Compliance** – The permittee is expected to comply with all Terms and Conditions of the Permit. Should non-compliance become an issue, grazing permits may be suspended or cancelled, in whole or in part. Any action taken on a permit will be in compliance with the Region 5 Suspension and Cancellation Guidelines.

V. **BILLING**

**Bills for Collection** – Payment of grazing fees must be received prior to the scheduled grazing start-date regardless of any delays in actual start-date. Failure to pay by the due date causes an administrative penalty to be assessed and interest charges to be added to the subsequent billing. Permission to graze the cattle may be cancelled until the bill is paid. All payments must be made payable to "USDA Forest Service", and must be accompanied by the bill for collection. Please send the bills and payments to:

USDA FOREST SERVICE
C/O Citibank
P. O. Box
Los Angeles, CA 301550-1550

VI.   **SIGNATURES AND TELEPHONE CONTACTS**

   1. Summit District Ranger             (209) 965-3434 x 5317
   2. Pat Boyer, Range Technician        (209) 586-3234 x 629 (office)
   3. Dawn Coultrap, Range Specialist    (209) 288-6315
   4. Bob Brennan, Permittee             (209) 661-6419 (cell)
   5. Sherri Brennan, Permittee          (209) 532-4225 (home)

**SIGNATURES AND DATE**

*Joseph W. Arayr* (signature)
DISTRICT RANGER

9/19/2017
DATE

*Bob Brennan* (signature)
GRAZING PERMITTEE

9-12-17
DATE